Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Jason Christopher Marsili (CA SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite I 800
Los Angeles, CA  90010-2622
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

*Attorneys for Plaintiff and Others Similarly Situated*
*Additional Counsel Listed on Following Page*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorenzo Dominguez, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Better Mortgage Corporation,<br><br>Defendant. | **Case No. 8:20-cv-01784-JLS-KES**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

C. Andrew Head (admitted *pro hac vice*)
ahead@headlawfirm.com
Bethany Hilbert (admitted *pro hac vice*)
bhilbert@headlawfirm.com
HEAD LAW FIRM, LLC
730 Peachtree St NE, Suite 600
Atlanta, GA 30308 (virtual office)
4422 N. Ravenswood Ave.
Chicago, IL 60640 (resident office)
Telephone: (404) 924-4151
Facsimile: (404) 796-7338

Pursuant to Local Rule 79-5(a)(1), Plaintiff Lorenzo Dominguez, individually and on behalf of all others similarly situated, respectfully seeks leave to file under seal an unredacted versions of the following documents:

- Plaintiff's Reply in Support of Plaintiff's Motion to Invalidate Uncounseled Releases and Waiver Agreements Obtained *Ex Parte* and for Corrective Notice;
- Second Declaration of C. Andy Head; and
- Certain Exhibits attached to the Second Head Declaration.

The unredacted versions of those documents are submitted with the Declaration of Daniel S. Brome ("Brome Declaration") filed in support of this Application.

As detailed in the Brome Declaration, the Proposed Sealed Document reflects information from documents that were produced by Defendant and designated as Confidential pursuant to the stipulated protective order. Following meet and confer efforts, the Parties agreed to remove some, but not all, of the Confidential designations. Accordingly, Plaintiff is filing these documents under seal in connection with Plaintiff's Reply in Support of Motion to Invalidate Uncounseled Releases and Waiver Agreements Obtained *Ex Parte* and for Corrective Notice. Defendant will file a declaration, pursuant to Local Rule 79-5(b)(i), to demonstrate why that material should remain sealed.

In light of the foregoing, Plaintiff respectfully requests that this Court issue the proposed order authorizing them to file the unredacted version of the Proposed Sealed Documents under seal and publicly-available versions that redact the material described in the [Proposed] Order filed concurrently herewith.

Dated: March 11, 2022

NICHOLS KASTER, LLP

By:   /s/ Daniel S. Brome
Daniel S. Brome

Attorneys for Plaintiff and Others Similarly Situated