EXHIBIT 33

# REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

| | |
|---|---|
| **From:** | Odette Lindheim <olindheim@better.com> |
| **Sent:** | Monday, November 30, 2020 9:48 AM |
| **To:** | Kacy Prather; Katrina Bilella; Chayanee Ubol |
| **Subject:** | Fwd: OKR Follow-UP : At Will Agreement |

Context for today's meeting at 12:30!

---------- Forwarded message ---------
From: **Elana Knoller** <eknoller@better.com>
Date: Thu, Nov 19, 2020 at 8:49 PM
Subject: Re: OKR Follow-UP : At Will Agreement
To: Odette Lindheim <olindheim@better.com>
Cc: Alex D'Amico <adamico@better.com>, Arthur Matuszewski <amatuszewski@better.com>, Austin Riggs <ariggs@better.com>, Bernadette Quinn <bquinn@better.com>, Jacqueline Churchwell <jchurchwell@better.com>, Nicholas Calamari <nick@better.com>, Sarah Pierce <spierce@better.com>, Taylor Ednie <tednie@better.com>, Vishal Garg <vgarg@better.com>


All good on my end does anyone else have any comments

On Thursday, November 19, 2020, Odette Lindheim <olindheim@better.com> wrote:
  Thanks - I'm addressing your first comment on Confidentiality (blogs, podcasts) with the legal team directly.

  Wrt non-compete, you mentioned wanting to sleep on it. Let us know if you have any further thoughts/edits. If not, we will segue into developing the change management rollout plan.



On Tue, Nov 17, 2020 at 11:42 PM Elana Knoller <eknoller@better.com> wrote:
  I just got to this. This is much better thank you. My comments are in

  On Fri, Nov 13, 2020 at 1:25 PM Elana Knoller <eknoller@better.com> wrote:
  Thnx - Will look this weekend, been under water all week.

  On Friday, November 13, 2020, Odette Lindheim <olindheim@better.com> wrote:
  Hi - just a friendly reminder to let us know if you have feedback on the language in these docs so we can plan appropriately for next steps.

  On Wed, Nov 11, 2020 at 11:04 AM Odette Lindheim <olindheim@better.com> wrote:
  Here are the docs in google docs

  On Wed, Nov 11, 2020 at 10:13 AM Elana Knoller <eknoller@better.com> wrote:
  Thanks for sending the docs Odette, can you pls send as google docs so I can throw my comments in there?

  On Wed, Nov 11, 2020 at 9:28 AM Elana Knoller <eknoller@better.com> wrote:

1

BMC0026380

1

2 - we just send it and bother people to do it. You guys will have to figure it out.

On Tue, Nov 10, 2020 at 10:32 PM Alex D'Amico <adamico@better.com> wrote:
Looking for feedback by Friday 11/13.

**What we need to agree on:**
1.

2. If not - What other mitigation options would you suggest?

Change & Comms plan - This will have a change and communication waterfall strategy. Odette will
work with legal and Communications once we have agreements.

ALEX D'AMICO | Sr. Director People Teams & Talent Strategy
Better.com | WFH-NJ/NY

On Tue, Nov 10, 2020 at 8:47 PM Elana Knoller <eknoller@better.com> wrote:
Thanks much. When do we need to review by? Are we having a follow up meeting?

On Tuesday, November 10, 2020, Odette Lindheim <olindheim@better.com> wrote:
See attached two documents.

- The Proprietary Information and Inventions Agreement is the "old" document.
- The At Will Employee Agreement is the "new" document under discussion.

A side by side of the sections you should pay attention to can be found here. They are highlighted in
yellow in each respective document.

On Tue, Nov 10, 2020 at 6:17 PM Odette Lindheim <olindheim@better.com> wrote:
Yes - let me pull it together and send shortly.

On Tue, Nov 10, 2020 at 6:02 PM Alex D'Amico <adamico@better.com> wrote:
Odette- can you help call this out for the group?
thanks

ALEX D'AMICO | Sr. Director People Teams & Talent Strategy
Better.com | WFH-NJ/NY

On Tue, Nov 10, 2020 at 5:55 PM Elana Knoller <eknoller@better.com> wrote:
Thanks - we asked for the new stuff to be highlighted and where applicable compared side by side
w the language from the old stuff.

2

                                                                                    BMC0026381

On Tuesday, November 10, 2020, Alex D'Amico <adamico@better.com> wrote:
 Hello -

Thank you for the time today. per the call  - attached is the At-Will Agreement (Multi-State) up for deployment discussion.

**What we agreed on:**
1. We agreed this should go to every incumbent employee
2.


**What we need to agree on:**
1.

2. If not - What other mitigation options would you suggest?

Change & Comms plan -  This will have a change and communication waterfall strategy. Odette will work with legal and Communications once we have agreements.

Looking for feedback by Friday 11/13.


Thanks
Alex




ALEX D'AMICO | Sr. Director People Teams & Talent Strategy
Better.com | WFH-NJ/NY


--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012
| (917) 566-0901


--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012 | (917) 566-0901

--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012 | (917) 566-0901
--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012 | (917) 566-0901

3

BMC0026382

--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | <u>3 World Trade Center, 59th Floor, New York, NY 10012</u> | (917) 566-0901

--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | <u>3 World Trade Center, 59th Floor, New York, NY 10012</u> | (917) 566-0901
--
--
**ODETTE LINDHEIM** | Sr. Manager, People Strategy | <u>Better</u> | 516-633-5361 | 3 World Trade Center, <u>175 Greenwich Street, 59th Floor</u> | <u>NY, NY 10007</u>


--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012 | (917) 566-0901

4

Confidential

BMC0026383

# EXHIBIT 34

# REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

| | |
|---|---|
| **From:** | Odette Lindheim <olindheim@better.com> |
| **Sent:** | Tuesday, November 10, 2020 8:20 PM |
| **To:** | Alex D'Amico |
| **Cc:** | Elana Knoller; Nicholas Calamari; Vishal Garg; Sarah Pierce; Arthur Matuszewski; Taylor Ednie; Austin Riggs; Bernadette Quinn; Jacqueline Churchwell |
| **Subject:** | Re: OKR Follow-UP : At Will Agreement |
| **Attachments:** | Better Holdco & Better Mortgage Corp - At-Will Employment Agreement (multi-state) (NY_ NC) - Highlight.pdf; Better Holdco Proprietary Information and Invention Agreement - Highlight.pdf |

See attached two documents.

- The Proprietary Information and Inventions Agreement is the "old" document.
- The At Will Employee Agreement is the "new" document under discussion.

A side by side of the sections you should pay attention to can be found here. They are highlighted in yellow in each respective document.

On Tue, Nov 10, 2020 at 6:17 PM Odette Lindheim <olindheim@better.com> wrote:
Yes - let me pull it together and send shortly.

On Tue, Nov 10, 2020 at 6:02 PM Alex D'Amico <adamico@better.com> wrote:
Odette- can you help call this out for the group?
thanks

ALEX D'AMICO | Sr. Director People Teams & Talent Strategy
Better.com | WFH-NJ/NY

On Tue, Nov 10, 2020 at 5:55 PM Elana Knoller <eknoller@better.com> wrote:
Thanks - we asked for the new stuff to be highlighted and where applicable compared side by side w the language from the old stuff.

On Tuesday, November 10, 2020, Alex D'Amico <adamico@better.com> wrote:
  Hello -

Thank you for the time today. per the call  - attached is the At-Will Agreement (Multi-State) up for deployment discussion.

**What we agreed on:**
1. We agreed this should go to every incumbent employee
2.

1

 BMC0020583

**What we need to agree on:**
1.

2. If not - What other mitigation options would you suggest?

Change & Comms plan - This will have a change and communication waterfall strategy. Odette will work with legal and Communications once we have agreements.

Looking for feedback by Friday 11/13.


Thanks
Alex




ALEX D'AMICO | Sr. Director People Teams & Talent Strategy
Better.com | WFH-NJ/NY


--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012 | (917) 566-0901

2

Confidential                                                                                       BMC0020584

# EXHIBIT 35

# Personal messages Kenna Meyerhoff and kristin Sadlon - 2020-10-19 (UTC)

Private 10/19/2020, 2:36 PM
Kenna Meyerhoff and Kristin Sadlon

- ## Kenna Meyerhoff (WU40T30H4)KM

  did you get invites to UW stuff today
  10/19/2020, 2:36 PM
- ## kristin Sadlon (WTQB8MH19)KS

  Yepper
  10/19/2020, 2:36 PM
  One thing just popped to mind- will the firmwide At Will employment agreement coming today strike some folks as out of the blue / raise questions?
  10/19/2020, 8:19 PM
  I am happy to review any contextual language you guys may be putting into that note
  10/19/2020, 8:19 PM
  I know the NDA one we sent around several months back - the reminder - raised some q's among SSO etc
  10/19/2020, 8:20 PM
- ## Kenna Meyerhoff (WU40T30H4)KM

  we'd have to ask odette/chay to see copy of the at will employment
  10/19/2020, 8:23 PM
  i don't think i've actually reviewed it
  10/19/2020, 8:24 PM
- ## kristin Sadlon (WTQB8MH19)KS

  ok i can start a chat with us four
  10/19/2020, 8:24 PM

BMC0031244

# EXHIBIT 36

# Private channel #wd-dream-team - 2021-01-28 (UTC)

Private 1/28/2021, 12:34 PM
Alex D'Amico, Christina Utley, Erin Williams and 5 others

- ## Erin Williams (W01APDDS2LE)EW

  Hi Team - I have one question re: tickets and it's this - <https://better-corp-team.monday.com/boards/877531314/pulses/986268541> - just confirming we're okay from a data privacy perspective with giving a birthday report (day/month only) to Mark Pickens II - "As a Sr. Manager leading the Culture initiative for our new Red Panda Refi team, I'm requesting access to a worksheet with tabs for each month and every team members birthday. This way we can celebrate birthdays across the team on a daily basis and do some other creative things. Thanks!"

  I know we're giving this info to office managers, but this is just a little different, though the culture piece makes sense, I suppose. I'm a little bit wary of creating and delivering birthday reports to too many people, but also want to make sure everyone has what they need. If it gets to be too many we can centralize them and have people reach out to a particular team lead or office manager etc. I've also seen birthday announcements/worklets that sit on a manager's home page. Let me know what you all think!
  1/28/2021, 12:34 PM
  monday.com: Your team's growth made easy | Log In
  monday.com: Your team's growth made easy | Log In

- ## Jillian Smith (W0160UJ34CW)JS

  Morning @Erin Williams!
  1/28/2021, 12:39 PM
  :wave-hand: 1
  I personally think that sharing day/month birthdays with managers/leads of culture groups is okay from a confidentiality perspective
  1/28/2021, 12:41 PM
  I think people are most sensitive about their birthday year
  1/28/2021, 12:42 PM

- ## Erin Williams (W01APDDS2LE)EW

  Yeah, I'm kinda thinking the same thing. Thanks, Jillian! We can confirm on the call we aren't missing something!
  1/28/2021, 12:43 PM

- ## Jillian Smith (W0160UJ34CW)JS

  Perfect! Thanks for bringing that one to our attention!
  1/28/2021, 1:09 PM
  We can check re: confidentiality and if managers can have a team birthday worklet that doesn't include year with b-rad if we agree that's what we'd like!
  1/28/2021, 1:10 PM

- ## Priti Prabhakar (W01AEQT6B4J)PP

  Hey All !I have to attend the GreytHR meeting this morning during the tiofket call. PLease run through new ones as a group and move them to the assigned groups (and close out any that can be!)
  1/28/2021, 1:10 PM

- ## Kelly Dearborn (WTRL4FW81)KD

  @Erin Williams I'd also stress to the manager though that not all people celebrate their birthdays (one of my past

Confidential

direct reports is a Jehovah's Witness so I'm super sensitive about it) and they should always check with the person or the person's direct manager before publicly wishing anyone happy birthday. but yes in general we have given month/day out to managers
1/28/2021, 1:12 PM

☐ 3

  ○ *Alex D'Amico AD*

    was thinking the same thing. managers can see birthdays of their team in wkdy already i thought
    1/28/2021, 1:41 PM

- **Kelly Dearborn (WTRL4FW81)KD**

  the office ops team does this so if he wants any tips on navigating he can reach out to them!
  1/28/2021, 1:13 PM

  ○ *Alex D'Amico AD*

    did we finish that EA report they had asked for?
    1/28/2021, 1:41 PM

  ○ *Kelly Dearborn KD*

    we're still working on the custom security for them!
    1/28/2021, 1:48 PM

  ○ *Alex D'Amico AD*

    got it
    1/28/2021, 2:05 PM

- **Jillian Smith (W0160UJ34CW)JS**

  Oh great insight, didn't know about that one!
  1/28/2021, 1:13 PM
  hey team! just letting you know that Joanne and I won't be able to attend the HRIS today - we've been kicking off the at-will agreements rollout in WD and want to see it through to completion :workday: ☐ ☐
  1/28/2021, 5:03 PM

  ☐ 1
  ☐☐ 1
  ☐ 1

- **Alex D'Amico (W014R4R4CGZ)AD**

  Just signed my At-Will Agreement .. FYI
  1/28/2021, 6:55 PM
  :clapping-gif: 2

- **Jillian Smith (W0160UJ34CW)JS**

  wooo!!!
  1/28/2021, 6:55 PM
  We're getting a great engagement rate, with almost 700 employees already having completed the document! ☐
  1/28/2021, 6:56 PM

- **Erin Williams (W01APDDS2LE)EW**

  that's awesome!! great work, you two!
  1/28/2021, 8:08 PM
  ❤ 1

BMC0031290

@Joanne Chung @Jillian Smith - it sounds like that at-will agreement and the integration with docusign was a real beast, but that was a really cool and smooth user experience. i never would've known it was such a workout!
1/28/2021, 8:49 PM

☐ 1

❤ 1

‼ 2

- Alex D'Amico (W014R4R4CGZ)AD

Quote from our very own Nathan Knight: gotta say...that DocuSign process. Smooooooooooooth. I love technology! (when it works)
1/28/2021, 9:51 PM

❤ 1

- Joanne Chung (W01C61BT865)JC

hi team! charity tovar is a no show / rescinded offer case. i'm not able to rescind her hire because she has pay results, so am planning on terminating her as of her hire date. just a gut check - will workday see her as active for one day and try to pay her for that day? and should we add a termination reason of "no show" so that we can weed these people out from turnover reports?
1/28/2021, 11:04 PM

BMC0031291

EXHIBIT 37

| | |
|---|---|
| From: | Odette Lindheim (via Google Docs) <drive-shares-noreply@google.com> |
| Sent: | Tuesday, November 24, 2020 11:17 AM |
| To: | msayers@better.com |
| Subject: | [NEW] Better Holdco & Better Mortgage Corp - At-Will Employment Agreement (multi-state) (NY_ NC) - Highlight - Invitation to edit |

olindheim@better.com has invited you to **edit** the following document:



[NEW] Better Holdco & Better Mortgage Corp - At-Will Employment Agreement (multi-state) (NY_ NC) - Highlight



Google Docs: Create and edit documents online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because olindheim@better.com shared a document with you from Google Docs.

Google

BMC0033950

EXHIBIT 38

PLACEHOLDER DOCUMENT – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

EXHIBIT 39

| | |
|---|---|
| **From:** | Kacy Prather <kprather@better.com> |
| **Sent:** | Tuesday, December 1, 2020 10:37 AM |
| **To:** | Katrina Bilella <kbilella@better.com>; McKinzey Sayers <msayers@better.com> |
| **Subject:** | Recap: At Will/Handbook Discussion |

Great call!

Excited to partner with both of you on the At Will Agreement.

I confirmed with Odette that counsel did not discuss next steps for refusals to sign. I recommend we table further discussions and wait until we run into the issue.

Additional notes:

1. **Communication**
   a. Company Wide email launch for Handbook and At Will Agreement - (TBD; 1 or 2 emails?).
      - Outline updated sections
      - Include deadline for signature (To discuss timeframe to review documents)
   b. Docusign via Workday
   c. Reminder emails

2. **Handbook Alignment**
   a. Incorporate Agreement content in games during launch week
   b. Add *At Will Disclaimer* in Handbook
   c. Themes in Agreement that can be highlighted in handbook:
      - Electronic media devices / social media platforms
      - Conflicting Obligations (i.e. part-time employment)
      - Exit/Leave Policy
      - Confidentiality

Thanks a bunch!

KACY PRATHER | Associate, People Strategy Business Partner | Charlotte, NC

BMC0033956

# EXHIBIT 40

| From: | Katrina Bilella <kbilella@better.com> |
|---|---|
| Sent: | Monday, December 7, 2020 1:08 PM |
| To: | Kenna Meyerhoff <kmeyerhoff@better.com>; McKinzey Sayers <msayers@better.com>; Kacy Prather <kprather@better.com> |
| Subject: | Re: Handbook/policy revamp update + roll out plan |

Hi Kenna,

*I removed everyone and just kept McKinzey and Kacy on the thread.*

Thanks for this lovely summary! Not sure if this is worth noting specifically or not, but we are also planning on concurrently rolling out the updated at-will employee agreement.  Kacy is currently working with McKinzey on this.

Let us know if you have any questions.

Thanks!

On Mon, Dec 7, 2020 at 11:01 AM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
> Hi everyone,
>
> Happy Monday! Thanks to everyone who's worked hard on revamping our handbook and policies (extra shoutout to McKinzey for leading this effort!). Huge team effort and I'm proud of the progress we've made so far.
>
> Just wanted to send a quick update on the path forward here. Since we've launched this project, we've made a few changes to policies/benefits along the way. Therefore, the upcoming rollout of the handbook will not just be about the handbook acknowledgement, but will also include educating our employee population of some of these changes. I wanted to circle back to this group to make sure we're all on the same page of how we're going to push forward.
>
> **Here's what's happened so far:**
>
> 1. All Handbook policies have been reviewed/rewritten by the working group
> 2. Parental leave policy has been finalized
> 3. Handbook has been sent to People Leadership + Legal to review with a rough deadline of Dec 18th
> 4. Decided launch date of Jan 1 2021 is ideal
>
> **Here's what's happening next:**
>
> 1. The working group to determine rollout will be: Calsi, Katrina B, Taylor G, McKinzey, Kelly, Nathan/Cortney, Kara (please lmk if you want to nominate anyone else)
> 2. The working group will decide: 1. Timeline 2. Communications (ie. emails, trainings etc)
> 3. Working group to get sign off from People Leadership
>
> Please let me know if I'm missing anything or if you have any questions. Really excited to get this over the line!
>
> -KM
>
> --

Confidential

**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

--
**KATRINA BILELLA** | Manager, People Strategy Business | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 |

BMC0033958

# EXHIBIT 41

PLACEHOLDER DOCUMENT – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 42

PLACEHOLDER DOCUMENT – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 43

| | |
|---|---|
| **From:** | McKinzey Sayers <msayers@better.com> |
| **Sent:** | Monday, December 28, 2020 5:47 PM |
| **To:** | Kenna Meyerhoff <kmeyerhoff@better.com> |
| **Cc:** | Calsi Vice <cvice@better.com> |
| **Subject:** | DRAFT: Email to People Team |

See below:

--------------------------

Subject: Updates from the Employee Experience Team!

Hi team!

We are so excited to let you all know of some updates coming from our team in January!  On January 4th we will be sending out our 2021 Handbook to the org.  Trainings will occur the weeks of the 11th and 18th regarding changes, etc.  Make sure that you are looking out for invites on your calendar!

We will also be announcing the rollout of a new At-Will Agreement on the 4th. All employees will get access to the agreement in Workday on or around the 25th of January.  Offer packets will also be updated with the new Agreements.

If you have any questions, reach out to me or McKinzey!

--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | <u>Better</u> | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

BMC0033979

EXHIBIT 44

# Private channel #people-team-leads - 2021-01-28 (UTC)

Private 1/28/2021, 1:26 PM
Alex D'Amico, Chayanee Ubol, Kenna Meyerhoff and 2 others

- **Odette Lindheim (W012QDQJQPQ)OL**

  morning! maybe I spoke too soon? ☐I can't find the at will employee agreement in my task inbox in WD but i have a slew of I9s so it could be buried. What should I be looking for?
  1/28/2021, 1:26 PM

  - **Alex D'Amico AD**

    hi - it is going out now. there was a miscommunication last night to the team about timing. sorry
    1/28/2021, 2:05 PM

  - **Odette Lindheim OL**

    dont apologize to me! just want to make sure! ☐
    1/28/2021, 2:09 PM

  - **Chayanee Ubol CU**

    is it actually out now?
    1/28/2021, 4:13 PM

  - **Alex D'Amico AD**

    yes - they did CA first i think. Mine is in my workday in box
    1/28/2021, 6:54 PM

  - **Chayanee Ubol CU**

    Got it! thnk you.. it was super easy to sign ya'll!
    1/28/2021, 6:58 PM

    Got it! thnk you.. it was super easy to sign ya'll!
    1/28/2021, 6:58 PM
    ❤ 2

- **Kenna Meyerhoff (WU40T30H4)KM**

  since we cancelled our meeting for today i won't have a shameless plug opp ☐

  if you have anything to add to <https://docs.google.com/presentation/d/1uemllkUghjrWFibXU7as0g4tv2EHV6u3m6AP4-Qw5vY/edit#slide=id.gb8d1be34c7_0_114> please do by EOW! I am planning to share with my team tomorrow evening so they have it for Feb. feel free to tag anyone on your team to help input as well. Thanks!!!
  1/28/2021, 2:17 PM

  since we cancelled our meeting for today i won't have a shameless plug opp ☐

  if you have anything to add to <https://docs.google.com/presentation/d/1uemllkUghjrWFibXU7as0g4tv2EHV6u3m6AP4-Qw5vY/edit#slide=id.gb8d1be34c7_0_114> please do by EOW! I am planning to share with my team tomorrow evening so they have it for Feb. feel free to tag anyone on your team to help input as well. Thanks!!!
  1/28/2021, 2:17 PM

BMC0031292

*2021 Cal Slides - EX (F01KVNRUS05)1/28/2021, 2:17 PM*

- ○ Odette Lindheim OL

  queen of shameless plugs
  1/28/2021, 2:18 PM
- ○ Kenna Meyerhoff KM

  that should be my new title
  1/28/2021, 3:00 PM
  it used to be chief troublemaker
  1/28/2021, 3:01 PM
- Chayanee Ubol (W015QKKBFFS)CU

  friendssss i have moved cross function people related items to a New monday Workspace!<https://better-corp-team.monday.com/workspaces/421978>
  1/28/2021, 3:31 PM
  monday.com: Your team's growth made easy | Log In
  monday.com: Your team's growth made easy | Log In
  this includes a Comms Calendar - including whats on tap for this month and upcoming for next.
  1/28/2021, 3:31 PM
  ❤ 2
- Odette Lindheim (W012QDQJQPQ)OL

  new year new organizationnnnnn
  1/28/2021, 4:10 PM
- Odette Lindheim (W012QDQJQPQ)OL

  Who in legal can i talk to about this agreement? I am uncomfortable
  1/28/2021, 6:59 PM
  - ○ Alex D'Amico AD

    TOOSOON
    1/28/2021, 7:02 PM
  - ○ Odette Lindheim OL

    
    1/28/2021, 7:11 PM
- Odette Lindheim (W012QDQJQPQ)OL

  too soon??
  1/28/2021, 6:59 PM
- Kenna Meyerhoff (WU40T30H4)KM

  nope byeee
  1/28/2021, 7:01 PM
- Alex D'Amico (W014R4R4CGZ)AD

  getting a great engagement rate, with almost 700 employees already having completed the document! 
  1/28/2021, 7:02 PM
- Chayanee Ubol (W015QKKBFFS)CU

Confidential

BMC0031293

Whoops was I supposed to read it?
1/28/2021, 7:02 PM
can someone in people give me the TLDR
1/28/2021, 7:02 PM

- **Chayanee Ubol (W015QKKBFFS)CU**

  Too soon?
  1/28/2021, 7:02 PM

  - **Odette Lindheim OL**

    @Kenna Meyerhoff
    1/28/2021, 7:02 PM

- **Nathan Knight (W017GATEX0W)NK**

  I gotta say...that DocuSign process. Smoooooooooooth. I love technology! (when it works)
  1/28/2021, 7:06 PM
  :butter: 3

- **Chayanee Ubol (W015QKKBFFS)CU**

  its even better than knowbe4
  1/28/2021, 7:06 PM

- **Kenna Meyerhoff (WU40T30H4)KM**

  i don't know anythign about this sorry
  1/28/2021, 7:49 PM
  can't give the TLDR
  1/28/2021, 7:49 PM
  ⬜
  1/28/2021, 7:49 PM
  there are a bunch of trainings/compliance/handbook stuff that people need to do and my team is kinda confused since its all in emails
  [3:05 PM] was wondering if someone from the people team could compiled a single list  e.g.,
  • complete compliance training (Feb X)
  • Accept handbook by (Jan X)
  • etc.,
  fyi -- got this from someone. this is the exact thing we were worried about with legal/security launching their trainings. what are people's thoughts on sending a quick slack listing out all the action items required? even if it's not in "our lane"
  1/28/2021, 9:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  I am supportive - If we do, let's make it clear who owns what component. Perhaps it's as simple as just adding to each bullet like:
  • Complete **Compliance Training** by **DUE DATE** - please reach out to XYZ for questions
  1/28/2021, 10:02 PM
  ⬜ 1

- **Kenna Meyerhoff (WU40T30H4)KM**

  also--- as a heads up since you all might here this. we got some feedback re: recent accesselite event and it containing microagressive language. we are working through how to approach and circle back to our employee population.

BMC0031294

1/28/2021, 10:03 PM

also--- as a heads up since you all might hear this. we got some feedback re: recent accesselite event and it containing microaggressive language. we are working through how to approach and circle back to our employee population.

1/28/2021, 10:03 PM

- **Chayanee Ubol (W015QKKBFFS)CU**

  i think we need to add a link to each one too
  1/28/2021, 10:03 PM
  or the website the xxx is using.
  1/28/2021, 10:03 PM
  ☐ 1

- **Kenna Meyerhoff (WU40T30H4)KM**

  DRAFT:

  ‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
  • Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
  • Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
  • Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
  • Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ
  1/28/2021, 10:30 PM
  DRAFT:

  ‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
  • Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
  • Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
  • Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
  • Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ
  1/28/2021, 10:30 PM
  DRAFT:

  ‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
  • Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
  • Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
  • Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
  • Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ
  1/28/2021, 10:31 PM
  DRAFT:

!FYI! Lots of things hitting your inbox – here's a quick snapshot of action items needed from you!

• Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.

• Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday – you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.

• Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ

• Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ

1/28/2021, 10:31 PM
Security Awareness Training (F0172EFHNMP)1/28/2021, 10:30 PM
At-Will Agreement.docx (F01LF5CRGSG)1/28/2021, 10:30 PM
am i missing anything?
1/28/2021, 10:31 PM

- Odette Lindheim (W012QDQJQPQ)OL

  this looks great to me! nothing missing from my pov?
  1/28/2021, 10:35 PM

- Kenna Meyerhoff (WU40T30H4)KM

  thanks!!
  1/28/2021, 10:45 PM
  going to send now -- if anyone has anything to add or adjustments lmk
  1/28/2021, 10:46 PM

- Chayanee Ubol (W015QKKBFFS)CU

  this is GREAT
  1/28/2021, 11:21 PM

- Nathan Knight (W017GATEX0W)NK

  I love a "TLDR but like please do stuff" note
  1/28/2021, 11:24 PM

BMC0031296

# EXHIBIT 45

# Private channel #the-home-aloans-main - 2021-01-29 (UTC)

Private 1/29/2021, 12:18 AM
Bruno Shepherd, Hailea Faeth, Jessica Deniz and 4 others

- Joselito Corpuz (U01CU3E5K89)JC

  1.28.21 FR's
  1/28/2021, 6:44 PM
  - Rick Iraheta RI

    1554734407 - G, Walsh - FR
    1/29/2021, 12:18 AM
  - Joselito Corpuz JC

    GJ @Rick Iraheta My files were just stuck waiting on either the analysts to clear or clients to clear. I should have a handful come through tomorrow (Or maybe later tonight ☐ )
    1/29/2021, 2:04 AM
- Joselito Corpuz (U01CU3E5K89)JC

  1.29.21 FR's
  1/29/2021, 4:51 PM
  - Joselito Corpuz JC

    1782866305 - S, Jennings - Throttle - QC
    1/29/2021, 5:04 PM
  - Rick Iraheta RI

    1566990999 - D, Buben - FR
    1/29/2021, 6:27 PM
    1566990999 - D, Buben - FR
    1/29/2021, 6:27 PM
    2004880609 - J, Ray - Back to FR
    1/29/2021, 6:35 PM
  - Joselito Corpuz JC

    1477927415 - C, Jemo - FR
    1/29/2021, 9:42 PM
- Jessica Deniz (U01CF3UP91Q)JD

  Good Morning :homealone: OHHHH, It's FRIDAY, Let's finish strong!!!! :pig-happy-jumping:
  1/29/2021, 5:09 PM
  friday

BMC0031299



1/29/2021, 5:10 PM                                                                    1/29/2021, 5:10 PM

friday (undefined-undefined)1/29/2021, 5:10 PM

friday

I am if you guys need help with anything...PS I also added a new emoji that I would love to put to use, LOL :approvedstamp:...send me some requests to :approvedstamp:

1/29/2021, 5:15 PM

Team Deniz- MTD FRs (F01L9D8JNAZ)1/29/2021, 5:27 PM

- **Libby Frauenberger (U01H332F03A)LF**

  can anyone share the verbiage you use for your weekend OOO? and this may sound silly but, in Front, should the start date be Saturday and end date be Sunday? since you can't add times

  1/29/2021, 7:22 PM

  :same: 2

  :samesies: 1

  👍 1

  - ### Joselito Corpuz JC

    Yes please, can anyone share. I didnt have a weekend responder set at all and it was my first time hearing about it this week.

    1/29/2021, 7:27 PM

    And yes @Libby Frauenberger If you select Saturday, I believe the clock starts ticking right at midnight, and if you select end Sunday, stops ticking at midnight.

    1/29/2021, 7:28 PM

  - ### Libby Frauenberger LF

    *Thank you for your email. You have reached me outside of my regular office hours, M-F 9a-6p PST. I will be responding to all correspondence in order of which they were received. Thank you for your patience!* <- just made that up

    1/29/2021, 7:37 PM

    :homealone: 3

  - ### Rick Iraheta RI

    doing a weekend responder will def help email response times ! I didn't know we could or should do this until I was today years old !

    1/29/2021, 7:58 PM

  - ### Libby Frauenberger LF

Confidential                                                                    BMC0031300

learned that in training this week ☐
1/29/2021, 7:59 PM

- ○ Joselito Corpuz JC

  Happy 1st Birthday @Rick Iraheta ☐
  1/29/2021, 8:06 PM

- Jessica Deniz (U01CF3UP91Q)JD

Hey team, thank you for the shout-out! I definitely feel special ❤
1/29/2021, 8:58 PM
:celebrate: 1
January Shout-outs.pdf (F01LJS5G74L)1/29/2021, 8:58 PM

- Jessica Deniz (U01CF3UP91Q)JD

Hey guys, here is a full like of the trainings that are coming up due. Please make sure you are making some time in your day to cross these items off. Happy annual Compliance Training ☐
1/29/2021, 9:08 PM

☐ 2

- ○ Kenna Meyerhoff KM

  ‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
  • Acknowledge the *2021 Employee Handbook by 1/31*! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
  • Review and sign the *At-Will agreement by 2/26*! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
  • Complete your *annual Compliance Training by 2/26*! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions.  FAQ
  • Complete your *2021 Security training by 3/7*! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ
  1/28/2021, 10:57 PM
  Annual Compliance Training FAQ Form1/28/2021, 10:57 PM

- Jessica Deniz (U01CF3UP91Q)JD

@Rick Iraheta @Joselito Corpuz I can't remember if who asked me about holiday incentive but it sounds like it is being paid out in your 2/12 paycheck.
1/29/2021, 9:17 PM

☐ 1

- Jessica Deniz (U01CF3UP91Q)JD

@Libby Frauenberger & @Hailea Faeth when you guys need to pull LQI please use these credentials. This user info is for my team only do not share with other teams. If a code is needed for secondary verification please DM me and I will send it to you. Thanks!
1/29/2021, 11:30 PM

☐ 2

- ○ Jessica Deniz JD

  Hey team,
  Please use my Credco log in information to pull LQI: Let me know if you have any questions:
  User name: Jdeniz1
  Password: 1Maggy!purple

Confidential

1/5/2021, 12:56 AM

○ Hailea Faeth HF

Amazing thank you!
1/29/2021, 11:39 PM

Confidential

BMC0031302

EXHIBIT 46

# Private channel #at-will-agreement-distro - 2021-01-28 (UTC)

Private 1/28/2021, 1:26 PM
Derek Johnson, Jillian Smith, Joanne Chung and 2 others

- **Jillian Smith (W0160UJ34CW)JS**

  Sounds great @Jordon Scarlett! Yes Joanne and I checked and don't receive any comms as well
  1/28/2021, 1:26 PM
- **Jordon Scarlett (W01B5QE2H7Y)JS**

  Are we sending the agreement before Derek sends the email?
  1/28/2021, 2:21 PM
  I just spoke with Derek and asked him to send the email comm I drafted as soon as he is able (which included the job aid). I would prefer that email hits inboxes before the Workday email.
  1/28/2021, 2:22 PM
- **Jillian Smith (W0160UJ34CW)JS**

  @Jillian Smith has joined the group
  1/28/2021, 2:25 PM
- **slackbot (USLACKBOT)S**

  @Jillian Smith created this channel from a conversation with @Jillian Smith, @Jordon Scarlett, and @Joanne Chung.
  1/28/2021, 2:25 PM
- **Derek Johnson (W01B2RRNT7F)DJ**

  @Derek Johnson has joined the group
  1/28/2021, 2:26 PM
- **Jillian Smith (W0160UJ34CW)JS**

  adding Derek into our chat to ensure we're all in alignment!
  1/28/2021, 2:26 PM
  just spoke with Alex and she wants Joanne and I to send out the at-will distributions now
  1/28/2021, 2:27 PM
  agree we should include the job aid 100%
  1/28/2021, 2:28 PM
  from looking at the email Alex forward to us, it appears it went to "remote employees" @ better only
  1/28/2021, 2:29 PM
  but want to move forward with a plan that you and Derek are comfortable with, of course
  1/28/2021, 2:29 PM
  if you and @Derek Johnson would like us to hold on the WD distribution tasks, can you please confirm with Alex?
  1/28/2021, 2:30 PM
- **Jordon Scarlett (W01B5QE2H7Y)JS**

  I think if we send now before a comm is sent to employee's gmail we are going to have a lot of confused employees as not everyone is going to have joined/be checking the Slack channels where Derek sent the first comm.
  1/28/2021, 2:31 PM
  NM, Derek just sent the email. All good. Proceed.
  1/28/2021, 2:31 PM
- **Jillian Smith (W0160UJ34CW)JS**

just saw! perfect and it included the job aid 💯 ☺
1/28/2021, 2:32 PM
Joanne and I will send and keep you and @Derek Johnson updated once both WD distribution tasks show as 100% completed (sent to all employees in each custom org we created/reviewed with you both yesterday)
1/28/2021, 2:33 PM

- Derek Johnson (W01B2RRNT7F)DJ

  Thank you.
  1/28/2021, 2:55 PM

- Joanne Chung (W01C61BT865)JC

  hello! one quick alert - the closest that we can set the due date in workday is 30 days from now which is feb 27. the due date is just what we use to schedule the reminders, so hopefully there are no major concerns with that!
  1/28/2021, 3:02 PM

- Jillian Smith (W0160UJ34CW)JS

  i think that works as @Jordon Scarlett asked us to set the due date for 30 days! 💯
  1/28/2021, 3:03 PM
  thanks for the update @Joanne Chung!!
  1/28/2021, 3:03 PM

- Derek Johnson (W01B2RRNT7F)DJ

  That's perfect.
  1/28/2021, 4:31 PM
  Also, I'm getting a lot of pings of people not seeing it. This was sent, correct?
  1/28/2021, 4:31 PM
  I don't see it in my own inbox
  1/28/2021, 4:32 PM

- Jillian Smith (W0160UJ34CW)JS

  @Derek Johnson Yes, confirming all CA + non-CA agreements were sent with the DocuSign/Workday integration!
  1/28/2021, 6:54 PM
  We're getting a great engagement rate, with almost 700 employees already having completed the document! 🎉
  1/28/2021, 6:55 PM

  👀 1

BMC0031304

EXHIBIT 47

# Private channel #at-will-agreement-distro - 2021-01-29 (UTC)

Private 1/29/2021, 6:07 PM
Derek Johnson and Jillian Smith

- Derek Johnson (W01B2RRNT7F)DJ

  Jordon and I are chatting now, do we know how we're doing numbers wise now?
  1/29/2021, 6:07 PM

- Jillian Smith (W0160UJ34CW)JS

  Hi @Derek Johnson - Happy Friday! we just finished up our stakeholder meetings and checked docusign, we're at 51% completion (1871 employees)!
  1/29/2021, 8:26 PM

- Derek Johnson (W01B2RRNT7F)DJ

  Awesome!
  1/29/2021, 8:29 PM

Confidential   BMC0031305

EXHIBIT 48

REDACTED VERSION –
UNREDACTED VERSION
FILED CONDITIONALLY
UNDER SEAL

Direct message Alex D'Amico, Chayanee Ubol and Odette Lindheim - 2020-11-24 (UTC)                                             Private     11/24/2020, 1:42 PM

Alex D'Amico, Chayanee Ubol and Odette Lindheim

OL    **Odette Lindheim (W012QDQJQPQ)**
      morning! random thought - at this rate should we just plan to roll out new at will employee agreement with the handbook in new year?   11/24/2020, 1:42 PM

CU    **Chayanee Ubol (W015QKKBFFS)**
      Do they have to attest they got the handbook?   11/24/2020, 1:42 PM
      It' would be like one full swoop   11/24/2020, 1:43 PM

OL    **Odette Lindheim (W012QDQJQPQ)**
      yes they do   11/24/2020, 1:47 PM

AD    **Alex D'Amico (W014R4R4CGZ)**
      yes - but what is the handbook timeline   11/24/2020, 2:43 PM

Confidential

BMC0031308

Confidential

BMC0031309

Image from iOS (F01FF3672G2)   11/24/2020, 3:11 PM

Just wanted to send a preview of holiday card   11/24/2020, 3:12 PM

Confidential

# EXHIBIT 49

# Direct message Chayanee Ubol, Christina Utley and Kelly Dearborn - 2021-05-07 (UTC)

Private 5/7/2021, 12:24 AM
Chayanee Ubol and Kelly Dearborn

- Chayanee Ubol (W015QKKBFFS)CU

  

  5/7/2021, 12:24 AM
  what about the at-will
  5/7/2021, 12:24 AM
  i know jordon owns it but can I runt he report?
  5/7/2021, 12:24 AM

- Kelly Dearborn (WTRL4FW81)KD

  like a report of who hasn't signed?
  5/7/2021, 12:26 AM
  is this also a 911 or can wait?
  5/7/2021, 12:26 AM

- Chayanee Ubol (W015QKKBFFS)CU

  LOL all for the same legal
  5/7/2021, 12:26 AM
  Maybe tell me which report to run
  5/7/2021, 12:26 AM
  I cam totes try
  5/7/2021, 12:26 AM
  I figured out the other one
  5/7/2021, 12:26 AM

- Kelly Dearborn (WTRL4FW81)KD

  I still don't understand what you need lol
  5/7/2021, 12:26 AM

- Chayanee Ubol (W015QKKBFFS)CU

  After I slacked you :woman-gesturing-no::skin-tone-3:
  5/7/2021, 12:26 AM
  I need a report of the latest at will agreement
  5/7/2021, 12:27 AM
  and who signed and didn't
  5/7/2021, 12:27 AM

- Kelly Dearborn (WTRL4FW81)KD

  okay I have no idea I did not do at will
  5/7/2021, 12:27 AM
  but I will look
  5/7/2021, 12:27 AM
  Jillian is OOO
  5/7/2021, 12:27 AM

BMC0031313

found something that I think will work but it needs updating
5/7/2021, 12:30 AM

- Chayanee Ubol (W015QKKBFFS)CU

  ohhhh
  5/7/2021, 12:30 AM
  you are a hero
  5/7/2021, 12:30 AM
  im going to push for tomorrow deadline
  5/7/2021, 12:30 AM
  🤞
  5/7/2021, 12:30 AM

- Kelly Dearborn (WTRL4FW81)KD

  yeah I can probably do it without HRIS
  5/7/2021, 12:30 AM
  but if not idk who I can get online
  5/7/2021, 12:30 AM
  kk I think this is it
  5/7/2021, 12:37 AM

- Chayanee Ubol (W015QKKBFFS)CU

  lol im not authorized
  5/7/2021, 12:37 AM

- Kelly Dearborn (WTRL4FW81)KD

  hmm I added you and Alex
  5/7/2021, 12:38 AM
  can you search At-Will Completion Report
  5/7/2021, 12:38 AM
  possible you don't have security into the transactions but I doubt that
  5/7/2021, 12:38 AM
  I'll start downloading now
  5/7/2021, 12:39 AM

- Chayanee Ubol (W015QKKBFFS)CU

  ohh only 3852
  5/7/2021, 12:40 AM
  interesting
  5/7/2021, 12:40 AM

- Kelly Dearborn (WTRL4FW81)KD

  yeah I'm not sure if this doesn't include what the new hires are signing bc I think that's a different transaction
  5/7/2021, 12:41 AM
  I think we can assume anyone who started in 2021 has signed bc it's part of the offer now right?
  5/7/2021, 12:43 AM

- Chayanee Ubol (W015QKKBFFS)CU

  yes thats correct
  5/7/2021, 12:44 AM

- Kelly Dearborn (WTRL4FW81)KD

BMC0031314

okay I going to assume this is good enough for now and go back to my laundry
5/7/2021, 12:46 AM

- Chayanee Ubol (W015QKKBFFS)CU

  omg you are my heart
  5/7/2021, 12:50 AM
  thank you for being you an awesomee
  5/7/2021, 12:50 AM

Confidential

BMC0031315

EXHIBIT 50

REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

**better mortgage
corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

September 16, 2020

Novia LaBranche
novialabranche@yahoo.com

Dear Novia,

We are pleased to present the following offer of employment. This letter will summarize and confirm
the details of our offer for you to join Better Mortgage Corporation (the "Company") in the position of
Underwriter on October 6, 2020 and reporting to Latoya McBean. This position will be remote.

Orientation Information: On your first day of work, you should plan to report remotely at 10:00am.
More details will follow.

Here are the specific details of our offer:

Compensation: Your base salary will be            annually, less payroll deductions and required taxes
and withholdings. You will be paid on a semi-monthly pay schedule and your position will be
considered exempt.

In addition, you will receive a signing bonus of             half of which will be paid on the pay period
following your start date and the other half will be paid on the pay period following your six-month
anniversary with the Company, so long as you are still employed by the Company. This signing bonus
will be subject to any applicable payroll deductions and required taxes and withholdings. In the event
that you voluntarily leave the Company or are terminated for cause within one year of your start date,
you will be responsible for reimbursing the Company for the signing bonus.

Equity: You will also be eligible to receive interests in the company in the form of an option to purchase
shares equivalent t
                                                                            This equity will be subject
to board approval and will be subject to a 1-year cliff, such that if employment is terminated before
your one-year anniversary, no equity will have vested.

You are also eligible to participate in the Company's standard bonus programs on the same terms
as other similarly situated employees at your level and in your department. This bonus, if any, will be
based on individual performance and/or Company performance. The terms, timing and amounts of
any such bonus will be determined by the Company in its sole discretion.

Benefits: Better Mortgage Corporation offers a full range of benefits for you and your qualified
dependents. A presentation of our benefits program will be given to you during your first week of
employment.

This offer of employment is contingent upon you fulfilling each of the following terms:

Acknowledgement of Company Handbook and Confidentiality Agreement: As a Better Mortgage
Corporation employee, you are required to follow its rules and regulations. Therefore, you will be
asked to sign and comply with our handbook, provided online on your start date, and the attached
Proprietary Information and Inventions Agreement (the "Proprietary Information Agreement"), which
prohibits, among other things, the unauthorized use or disclosure of Better Mortgage Corporation's

better.com

DocuSign Envelope ID: 53BA0C01-B59E-429A-A36C-2547A156FDBF

**better mortgage corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

confidential and proprietary information. You are also required to comply with Better Mortgage Corporation's Information Security Policy and to keep confidential all sensitive information and personal/private information about customers and consumers that you may learn in the course of your employment. In order to retain necessary flexibility in the administration of its policies and procedures, Better Mortgage Corporation reserves the right to change or revise its policies, procedures, and benefits at any time.

Required Documentation:  To comply with the government-mandated confirmation of employment eligibility, as described in the I-9 Form, please bring in appropriate documentation as approved by the United States Department of Justice for establishing identity and employment eligibility.  Please bring the required I-9 documents with you on your first day of employment; failure to submit proof of your employment eligibility will postpone your start date or result in termination of your employment.

At Will Employment:  Please understand, as stated in all job offers, Better Mortgage Corporation is an employment-at-will company. That means that you or the Company may terminate your employment at any time, with or without cause and with or without prior notice. Accordingly, this letter is not a contract and should not be construed as creating contractual obligations.

Conditional Offer of Employment with Restrictions: Better Mortgage Corporation considers this position to be "critical" and, therefore, we reserve the right to run a background check and/or drug test.  By signing this letter below you agree to allow Better Mortgage Corporation or its affiliates to run a background check and/or drug test. Better Mortgage Corporation reserves the right to revoke this offer should it not receive a satisfactory reference check and background screening for you. If we conduct such tests, we will contact you as soon as the background check and/or drug test process has been completed.

This offer letter, Proprietary Information Agreement and Security Policy, forms the complete and exclusive statement of your employment with Better Mortgage Corporation. It supersedes any other agreements or promises made to you by anyone, whether oral or written.  Changes to the terms of this letter require a written modification signed by an authorized employee of Better Mortgage Corporation.

If you wish to accept employment at Better Mortgage Corporation under the terms described above, please sign and date this letter and the Proprietary Information Agreement and Security Policy and return to Better Mortgage Corporation. Please retain copies for your records.

Novia, we are excited that you are joining the team and feel that you have a great deal to contribute. If you have any questions, please feel free to call Taylor George at (908) 894-0339.

Sincerely,

Nicholas J. Calamari
Secretary

I understand and accept the terms of this employment offer.

better.com

BMC0031432

**better mortgage corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

Novia LaBranche

9/19/2020

Sign Date

better.com

**Better Mortgage Corporation**

## PROPRIETARY INFORMATION AND INVENTION AGREEMENT

Novia LaBranche
_____,
Employee Name (Print)

**As part of the consideration for my employment or my continued employment and the compensation now or hereafter paid to me, (including, but not limited to, salary, bonus awards, or other type of compensation) I agree as follows:**

1. **Maintaining Confidential Company Information.** I will not, during and after my employment with **Better Mortgage Corporation** or any of its successors, subsidiaries, assigns, related companies and divisions (collectively, the "Company"), (i) directly or indirectly disclose to any person or entity, or use, except for the sole benefit of the Company, any of the Company's confidential or proprietary information or trade secrets (collectively, "Company Information") or (ii) publish or submit for publication, any article or book relating to the Company, its development projects, or other aspects of Company business, without the prior written permission from the Company's Chief Legal Officer. By way of illustration and not limitation, Company Information shall include the Company's research and development plans or projects; data and reports; computer materials such as programs, instructions, source and object code, and printouts; inventions, developments, and discoveries; data compilations, development databases; business improvements; business plans (whether pursued or not); ideas; budgets; unpublished financial statements; licenses; pricing strategy and cost data; information regarding the skills and compensation of employees of the Company; the protected health information of employees of the Company; strategies, forecasts and other marketing techniques; and the identities of the Company's suppliers and contractors, and all information about those supplier and contractor relationships such as contact person(s), pricing and other terms. I further acknowledge and recognize that all Company Information is confidential and proprietary, and shall remain the exclusive property of the Company. To the extent that I have any question as to whether something constitutes Company Information, I agree to obtain the express written permission of my manager before using or disclosing the information in any way.

2. **Third Party Information.** I understand that the Company has in the past received, and in the future may receive from third parties, confidential or proprietary information, ("Third Party Information") subject to a duty on the Company's part to maintain the confidentiality of such information and to use it only for certain limited purposes. Third Party Information includes, but is not limited to, documents pertaining to the Company's relationship with professional employer organization, TriNet HR Corporation ("TriNet") or documents or information pertaining to that relationship. During and after my employment with the Company, I will hold all Third Party Information received by me in the strictest confidence and will not disclose it to anyone (other than Company personnel who need to know such information in connection with their work for the Company) or use it, except in connection with my work for the Company.

3. **No Improper Use of Information of Prior Employers and Others.** During my employment with the Company, I will not improperly use or disclose any confidential information or trade secrets, if any, of any former employer or any other person to whom I have an obligation of confidentiality, and I will not bring on to Company premises any proprietary or confidential information or property belonging to any former employer or any other person to whom I have an obligation of confidentiality unless consented to in writing by that former employer or person. I will use in the performance of my duties only information which is generally known and used by persons with training and experience comparable to my own, which is common knowledge in the industry or otherwise legally in the public domain, or which is otherwise provided or developed by the Company. For California employees only: I certify that I have read and completed the Limited Exclusion Notification attached as Exhibit A.

1

BMC0031434

4. **Return of Company Property.** When I leave the employ of the Company, I will immediately deliver to the Company (and will not keep in my possession, copy, recreate or deliver to anyone else in whole or in part) any and all drawings, notes, memoranda, specifications, devices, and documents, together with all copies thereof (in whatever medium recorded) and any other property or material containing or disclosing Company Information or Third Party Information. I further agree that any property owned by the Company, wherever located, including disks and other storage media, computers, filing cabinets, or lockers, is subject to inspection by Company personnel at any time during my employment and after, with or without notice.

5. **No Conflicting Employment; Non-Compete; Solicitation Restrictions.** While employed by the Company, or for a period of one year thereafter, I will not, without the Company's prior written consent, directly or indirectly engage in any employment, consulting, or other activity which creates or is likely to create an actual or a potential conflict of interest with my employment at the Company. I will not solicit any current customer or potential customer of the Company identified during the course of employment with Company, or otherwise divert or attempt to divert any existing business of Company. The geographical area to which this non-competition agreement applies is any area in which Company currently solicits or conducts business, and/or any area in which Company plans to solicit or conduct business for a period of one year after Employee leaves employment with Employer. Both parties agree that the time and scope of this Non-Competition agreement are reasonable. If a court finds the time and/or scope of this Non-Competition agreement unreasonable, it should reasonably modify the agreement to protect the Company to the maximum permitted by law.

In addition, during any period in which I am employed by the Company and for a period of one year thereafter, I shall not directly or indirectly, for myself or on behalf of any other person or entity, in any manner or capacity whatsoever, solicit, approach, recruit, interview, offer to hire or attempt to hire, or in any manner, endeavor to entice away any person who is employed by or associated with the Company as an employee, independent contractor or agent. Finally, during any period in which I am employed by the Company and for a period of one year thereafter, I shall not directly or indirectly, for myself or on behalf of any other person or entity, whether as an employee, owner, part-owner, shareholder, officer, director, trustee, partner, member, sole proprietor, consultant, agent, representative, or in any other manner or capacity whatsoever, use Company trade secret information to attempt to call on, solicit or take away any clients or prospects of the Company except on behalf of the Company.

6. **Ownership of Discoveries & Results and Proceeds.** Any inventions, discoveries, improvements or works of authorship made by me, alone or jointly with others, and all results and proceeds of my services to the Company ('Results and Proceeds") at any time during my employment by the Company which are made, conceived, reduced to practice or learned by me in the course and scope of my employment or with the use of the Company's time, materials or facilities, or relating to any subject matter with which my work for the Company is concerned, are "works made for hire" as the phrase is defined in the Copyright Act of 1976 (17 U.S.C. 101 et seq.). Any such works made for hire are hereby assigned to the Company for its benefit and shall be the exclusive property of the Company. If it is ever determined that any Results and Proceeds are not considered "works made for hire" I hereby grant to Company all rights of every kind and nature, whether now known or hereafter devised, in and to such Results and Proceeds. Company has the exclusive right to obtain and own all copyrights (and renewals and extensions thereof) in such Results and Proceeds and, for this purpose, Company shall be deemed the author of the same. Notwithstanding anything to the contrary, neither the expiration nor the termination of this Agreement shall affect the Company's ownership of the Results and Proceeds, or alter any of the Company's rights or privileges hereunder. To facilitate the determination of whether any invention, discovery, improvement or work of authorship is properly transferable to the Company, I will promptly advise it of all inventions, discoveries, improvements or works of authorship made, conceived, reduced to practice or learned by me during the term of my employment and for six months after termination of my employment. I understand that my obligations under this paragraph 6 do not apply to an invention which qualifies fully as a non-assignable invention under Section 2870 of the California Labor Code, as explained in Exhibit A or any law of any jurisdiction of similar effect. I have completed Exhibit B which lists all inventions, improvements or works ("Pre-existing Work") that I have alone or jointly with others, conceived, developed, reduced to practice prior to the commencement of my employment with the Company, that I consider to be my property or the property of third parties and that I wish to have excluded

Confidential

from the scope of this Agreement. If Exhibit B is not completed, there is no Pre-existing Work for which I claim ownership.

7. **Enforcement of Proprietary Rights.** I will assist the Company in every proper way to obtain, and from time to time enforce, United States and foreign patent, copyright, mask work and other intellectual property rights ("Proprietary Rights") relating to Company Information in any and all countries. To that end, I will execute, verify and deliver such documents and perform such other acts (including appearances as a witness) as the Company may reasonably request for use in applying for, obtaining, perfecting, evidencing, sustaining and enforcing such Proprietary Rights and the assignment thereof. In addition, I will execute, verify and deliver assignments of such Proprietary Rights to the Company or its designee. My obligation to assist the Company in this regard shall continue beyond the termination of my employment, but the Company shall compensate me at a reasonable rate after my termination for the time actually spent by me at the Company's request for such assistance.

8. **No Continued Employment; Exit Interview.** I understand that my employment with the Company is at-will and that this Agreement does not confer any right of continued employment by the Company, and does not limit in any way the Company's right or my right to terminate my employment at any time, with or without cause. In the event my employment with the Company terminates for any reason, I will, if requested, participate in an exit interview with the Company and reaffirm in writing my obligations as set forth in this Agreement. I agree to provide the Company with the name and address of my new employer, and consent to the Company's notification to my new employer of my rights and obligations under this Agreement

9. **Legal and Equitable Remedies.** I recognize that my violation of this Agreement exposes the Company to irreparable harm and that the Company shall have the right to enforce this Agreement and any of its provisions by injunction, specific performance or other equitable relief, without bond, and without prejudice to any other rights and remedies (including recovery of monetary damages) that the Company may have for a breach of this Agreement.

10. **Entire Agreement.** This Agreement sets forth the final, complete and exclusive agreement and understanding between the Company and me relating to the subject matter hereof and supercedes all prior agreements, promises, representations or inducements between the Company and me that concern the subject matter of this Agreement. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by the party to be charged.

11. **Severability.** If one or more of the provisions in this Agreement are deemed unenforceable by law, then the remaining provisions will continue in full force and effect. Moreover, if any one or more of the provisions contained in this Agreement shall be held to be excessively broad or partially invalid, illegal or unenforceable, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear. I agree that a court may rewrite, revise, or edit this Agreement to make it enforceable.

12. **Successors and Assigns.** This Agreement will be binding upon my heirs, executors, administrators and other legal representatives and will be for the benefit of the Company, its successors and its assigns.

13. **Survival.** The provisions of this Agreement shall survive the termination of my employment, regardless of the reasons for the termination, and the assignment of this Agreement by the Company to any successor in interest or other assignee.

14. **Waiver.** No waiver by the Company of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Company of any right under this Agreement shall be construed as a waiver of any other right. The Company shall not be required to give notice to enforce strict adherence to all terms of this Agreement.

15. **Change in Employment.** I agree that any subsequent change in my duties, title, salary or compensation will not affect in any respect the validity, enforceability, or scope of this Agreement.

Confidential

BMC0031436

16. **<u>Governing Law.</u>**  This Agreement will be governed by the laws of the State of **New York**, without regard to conflicts of law principles.

17.  Any facsimile or email copies hereof or electronic signature hereon shall, for all purposes, be deemed originals.


I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.


9/19/2020

_____          _____
Employee Signature                                          Date

4

**EXHIBIT A**

**LIMITED EXCLUSION NOTIFICATION**

**<u>For California Employees Only</u>**

THIS IS TO NOTIFY you in accordance with Section 2872 of the California Labor Code that the Proprietary Information and Invention Agreement (the "Agreement") between you and the Company does not require you to assign or offer to assign to the Company any invention that you developed entirely on your own time without using the Company's equipment, supplies, facilities or trade secret information except for those inventions that either:

1.  Relate at the time of conception or reduction to practice of the invention to the Company's business, or actual or demonstrably anticipated research or development of the Company;

2.  Result from any work performed by you for the Company.

To the extent a provision in the Agreement purports to require you to assign an invention otherwise excluded under Section 2872, the provision is against the public policy of this state and is unenforceable.

This limited exclusion does not apply to any patent or invention covered by a contract between the Company and the United States or any of its agencies requiring full title to such patent or invention to be in the United States.

I ACKNOWLEDGE RECEIPT  of a copy of this notification.


By: _____        Date: _____
          (Signature)

Confidential                                                                                                          BMC0031438

DocuSign Envelope ID: 58BA0C01-B59E-429A-A36C-2547A156FDBF

## EXHIBIT B

**TO:**   **Better Mortgage Corporation**

**SUBJECT:**  **Previous Inventions, Improvements or Works**

1.  Except as listed in Section 2 below, the following is a complete list of all inventions, improvements or works that have been made or conceived or first reduced to practice by me alone or jointly with others prior to my engagement by the Company:

_____

_____

_____

_____

_____

_____

Additional sheets attached.

2.  Due to a prior confidentiality agreement, I cannot complete the disclosure in Section 1 above.  Instead, I list the inventions, improvements or works generally, and the party(ies) to whom I owe proprietary rights and a duty of confidentiality:

| Inventions, Improvements, Artistic Creations or Works | Parties | Relationship |
|---|---|---|
| 1.  _____ | _____ | _____ |
| 2.  _____ | _____ | _____ |
| 3.  _____ | _____ | _____ |

Additional sheets attached.

6

# Better Mortgage Corporation
# Data and Information Security Policy

I.  <u>POLICY</u>

    A.    It is the policy of Better Mortgage Corporation, as well as any affiliates and related companies, (collectively, "Better Mortgage") that information, as defined hereinafter, in all its forms--written, spoken, recorded electronically or printed--will be protected from accidental or intentional unauthorized modification, destruction or disclosure throughout its life cycle.  This protection includes an appropriate level of security over the equipment and software used to process, store, and transmit that information.

    B.    All policies and procedures must be documented and made available to individuals responsible for their implementation and compliance.  All activities identified by the policies and procedures must also be documented.  All the documentation, which may be in electronic form, must be retained for at least 6 (six) years after initial creation, or, pertaining to policies and procedures, after changes are made.  All documentation must be periodically reviewed for appropriateness and currency, a period of time to be determined by each entity within Better Mortgage.

    C.    All systems implemented after the effective date of these policies are expected to comply with the provisions of this policy where possible. Existing systems are expected to be brought into compliance where possible and as soon as practical.

II.  <u>SCOPE</u>

    A.    The scope of information security includes the protection of the confidentiality, integrity and availability of information.

    B.    The framework for managing information security in this policy applies to all Better Mortgage workers, and other Involved Persons and all Involved Systems throughout Better Mortgage as defined below in **INFORMATION SECURITY DEFINITIONS.**

    C.    This policy and all standards apply to all protected consumer information and other classes of protected information in any form as defined below in **INFORMATION CLASSIFICATION.**

III.  <u>RISK MANAGEMENT</u>

    A.    A thorough analysis of all Better Mortgage information networks and systems will be conducted on a periodic basis to document the threats and vulnerabilities to stored and transmitted information.  The analysis will examine the types of

1

BMC0031440

threats – internal or external, natural or manmade, electronic and non-electronic-- that affect the ability to manage the information resource. The analysis will also document the existing vulnerabilities within each entity which potentially expose the information resource to the threats. Finally, the analysis will also include an evaluation of the information assets and the technology associated with its collection, storage, dissemination and protection.

From the combination of threats, vulnerabilities, and asset values, an estimate of the risks to the confidentiality, integrity and availability of the information will be determined. The frequency of the risk analysis will be determined at the entity level.

B. Based on the periodic assessment, measures will be implemented that reduce the impact of the threats by reducing the amount and scope of the vulnerabilities.

## IV.  INFORMATION SECURITY DEFINITIONS

**Affiliated Covered Entities:** Legally separate, but affiliated or related, covered entities which choose to designate themselves as a single covered entity.

**Availability:** Data or information is accessible and usable upon demand by an authorized person.

**Confidentiality:** Data or information is not made available or disclosed to unauthorized persons or processes.

**Integrity:** Data or information has not been altered or destroyed in an unauthorized manner.

**Involved Persons:** Every worker at Better Mortgage -- no matter what their status. This includes employees, contractors, consultants, temporaries, volunteers, interns, etc.

**Involved Systems:** All computer equipment and network systems that are operated within the Better Mortgage environment. This includes all platforms (operating systems), all computer sizes (personal digital assistants, desktops, mainframes, etc.), and all applications and data (whether developed in-house or licensed from third parties) contained on those systems.

**Protected Consumer Information (PCI):** PCI is consumer information, including demographic information, created or received by the Better Mortgage entities which relates to the past, present, or future consumer information.

**Risk:**  The probability of a loss of confidentiality, integrity, or availability of information resources.

## V.  INFORMATION SECURITY RESPONSIBILITIES

A.  **Information Security Officer:** The Information Security Officer (ISO) for each entity is responsible for working with user management, owners, custodians, and users to develop and implement prudent security policies, procedures, and controls, subject to the approval of Better Mortgage. Specific responsibilities include:

2

1.     Ensuring security policies, procedures, and standards are in place and adhered to by entity.

2.     Providing basic security support for all systems and users.

3.     Advising owners in the identification and classification of computer resources.  See Section VI Information Classification.

4.     Advising systems development and application owners in the implementation of security controls for information on systems, from the point of system design, through testing and production implementation.

5.     Educating custodian and user management with comprehensive information about security controls affecting system users and application systems.

6.     Providing on-going employee security education.

7.     Performing security audits.

8.     Reporting regularly to the Better Mortgage Oversight Committee on entity's status with regard to information security.

B.     **Information Owner:** The owner of a collection of information is usually the manager responsible for the creation of that information or the primary user of that information. This role often corresponds with the management of an organizational unit. In this context, ownership does not signify proprietary interest, and ownership may be shared. The owner may delegate ownership responsibilities to another individual. The owner of information has the responsibility for:

1.     Knowing the information for which she/he is responsible.

2.     Determining a data retention period for the information, relying on advice from the Legal Department.

3.     Ensuring appropriate procedures are in effect to protect the integrity, confidentiality, and availability of the information used or created within the unit.

4.     Authorizing access and assigning custodianship.

5.     Specifying controls and communicating the control requirements to the custodian and users of the information.

6.     Reporting promptly to the ISO the loss or misuse of Better Mortgage information.

7.     Initiating corrective actions when problems are identified.

8.     Promoting employee education and awareness by utilizing programs approved by the ISO, where appropriate.

9.     Following existing approval processes within the respective organizational unit for the selection, budgeting, purchase, and implementation of any computer system/software to manage information.

C.     **Custodian:** The custodian of information is generally responsible for the processing and storage of the information. The custodian is responsible for the

3

BMC0031442

administration of controls as specified by the owner.  Responsibilities may include:

1. Providing and/or recommending physical safeguards.

2. Providing and/or recommending procedural safeguards.

3. Administering access to information.

4. Releasing information as authorized by the Information Owner and/or the Information Privacy/ Security Officer for use and disclosure using procedures that protect the privacy of the information.

5. Evaluating the cost effectiveness of controls.

6. Maintaining information security policies, procedures and standards as appropriate and in consultation with the ISO.

7. Promoting employee education and awareness by utilizing programs approved by the ISO, where appropriate.

8. Reporting promptly to the ISO the loss or misuse of Better Mortgage information.

9. Identifying and responding to security incidents and initiating appropriate **actions when problems are identified.**

D. **User Management:** Better Mortgage management who supervise users as defined below. User management is responsible for overseeing their employees' use of information, including:

1. Reviewing and approving all requests for their employees access authorizations.

2. Initiating security change requests to keep employees' security record current with their positions and job functions.

3. Promptly informing appropriate parties of employee terminations and transfers, in accordance with local entity termination procedures.

4. Revoking physical access to terminated employees, i.e., confiscating keys, changing combination locks, etc.

5. Providing employees with the opportunity for training needed to properly use the computer systems.

6. Reporting promptly to the ISO the loss or misuse of Better Mortgage information.

7. Initiating corrective actions when problems are identified.

8. Following existing approval processes within their respective organization for the selection, budgeting, purchase, and implementation of any computer system/software to manage information.

E. **User:** The user is any person who has been authorized to read, enter, or update information. A user of information is expected to:

1. Access information only in support of their authorized job responsibilities.

2. Comply with Information Security Policies and Standards and with all controls established by the owner and custodian.

4

3.  Refer all disclosures of PCI (1) outside of Better Mortgage and (2) within Better Mortgage, to the ISO.

4.  Keep personal authentication devices (e.g. passwords, SecureCards, PINs, etc.) confidential.

5.  Report promptly to the ISO the loss or misuse of Better Mortgage information.

6.  Initiate corrective actions when problems are identified.

## VI.   INFORMATION CLASSIFICATION

Classification is used to promote proper controls for safeguarding the confidentiality of information. Regardless of classification the integrity and accuracy of all classifications of information must be protected. The classification assigned and the related controls applied are dependent on the sensitivity of the information. Information must be classified according to the most sensitive detail it includes. Information recorded in several formats (e.g., source document, electronic record, report) must have the same classification regardless of format. The following levels are to be used when classifying information:

A.   **Protected Consumer Information (PCI)**

1.  PCI is potentially information, whether oral or recorded in any form or medium, that:

a.  is created or received by a credit bureau;

b.  relates to private, non-public information of a consumer

2.  Unauthorized or improper disclosure, modification, or destruction of this information could violate state and federal laws, result in civil and criminal penalties, and cause serious damage to Better Mortgage and its interests.

B.   **Confidential Information**

1.  Confidential Information is very important and highly sensitive material that includes PCI. This information is private or otherwise sensitive in nature and must be restricted to those with a legitimate business need and/or permissible purpose for access.

2.  Unauthorized disclosure of this information to people without a business need/permissible purpose for access may violate laws and regulations, contractual obligations or may cause significant problems for Better Mortgage, its customers, or its business partners. Decisions about the provision of access to this information must always be cleared through the information owner.

C.   **Internal Information**

1.  Internal Information is intended for unrestricted use within Better Mortgage, and in some cases within affiliated organizations such as Better Mortgage business partners. This type of information is already widely-distributed within Better Mortgage, or it could be so distributed within the organization without advance permission from the information owner.

5

BMC0031444

DocuSign Envelope ID: 53BA0C01-B59E-429A-A36C-2547A166FDBE

Examples of Internal Information may include: personnel directories, internal policies and procedures, most internal electronic mail messages.

2.    Any information not explicitly classified as PCI, Confidential or Public will, by default, be classified as Internal Information.

3.    Unauthorized disclosure of this information to outsiders may not be appropriate due to legal or contractual provisions.

**D.    Public Information**

1.    Public Information has been specifically approved for public release by a designated authority within Better Mortgage. Examples of Public Information may include marketing brochures and material posted to Better Mortgage entity internet web pages.

2.    This information may be disclosed outside of Better Mortgage.

## VII.    COMPUTER AND INFORMATION CONTROL

All involved systems and information are assets of Better Mortgage and are expected to be protected from misuse, unauthorized manipulation, and destruction. These protection measures may be physical and/or software based.

**A.    Ownership of Software:** All computer software developed by Better Mortgage employees or contract personnel on behalf of Better Mortgage or licensed for Better Mortgage use is the property of Better Mortgage and must not be copied for use at home or any other location, unless otherwise specified by the license agreement.

**B.    Installed Software:** All software packages that reside on computers and networks within Better Mortgage must comply with applicable licensing agreements and restrictions and must comply with Better Mortgage acquisition of software policies.

**C.    Virus Protection:** Virus checking systems approved by the Information Security Officer and Information Services must be deployed using a multi-layered approach (servers, gateways, etc.) that ensures all electronic files are appropriately scanned for viruses.

**D.    Access Controls:** Physical and electronic access to PCI, Confidential and Internal information and computing resources is controlled.  To ensure appropriate levels of access by internal workers, a variety of security measures will be instituted as recommended by the Information Security Officer and approved by Better Mortgage. Mechanisms to control access to PCI, Confidential and Internal information include (but are not limited to) the following methods:

1.    **Authorization:** Access will be granted on a "need to know" basis and must be authorized by the immediate supervisor and application owner with the assistance of the ISO. Any of the following methods are acceptable for providing access under this policy:

a.    *Context-based access:* Access control based on the context of a transaction (as opposed to being based on attributes of the initiator or target). The "external" factors might include time of day, location of the user, strength of user authentication, etc.

6

    b.     *Role-based access:* An alternative to traditional access control models (e.g., discretionary or non-discretionary access control policies) that permits the specification and enforcement of enterprise-specific security policies in a way that maps more naturally to an organization's structure and business activities. Each user is assigned to one or more predefined roles, each of which has been assigned the various privileges needed to perform that role.

    c.     *User-based access:* A security mechanism used to grant users of a system access based upon the identity of the user.

2.    **Identification/Authentication:** Unique user identification (user id) and authentication is required for all systems that maintain or access PCI, Confidential and/or Internal Information. Users will be held accountable for all actions performed on the system with their user id.

    a.     At least one of the following authentication methods must be implemented:

        1.     passwords

        2.     biometric identification, and/or

        3.     tokens in conjunction with a PIN.

    b.     The user must secure his/her authentication control (e.g. password, token) such that it is known only to that user and possibly a designated security manager.

    d.     The user must log off or secure the system when leaving it.

3.    **Data Integrity:** Better Mortgage must be able to provide corroboration that PCI, Confidential, and Internal Information has not been altered or destroyed in an unauthorized manner. Listed below are some methods that support data integrity:

    a.     transaction audit

    b.     disk redundancy (RAID)

    c.     ECC (Error Correcting Memory)

    d.     checksums (file integrity)

    e.     encryption of data in storage

    f.     digital signatures

4.    **Transmission Security:** Technical security mechanisms must be put in place to guard against unauthorized access to data that is transmitted over a communications network, including wireless networks. The following features must be implemented:

    a.     integrity controls and

    b.     encryption, where deemed appropriate

5.    **Remote Access:** Access into Better Mortgage network from outside will be granted using Better Mortgage approved devices and pathways on an individual user and application basis. All other network access options are

Confidential

strictly prohibited. Further, PCI, Confidential and/or Internal Information that is stored or accessed remotely must maintain the same level of protections as information stored and accessed within the Better Mortgage network.

6.   **Physical Access:** Access to areas in which information processing is carried out must be restricted to only appropriately authorized individuals.

The following physical controls must be in place:

a.   Mainframe computer systems must be installed in an access-controlled area. The area in and around the computer facility must afford protection against fire, water damage, and other environmental hazards such as power outages and extreme temperature situations.

b.   File servers containing PCI, Confidential and/or Internal Information must be installed in a secure area to prevent theft, destruction, or access by unauthorized individuals.

c.   Workstations or personal computers (PC) must be secured against use by unauthorized individuals. Local procedures and standards must be developed on secure and appropriate workstation use and physical safeguards which must include procedures that will:

1.   Position workstations to minimize unauthorized viewing of Protected Consumer Information.

2.   Grant workstation access only to those who need it in order to perform their job function.

3.   Employ physical safeguards if appropriate, such as locating workstations in controlled access areas or installing covers or enclosures to preclude passerby access to PCI.

4.   Use automatic screen savers with passwords to protect unattended machines.

d.   Facility access controls must be implemented to limit physical access to electronic information systems and the facilities in which they are housed, while ensuring that properly authorized access is allowed.

E.   **Equipment and Media Controls:**  The disposal of information must ensure the continued protection of PCI, Confidential and Internal Information.  Hard copy information will be shredded.

1.   **Data backup and Storage:**  When needed, create a retrievable, exact copy of electronic PCI before movement of equipment.

F.   **Other Media Controls:**

1.   PCI and Confidential Information stored on external media (diskettes, cd-roms, portable storage, memory sticks, etc.) must be protected from theft and unauthorized access. Such media must be appropriately labeled so as to identify it as PCI or Confidential Information. Further, external media

8

BMC0031447

containing PCI and Confidential Information must never be left unattended in unsecured areas.

2.  PCI and Confidential Information must never be stored on mobile computing devices (laptops, personal digital assistants (PDA), smart phones, tablet PC's, etc.) unless the devices have the following minimum security requirements implemented:

    a.  Power-on passwords

    b.  Auto logoff or screen saver with password; and/or

    c.  Encryption of stored data or other acceptable safeguards approved by Information Security Officer. You will receive a presentation addressing how to encrypt your computer.

    Further, mobile computing devices must never be left unattended in unsecured areas.

3.  If PCI or Confidential Information is stored on external medium or mobile computing devices and there is a breach of confidentiality as a result, then the owner of the medium/device will be held personally accountable and is subject to the terms and conditions of Better Mortgage Information Security Policies and Confidentiality Statement.

4.  If PCI or Confidential Information is stored or transmitted via email, you must use two-factor authentication on each account used to access such information.

H.  **Data Transfer/Printing:**

    1.  **Electronic Mass Data Transfers:** Downloading and uploading PCI, Confidential, and Internal Information between systems must be strictly controlled. Requests for mass downloads of, or individual requests for, information for research purposes that include PCI must be approved through the Internal Review Board (IRB). All other mass downloads of information must be approved by the Application Owner and include only the minimum amount of information necessary to fulfill the request.

    2.  **Other Electronic Data Transfers and Printing:** PCI, Confidential and Internal Information must be stored in a manner inaccessible to unauthorized individuals. PCI and Confidential information must not be downloaded, copied or printed indiscriminately or left unattended and open to compromise. PCI that is downloaded for educational purposes where possible should be de-identified before use.

I.  **Oral Communications:**  Better Mortgage staff should be aware of their surroundings when discussing PCI and Confidential Information.  This includes the use of cellular telephones in public areas.  Better Mortgage staff should not discuss PCI or Confidential Information in public areas if the information can be overheard.  Caution should be used when conducting conversations in:  semi-private rooms, waiting rooms, corridors, elevators, stairwells, cafeterias, restaurants, or on public transportation.

J.  **Audit Controls:** Hardware, software, and/or procedural mechanisms that record and examine activity in information systems that contain or use PCI must be

9

implemented.  Further, procedures must be implemented to regularly review records of information system activity, such as audit logs, access reports, and security incident tracking reports.  These reviews must be documented and maintained for six (6) years.

K.      **Evaluation:**  Better Mortgage requires that periodic technical and non-technical evaluations be performed in response to environmental or operational changes affecting the security of electronic PCI to ensure its continued protection.

L.      **Contingency Plan:**  Controls must ensure that Better Mortgage can recover from any damage to computer equipment or files within a reasonable period of time. This includes that all of Better Mortgage's data and information is either stored on cloud servers or is available from the vendors that it was originally purchased from.  In the event of an emergency or disaster that affects or destroys any on-site data, the data in the clourd or at the vodors can be accessed remotely and recreated.

**Remainder of this page intentionally left blank**

Confidential

## Compliance

A. The Information Security Policy applies to all users of Better Mortgage information including: employees, staff, students, volunteers, and outside affiliates. Failure to comply with Information Security Policies and Standards by employees, staff, volunteers, and outside affiliates may result in disciplinary action up to and including dismissal in accordance with applicable Better Mortgage procedures, or, in the case of outside affiliates, termination of the affiliation. Failure to comply with Information Security Policies and Standards by students may constitute grounds for corrective action in accordance with Better Mortgage procedures.  Further, penalties associated with state and federal laws may apply.

B. Possible disciplinary/corrective action may be instituted for, but is not limited to, the following:

1. Unauthorized disclosure of PCI or Confidential Information as specified in Confidentiality Statement.

2. Unauthorized disclosure of a sign-on code (user id) or password.

3. Attempting to obtain a sign-on code or password that belongs to another person.

4. Using or attempting to use another person's sign-on code or password.

5. Unauthorized use of an authorized password to invade patient privacy by examining records or information for which there has been no request for review.

6. Installing or using unlicensed software on Better Mortgage computers.

7. The intentional unauthorized destruction of Better Mortgage information.

8. Attempting to get access to sign-on codes for purposes other than official business, including completing fraudulent documentation to gain access.

**By signing this document I acknowledge that I have read the Better Mortgage Security Policy, agree to follow the rules and guidelines set forth herein, and recognize that failure to do so can result in penalties up to and including, but not limited to, termination. Any facsimile or email copies hereof or electronic signature hereon shall, for all purposes, be deemed originals.**

**Date:** _9/19/2020_____     **Signature:** _____

**Name (Print):** Novia LaBranche
_____

Confidential                                                                                              BMC0031450

EXHIBIT 51

REDACTED VERSION –
UNREDACTED VERSION
FILED CONDITIONALLY
UNDER SEAL



**better mortgage corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

October 23, 2020

Rachel Goodenow
rgoodenow2113@yahoo.com

Dear Rachel,

We are pleased to present the following offer of employment. This letter will summarize and confirm the details of our offer for you to join Better Mortgage Corporation (the "Company") in the position of Underwriter on November 10, 2020 and reporting to Jennifer Davis. This position will be remote.

Orientation Information: On your first day of work, you should plan to report remotely at 10:00am. More details will follow.

Here are the specific details of our offer:

Compensation: Your base salary will be            annually, less payroll deductions and required taxes and withholdings. You will be paid on a semi-monthly pay schedule and your position will be considered exempt.

In addition, you will receive a signing bonus of

This signing bonus will be subject to any applicable payroll deductions and required taxes and withholdings. In the event that you voluntarily leave the Company or are terminated for cause within one year of your start date, you will be responsible for reimbursing the Company for the signing bonus.

Equity: You will also be eligible to receive interests in the company in the form of an option to purchase shares

This equity will be subject to board approval and will be subject to a 1-year cliff, such that if employment is terminated before your one-year anniversary, no equity will have vested.

Benefits: Better Mortgage Corporation offers a full range of benefits for you and your qualified dependents. A presentation of our benefits program will be given to you during your first week of employment.

This offer of employment is contingent upon you fulfilling each of the following terms:

Acknowledgement of Company Handbook and Confidentiality Agreement: As a Better Mortgage Corporation employee, you are required to follow its rules and regulations. Therefore, you will be asked to sign and comply with our handbook, provided online on your start date, and the attached Proprietary Information and Inventions Agreement (the "Proprietary Information Agreement"), which prohibits, among other things, the unauthorized use or disclosure of Better Mortgage Corporation's confidential and proprietary information. You are also required to comply with Better Mortgage Corporation's Information Security Policy and to keep confidential all sensitive information and personal/private information about customers and consumers that you may learn in the course of your employment. In order to retain necessary flexibility in the administration of its policies and

better.com
NMLS #330511

 BMC0031557



**better mortgage corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

procedures, Better Mortgage Corporation reserves the right to change or revise its policies, procedures, and benefits at any time.

Required Documentation:  To comply with the government-mandated confirmation of employment eligibility, as described in the I-9 Form, please bring in appropriate documentation as approved by the United States Department of Justice for establishing identity and employment eligibility.  Please bring the required I-9 documents with you on your first day of employment; failure to submit proof of your employment eligibility will postpone your start date or result in termination of your employment.

At Will Employment:  Please understand, as stated in all job offers, Better Mortgage Corporation is an employment-at-will company.  That means that you or the Company may terminate your employment at any time, with or without cause and with or without prior notice.  Accordingly, this letter is not a contract and should not be construed as creating contractual obligations.

Conditional Offer of Employment with Restrictions: Better Mortgage Corporation considers this position to be "critical" and, therefore, we reserve the right to run a background check and/or drug test.  By signing this letter below you agree to allow Better Mortgage Corporation or its affiliates to run a background check and/or drug test. Better Mortgage Corporation reserves the right to revoke this offer should it not receive a satisfactory reference check and background screening for you. If we conduct such tests, we will contact you as soon as the background check and/or drug test process has been completed.

This offer letter, Proprietary Information Agreement and Security Policy, forms the complete and exclusive statement of your employment with Better Mortgage Corporation. It supersedes any other agreements or promises made to you by anyone, whether oral or written.  Changes to the terms of this letter require a written modification signed by an authorized employee of Better Mortgage Corporation.

If you wish to accept employment at Better Mortgage Corporation under the terms described above, please sign and date this letter and the Proprietary Information Agreement and Security Policy and return to Better Mortgage Corporation. Please retain copies for your records.

Rachel, we are excited that you are joining the team and feel that you have a great deal to contribute.  If you have any questions, please feel free to call Taylor George at (908) 894-0339.

Sincerely,

Nicholas J. Calamari
Secretary

I understand and accept the terms of this employment offer.

_____

better.com

Confidential                                                                                                          BMC0031558

**better mortgage corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

Rachel Goodenow

_____

Sign Date

Confidential

BMC0031559

# EXHIBIT 51

REDACTED VERSION –
UNREDACTED VERSION
FILED CONDITIONALLY
UNDER SEAL



**better mortgage
corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

October 23, 2020

Yvette Philbrick - Radigan
yradigan@gmail.com

Dear Yvette,

We are pleased to present the following offer of employment.  This letter will summarize and
confirm the details of our offer for you to join Better Mortgage Corporation (the "Company")  in the
position of Senior Underwriter on January 5, 2021 and reporting to Jennifer Davis. This position will
be remote.

Orientation Information:  On your first day of work, you should plan to report remotely at 10:00am.
More details will follow.

Here are the specific details of our offer:

Compensation: Your base salary will be            annually, less payroll deductions and required
taxes and withholdings. You will be paid on a semi-monthly pay schedule and your position will be
considered exempt.

In addition, you will receive a signing bonus of

This
signing bonus will be subject to any applicable payroll deductions and required taxes and
withholdings. In the event that you voluntarily leave the Company or are terminated for cause within
one year of your start date, you will be responsible for reimbursing the Company for the signing
bonus.

Equity: You will also be eligible to receive interests in the company in the form of an option to
purchase shares

This equity
will be subject to board approval and will be subject to a 1-year cliff, such that if employment is
terminated before your one-year anniversary, no equity will have vested.

Benefits: Better Mortgage Corporation offers a full range of benefits for you and your qualified
dependents.  A presentation of our benefits program will be given to you during your first week of
employment.

This offer of employment is contingent upon you fulfilling each of the following terms:

Acknowledgement of Company Handbook and Confidentiality Agreement: As a Better Mortgage
Corporation employee, you are required to follow its rules and regulations. Therefore, you will be
asked to sign and comply with our handbook, provided online on your start date, and the attached
Proprietary Information and Inventions Agreement (the "Proprietary Information Agreement"), which
prohibits, among other things, the unauthorized use or disclosure of Better Mortgage Corporation's
confidential and proprietary information. You are also required to comply with Better Mortgage
Corporation's Information Security Policy and to keep confidential all sensitive information and
personal/private information about customers and consumers that you may learn in the course of
your employment. In order to retain necessary flexibility in the administration of its policies and

BMC0031568



**better mortgage corporation**

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

procedures, Better Mortgage Corporation reserves the right to change or revise its policies, procedures, and benefits at any time.

Required Documentation:  To comply with the government-mandated confirmation of employment eligibility, as described in the I-9 Form, please bring in appropriate documentation as approved by the United States Department of Justice for establishing identity and employment eligibility.  Please bring the required I-9 documents with you on your first day of employment; failure to submit proof of your employment eligibility will postpone your start date or result in termination of your employment.

At Will Employment:  Please understand, as stated in all job offers, Better Mortgage Corporation is an employment-at-will company.  That means that you or the Company may terminate your employment at any time, with or without cause and with or without prior notice.  Accordingly, this letter is not a contract and should not be construed as creating contractual obligations.

Conditional Offer of Employment with Restrictions: Better Mortgage Corporation considers this position to be "critical" and, therefore, we reserve the right to run a background check and/or drug test.  By signing this letter below you agree to allow Better Mortgage Corporation or its affiliates to run a background check and/or drug test. Better Mortgage Corporation reserves the right to revoke this offer should it not receive a satisfactory reference check and background screening for you. If we conduct such tests, we will contact you as soon as the background check and/or drug test process has been completed.

This offer letter, Proprietary Information Agreement and Security Policy, forms the complete and exclusive statement of your employment with Better Mortgage Corporation. It supersedes any other agreements or promises made to you by anyone, whether oral or written.  Changes to the terms of this letter require a written modification signed by an authorized employee of Better Mortgage Corporation.

If you wish to accept employment at Better Mortgage Corporation under the terms described above, please sign and date this letter and the Proprietary Information Agreement and Security Policy and return to Better Mortgage Corporation. Please retain copies for your records.

Yvette, we are excited that you are joining the team and feel that you have a great deal to contribute.  If you have any questions, please feel free to call Taylor George at (908) 894-0339.

Sincerely,

Nicholas J. Calamari
Secretary

I understand and accept the terms of this employment offer.

_____

BMC0031569



## better mortgage corporation

Better Mortgage Corporation
120 Broadway, Floor 5
New York, NY 10271

Yvette Philbrick - Radigan

_____
Sign Date

BMC0031570

EXHIBIT 53

# REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

| | |
|---|---|
| **From:** | McKinzey Sayers <msayers@better.com> |
| **Sent:** | Wednesday, October 21, 2020 1:24 PM |
| **To:** | Earl Leatham <eleatham@better.com> |
| **Subject:** | Re: Recap of yesterday's Underwriting Huddle |

Hi!

So, yes the retention bonus is to retain our employees. The additional agreement is the at-will employment agreement.

1. If you do not affirm that you understand our at-will agreement by Friday, we will have to have additional conversations surrounding when your employment would be terminated.
2.

Thank you!

On Wed, Oct 21, 2020 at 12:13 PM Earl Leatham <eleatham@better.com> wrote:

Hi McKinzey,

Thank you for the prompt response and clarification.

So, I thought the purpose of the retention bonus was to essentially ensure the same until April 31, 2020. Now, we're being required to sign this agreement, to ensure we don't leave post April 31, 2020? Can you clarify what options we have on this matter?

1. If we don't sign this agreement now, are we essentially terminating our employment here at Better.com? If so, when will be our last day?
2. If we do sign, and then a year or two from now, we get another opportunity in the industry, and decide to pursue that opportunity. What would be the penalty from Better?

Please note that I have no interest or desire to leave Better in the short term, but just want to be clear about what I'm signing and the consequences of doing so. Let me know if I should be discussing this with someone else. Thank you for your time and

BMC0033659

assistance.

Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Wed, Oct 21, 2020 at 11:57 AM McKinzey Sayers <msayers@better.com> wrote:
Hi Earl!

Thanks for reaching out.  Yes, you are correct.

Let me know if you have any other questions!

On Wed, Oct 21, 2020 at 10:24 AM Earl Leatham <eleatham@better.com> wrote:
Good Morning McKinzey,

Thank you for the follow up. My question is regarding section 8
of the At Will/Compete Agreement. I'm not sure if I'm
interpreting this correctly,

BMC0033660

**8.   COVENANT NOT TO COMPETE AND NO SOLICITATION**

A.   *Covenant Not to Compete.*  I agree that during the course of my employment and for a period of twelve (12) months immediately following the termination of my relationship with the Company, whether I resign voluntarily or am terminated by the Company involuntarily, I will not, without the prior written consent of the Company, whether paid or not: (i) serve as a partner, principal, licensor, licensee, employee, consultant, officer, director, manager, agent, affiliate, representative, advisor, promoter, associate, investor, or otherwise for; (ii) directly or indirectly, own, purchase, organize or take preparatory steps for the organization of, or (iii) build, design, finance, acquire, lease, operate, manage, control, invest in, work or consult for or otherwise join, participate in or affiliate myself with, any business whose business, products or operations are in any respect involved in the Covered Business. For the purposes of this Agreement, "**Covered Business**" shall mean any business in which the Company is engaged or in which the Company has plans to be engaged, or any service that the Company provides or has plans to provide. The foregoing covenant shall cover any activities in every part of the Territory. "**Territory**" shall mean (i) all countries in the state or commonwealth in which I work for the Company at the commencement of my employment; (ii) all other states of the United States of America in which the Company provided goods or services, had customers, or otherwise conducted business at any time during the two-year period prior to the date of the termination of my relationship with the Company; and (iii) any other countries from which the Company provided goods or services, had customers, or otherwise conducted business at any time during the two-year period prior to the date of the termination of my relationship with the Company.

Should I obtain other employment during my employment with the Company or within twelve (12) months immediately following the termination of my relationship with the Company, I agree to provide written notification to the Company with the name and address of my new employer, the position that I expect to hold, and a description of my duties and responsibilities, at least five (5) business days prior to starting such employment. In connection with such notice, I may also ask the Company to waive its right to enforce the covenant not to compete set forth above in this Section 8.A with respect to such employment. I agree that in seeking such waiver, I must also provide the Company with the division or group in which I will work, the name of my direct supervisor, written confirmation that I was not recruited or solicited by a current or former employee of the Company, and, to the extent not already provided, an executed copy of Exhibit B to this Agreement. The Company will consider whether to grant such a waiver in its good faith, sole discretion, provided, however, that I acknowledge that no such request for waiver will be considered if I do not timely provide all of the foregoing information and documentation and any other information the Company may request. I further acknowledge that no such waiver will be valid beyond the proposed employment for which I have provided notice and not any other employment, engagement, or relationship. The Company's decision to grant a waiver shall not affect in any way my remaining obligations under this Agreement, nor prejudice the Company's ability to enforce such obligations.

# Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Tue, Oct 20, 2020 at 6:50 PM McKinzey Sayers <msayers@better.com> wrote:
Hi Earl!  Happy to help.  Feel free to shoot me over any questions you might have!

---------- Forwarded message ---------
From: Earl Leatham <eleatham@better.com>
Date: Tuesday, October 20, 2020 at 11:11:45 AM UTC-4
Subject: Re: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>

# Good Morning,

# Thank you for the recap below. Who should we consult, if we have specific questions regarding the employment agreement?

# Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

Confidential

On Tue, Oct 20, 2020 at 9:49 AM UW Inquiries <uw-inq...@better.com> wrote:
Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

  1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
  2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
  3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
     - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
  - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
  - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting...@better.com.
To view this discussion on the web visit
https://groups.google.com/a/better.com/d/msgid/underwriting/9fabba23-fdbf-4fca-b70e-fc7b4a5b28e0n%40better.com.

--

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | <u>Better</u> |
1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

-

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | <u>Better</u> | 1422
South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

Confidential

EXHIBIT 54

| | |
|---|---|
| **From:** | Kenna Meyerhoff <kmeyerhoff@better.com> |
| **Sent:** | Wednesday, October 21, 2020 6:23 PM |
| **To:** | McKinzey Sayers <msayers@better.com> |
| **Cc:** | Lindsey Volpintesta <lvolpintesta@better.com>; Odette Lindheim <olindheim@better.com> |
| **Subject:** | Re: UW Follow ups |

All good - thank you!

On Wed, Oct 21, 2020 at 6:17 PM McKinzey Sayers <msayers@better.com> wrote:
> Sorry, definitely had a response sitting in my drafts.
>
> On it!
>
> On Wed, Oct 21, 2020 at 6:16 PM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
> > @ McKinzey and Lindsey - please let us know if you're able to work through this.
> >
> > Basically, we just need to 1. thank them for signing the agreements and 2. let them know they will need to sign the employment agreement regardless.
> >
> > On Wed, Oct 21, 2020 at 11:56 AM Odette Lindheim <olindheim@better.com> wrote:
> > > Hi team!! Below is a list of 15 names that I think we should FU with today if possible. They either signed the Retention agreement, Release agreement, or both, but have NOT signed the Employee Agreement yet.
> > >
> > > Payment on either of the R & R agreements is contingent on signing the Employee agreement so want to make sure they know/understand they are on the hook for that too before payout.
> > >
> > > let me know if you have any questions!

| |
|---|
| Dawn Iverson-Gonzalez |
| Donna Krecu |
| Earl Leatham |
| Erika Luna, |
| Nichelle Jones |
| Rhonda Green |
| Tonya Golden |
| Marcela Magana |
| Breanne Ramirez |
| Nancy Bichthu Roll |
| Shalay Williamson |
| Le Qi Yang |
| Matt McKeown |
| Reginald Peck |
| Andrew DiNobile |

--

--

Confidential

**ODETTE LINDHEIM** | Sr. Manager, People Strategy | Better | 516-633-5361 | 3 World Trade Center, 175 Greenwich Street, 59th Floor | NY, NY 10007

--

**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

--

MCKINZEY SAYERS | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 |

--

**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

Confidential

BMC0032641

# EXHIBIT 55

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Monday, November 30, 2020 3:58 PM |
| **To:** | Jerome Hurd |
| **Cc:** | UW Inquiries; Nneka Ukpai |
| **Subject:** | Re: Release Agreement |

Hi Jerome,

Thanks for reaching out. At this time, we are not able to accept any additional releases. There was a general timeline to these documents and we've been advise by legal we've paused on all new releases and sending new release documents.

Thank you.
Chayanee

On Mon, Nov 30, 2020 at 3:50 PM Jerome Hurd <jhurd@better.com> wrote:
I am wanting to sign the agreement for the $5k

Please re-send document.
--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CAHjkXY5zo5c48A3gHOYtH4oQX9oGWD9aM36kZxFOkWkHHkOHWQ%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CACPEQe1FFK1w3NxJzjJLkekAqEHuHLZw0KbqrjBcvXpNnVeFKw%40mail.gmail.com.

1

Confidential

# EXHIBIT 56

| **From:** | Andrew Bauer <abauer@better.com> |
| **Sent:** | Wednesday, November 10, 2021 7:39 PM |
| **To:** | Robert Zaldana <rzaldana@better.com> |
| **Cc:** | People Policy Information <people-policies-discuss@better.com> |
| **Subject:** | Immediate Attention Needed-Employment Agreement |
| **Attach:** | At-Will Agreement.docx |

Hi Robert,

I am the Deputy General Counsel at Better.  Back in January you were sent an Employment Agreement (title At-Will Employment, Confidential Information, Invention Assignment, And Arbitration Agreement) via Workday and asked to sign the Agreement by February 26.  I am reaching out to you directly because our records indicate that you still have yet to complete the Agreement.  You should now be receiving email reminders from Workday titled, "A Task Awaits You . . .".  There is a hyperlink in the email that will take you into Workday. Once in Workday, please click the eSign by DocuSign button to review and sign the Agreement. Once signed, you can view the signed Agreement by going into your Personal Information in Workday and selecting Worker Documents under the "View" column. Instructions for Workday here.

As mentioned in the original communication on this topic, you've likely already signed a similar agreement that was included with your offer letter. However, those previous agreements' exact terms and conditions varied as there have been multiple versions over the years. To ensure appropriate protections are in place and that employees' obligations are fair and consistent, all employees must sign the new standardized version. You are asked to sign the Agreement no later than **Wednesday, November 17**.  Failure to do so may be cause for escalation, which can include potential discipline and/or termination.

If you have questions about the Agreement, please email people-policies-discuss@better.com, myself or someone else from Legal will be happy to assist with your questions. If you have recently signed the Agreement, but are receiving this email, please disregard this email.

If you have any issues accessing Workday, please submit a Workday Ticket.

Thank you,
Andrew

**ANDREW BAUER** | Deputy General Counsel and Chief of Staff | Better | 175 Greenwich Street, 59th Floor, New York, NY 10007 | p. 646.799.4522 | m. 917.613.6391

BMC0034045

EXHIBIT 57

| | |
|---|---|
| **From:** | Shannon Blasingame <sblasingame@better.com> |
| **Sent:** | Wednesday, November 4, 2020 3:41 PM |
| **To:** | Kenna Meyerhoff |
| **Cc:** | Corinna Castro; Joel Graber |
| **Subject:** | Re: Questions regarding retention bonus and new employment agreement |

Their continued employment with us requires they sign this employment agreement right?

Looking at the language, if someone resigns or is terminated they are not allowed to go work for someone in the industry for a 12 month period?

On Tue, Nov 3, 2020 at 4:18 PM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
Hi team,

We are going to right size this and give the extra $2k. Just figuring out logistics.

-KM

On Mon, Nov 2, 2020 at 11:35 AM Corinna Castro <ccastro@better.com> wrote:
Happy Monday!
I received this email from Rege this morning. I advised him I will forward this email to you both as I do not have the answers for him on his concerns .

---------- Forwarded message ---------
From: **Rege Peck** <rpeck@better.com>
Date: Mon, Nov 2, 2020 at 8:22 AM
Subject: Re: Questions regarding retention bonus and new employment agreement
To: Corinna Castro <ccastro@better.com>


Thank you very much.

On Mon, Nov 2, 2020 at 8:07 AM Corinna Castro <ccastro@better.com> wrote:
Hi Rege these are questions for Kenna. I will forward to Kenna as well as Joel.

On Mon, Nov 2, 2020 at 7:52 AM Rege Peck <rpeck@better.com> wrote:
Good morning Corinna,

I heard back from Kenna this weekend. She indicated I would not be eligible for the retention bonus since I had a sign on bonus paid out 9/30/20. Additionally she indicated that receipt of the release bonus is contingent on my signing of the employment contract. I apologize as I thought these were mutually exclusive and while I did sign the retention and release agreement I have not yet signed the employment agreement.

Based on that conversation I have two additional questions that I was hoping to discuss with you.

1.  When I was initially hired on 8/11/20, Better and I negotiated a sign on bonus.

1

BMC0027197

The terms of that sign on bonus included:
- Amount $8K
- Committing to stay with Better until 09/08/21
- The bonus is payable in two separate 4K payments, six months apart

Better has now offered a retention bonus with the terms:
- Amount of $10K
- Employees only commiting to stay until 04/31/21
- Payable immediately

As Kenna has indicated I would not be eligible for the retention bonus, would it be possible to award me an additional $2K in the next pay cycle as part of my sign on bonus in order to bring me to the same playing field as my peers?

2. Regarding the employment contract: While I am incredibly happy with my choice to join the Better team and hope to contribute to its continued success for years to come, I do have some concerns regarding the recent changes to the employment contract that I discussed with my employment attorney last week. No doubt the company is looking to protect its interest, rightfully so, and while I support the majority of this document, Section 8 - "covenant not to compete" gives me pause. I have no intention of leaving, as I mentioned I'm very happy in my new role with the company, but as a new father, should something unforeseen arise, it would give me peace of mind to know I won't be required to be out of work for 12 months. Since Better is requiring every employee to sign this document, would I be right in assuming that minor revisions would not be available? If not, then would Better consider issuing me the "prior written consent" releasing me from the non compete now (referring to highlighted section below)? Again, I have no issue signing a no solicitation agreement and a non-disclosure agreement. I'm not looking to take any proprietary information with me. I'm just simply looking out for the financial safety of my family barring any unforeseen events.



Thank you for your consideration,

Rege

--

Thank you and have a Great Day !
Corinna Castro
Underwriting Manager

Confidential

BMC0027198

--

Thank you and have a Great Day !
Corinna Castro
Underwriting Manager

--

**KENNA MEYERHOFF** | Director, Employee Experience | <u>Better</u> | 175 Greenwich St., Fl. 59 New York, NY 10007 | <u>(917) 499-3450</u> |

--

**SHANNON BLASINGAME** | Regional Underwriting Manager | <u>Better</u> | 2201 Broadway, 2nd Floor, Oakland, CA 94612 | Cell: (925) 381-3166

3

Confidential

BMC0027199

EXHIBIT 58

| | |
|---|---|
| **From:** | Corinna Castro <ccastro@better.com> |
| **Sent:** | Thursday, November 5, 2020 10:55 AM |
| **To:** | Shannon Blasingame |
| **Cc:** | Joel Graber; Kenna Meyerhoff |
| **Subject:** | Re: Questions regarding retention bonus and new employment agreement |

Hi Kenna,
Thank you for the update. Would you like me to give update on concern #1 ? In regards to Shannon point I read the same .

On Wed, Nov 4, 2020 at 12:41 PM Shannon Blasingame <sblasingame@better.com> wrote:
Their continued employment with us requires they sign this employment agreement right?

Looking at the language, if someone resigns or is terminated they are not allowed to go work for someone in the industry for a 12 month period?

On Tue, Nov 3, 2020 at 4:18 PM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
Hi team,

We are going to right size this and give the extra $2k. Just figuring out logistics.

-KM

On Mon, Nov 2, 2020 at 11:35 AM Corinna Castro <ccastro@better.com> wrote:
Happy Monday!
I received this email from Rege this morning. I advised him I will forward this email to you both as I do not have the answers for him on his concerns .

---------- Forwarded message ---------
From: **Rege Peck** <rpeck@better.com>
Date: Mon, Nov 2, 2020 at 8:22 AM
Subject: Re: Questions regarding retention bonus and new employment agreement
To: Corinna Castro <ccastro@better.com>


Thank you very much.

On Mon, Nov 2, 2020 at 8:07 AM Corinna Castro <ccastro@better.com> wrote:
Hi Rege these are questions for Kenna. I will forward to Kenna as well as Joel.

On Mon, Nov 2, 2020 at 7:52 AM Rege Peck <rpeck@better.com> wrote:
Good morning Corinna,

I heard back from Kenna this weekend. She indicated I would not be eligible for the retention bonus since I had a sign on bonus paid out 9/30/20. Additionally she indicated that receipt of the release bonus is contingent on my signing of the employment contract. I apologize as I thought these were mutually exclusive and while I did sign the retention and release agreement I have not yet signed the employment agreement.

Confidential

BMC0027200

Based on that conversation I have two additional questions that I was hoping to discuss with you.

1. When I was initially hired on 8/11/20, Better and I negotiated a sign on bonus.

   The terms of that sign on bonus included:
   - Amount $8K
   - Committing to stay with Better until 09/08/21
   - The bonus is payable in two separate 4K payments, six months apart

   Better has now offered a retention bonus with the terms:
   - Amount of $10K
   - Employees only commiting to stay until 04/31/21
   - Payable immediately

   As Kenna has indicated I would not be eligible for the retention bonus, would it be possible to award me an additional $2K in the next pay cycle as part of my sign on bonus in order to bring me to the same playing field as my peers?

2. Regarding the employment contract: While I am incredibly happy with my choice to join the Better team and hope to contribute to its continued success for years to come, I do have some concerns regarding the recent changes to the employment contract that I discussed with my employment attorney last week. No doubt the company is looking to protect its interest, rightfully so, and while I support the majority of this document, Section 8 - "covenant not to compete" gives me pause. I have no intention of leaving, as I mentioned I'm very happy in my new role with the company, but as a new father, should something unforeseen arise, it would give me peace of mind to know I won't be required to be out of work for 12 months. Since Better is requiring every employee to sign this document, would I be right in assuming that minor revisions would not be available? If not, then would Better consider issuing me the "prior written consent" releasing me from the non compete now (referring to highlighted section below)? Again, I have no issue signing a no solicitation agreement and a non-disclosure agreement. I'm not looking to take any proprietary information with me. I'm just simply looking out for the financial safety of my family barring any unforeseen events.

Thank you for your consideration,

Rege

2

                                                                              BMC0027201

--

Thank you and have a Great Day !
Corinna Castro
Underwriting Manager


--

Thank you and have a Great Day !
Corinna Castro
Underwriting Manager


--

**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |


--

**SHANNON BLASINGAME** | Regional Underwriting Manager | Better | 2201 Broadway, 2nd Floor, Oakland, CA 94612 | Cell: (925) 381-3166

--

Thank you and have a Great Day !
Corinna Castro
Underwriting Manager

3

EXHIBIT 59

REDACTED VERSION –
UNREDACTED VERSION
FILED CONDITIONALLY
UNDER SEAL

| From: | Earl Leatham <eleatham@better.com> |
|---|---|
| Sent: | Wednesday, October 21, 2020 12:13 PM |
| To: | McKinzey Sayers <msayers@better.com> |
| Subject: | Re: Recap of yesterday's Underwriting Huddle |

Hi McKinzey,

Thank you for the prompt response and clarification.

So, I thought the purpose of the retention bonus was to essentially ensure the same until April 31, 2020. Now, we're being required to sign this agreement, to ensure we don't leave post April 31, 2020? Can you clarify what options we have on this matter?

1. If we don't sign this agreement now, are we essentially terminating our employment here at Better.com? If so, when will be our last day?
2. If we do sign, and then a year or two from now, we get another opportunity in the industry, and decide to pursue that opportunity. What would be the penalty from Better?

Please note that I have no interest or desire to leave Better in the short term, but just want to be clear about what I'm signing and the consequences of doing so. Let me know if I should be discussing this with someone else. Thank you for your time and assistance.

Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Wed, Oct 21, 2020 at 11:57 AM McKinzey Sayers <msayers@better.com> wrote:
Hi Earl!

Thanks for reaching out. Yes, you are correct.

Let me know if you have any other questions!

On Wed, Oct 21, 2020 at 10:24 AM Earl Leatham <eleatham@better.com> wrote:

                                                    BMC0033649

Good Morning McKinzey,

Thank you for the follow up. My question is regarding section 8 of the At Will/Compete Agreement. I'm not sure if I'm interpreting this correctly, but is this stating that for the duration of our employment here at Better,

If I'm misunderstanding this section, please paraphrase what this section is explaining.

8. **COVENANT NOT TO COMPETE AND NO SOLICITATION**

A. *Covenant Not to Compete.* I agree that during the course of my employment and for a period of twelve (12) months immediately following the termination of my relationship with the Company, whether I resign voluntarily or am terminated by the Company involuntarily, I will not, without the prior written consent of the Company, whether paid or not: (i) serve as a partner, principal, licensor, licensee, employee, consultant, officer, director, manager, agent, affiliate, representative, adviser, promoter, associate, investor, or otherwise for, (ii) directly or indirectly, own, purchase, organize or take preparatory steps for the organization of, or (iii) build, design, finance, acquire, lease, operate, manage, control, invest in, work or consult for or otherwise join, participate in or affiliate myself with, any business whose business, products or operations are in any respect involved in the Covered Business. For the purposes of this Agreement, "**Covered Business**" shall mean any business in which the Company is engaged or in which the Company has plans to be engaged, or any service that the Company provides or has plans to provide. The foregoing covenant shall cover my activities in every part of the Territory. "**Territory**" shall mean (i) all counties in the state or commonwealth in which I work for the Company at the commencement of my employment; (ii) all other states of the United States of America in which the Company provided goods or services, had customers, or otherwise conducted business at any time during the two-year period prior to the date of the termination of my relationship with the Company; and (iii) any other countries from which the Company provided goods or services, had customers, or otherwise conducted business at any time during the two-year period prior to the date of the termination of my relationship with the Company.

Should I obtain other employment during my employment with the Company or within twelve (12) months immediately following the termination of my relationship with the Company, I agree to provide written notification to the Company with the name and address of my new employer, the position that I expect to hold, and a description of my duties and responsibilities, at least five (5) business days prior to starting such employment. In connection with such notice, I may also ask the Company to waive its right to enforce the covenant not to compete set forth above in this Section 8.A. with respect to such employment. I agree that in seeking such waiver, I must also provide the Company with the division or group in which I will work, the name of my direct supervisor, written confirmation that I was not recruited or solicited by a current or former employee of the Company, and, to the extent not already provided, an executed copy of Exhibit B to this Agreement. The Company will consider whether to grant such a waiver in its good faith, sole discretion, provided, however, that I acknowledge that no such request for waiver will be considered if I do not timely provide all of the foregoing information and documentation and any other information the Company may request. I further acknowledge that no such waiver will be valid beyond the proposed employment for which I have provided notice and not any other employment, engagement, or relationship. The Company's decision to grant a waiver shall not affect in any way my remaining obligations under this Agreement, nor prejudice the Company's ability to enforce such obligations.

Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Tue, Oct 20, 2020 at 6:50 PM McKinzey Sayers <msayers@better.com> wrote:
Hi Earl!  Happy to help.  Feel free to shoot me over any questions you might have!

Confidential

BMC0033650

---------- Forwarded message ---------
From: Earl Leatham <eleatham@better.com>
Date: Tuesday, October 20, 2020 at 11:11:45 AM UTC-4
Subject: Re: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>

# Good Morning,

# Thank you for the recap below. Who should we consult, if we have specific questions regarding the employment agreement?

# Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Tue, Oct 20, 2020 at 9:49 AM UW Inquiries <uw-inq...@better.com> wrote:
Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

**Recap**

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

  1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
  2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
  3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
     - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

**Next Steps**

Confidential

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
  - The Employment Agreement is a document sent to each employee and **requires** signature / acknowledgement.
  - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting...@better.com.
To view this discussion on the web visit
https://groups.google.com/a/better.com/d/msgid/underwriting/9fabba23-fdbf-4fca-b70e-fc7b4a5b28e0n%40better.com.


--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

Confidential

EXHIBIT 60

# REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

| From: | McKinzey Sayers <msayers@better.com> |
| Sent: | Wednesday, October 21, 2020 1:24 PM |
| To: | Earl Leatham <eleatham@better.com> |
| Subject: | Re: Recap of yesterday's Underwriting Huddle |

Hi!

So, yes the retention bonus is to retain our employees. The additional agreement is the at-will employment
agreement.

1. If you do not affirm that you understand our at-will agreement by Friday, we will have to have additional
   conversations surrounding when your employment would be terminated.
2.

Thank you!

On Wed, Oct 21, 2020 at 12:13 PM Earl Leatham <eleatham@better.com> wrote:

## Hi McKinzey,

Thank you for the prompt response and clarification.

So, I thought the purpose of the retention bonus was to essentially
ensure the same until April 31, 2020. Now, we're being required to
sign this agreement, to ensure we don't leave post April 31, 2020?
Can you clarify what options we have on this matter?

1. If we don't sign this agreement now, are we essentially
   terminating our employment here at Better.com? If so, when
   will be our last day?
2. If we do sign, and then a year or two from now, we get another
   opportunity in the industry, and decide to pursue that
   opportunity. What would be the penalty from Better?

Please note that I have no interest or desire to leave Better in the
short term, but just want to be clear about what I'm signing and
the consequences of doing so. Let me know if I should be
discussing this with someone else. Thank you for your time and

BMC0033659

assistance.

Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Wed, Oct 21, 2020 at 11:57 AM McKinzey Sayers <msayers@better.com> wrote:
Hi Earl!

Thanks for reaching out.  Yes, you are correct.

Let me know if you have any other questions!

On Wed, Oct 21, 2020 at 10:24 AM Earl Leatham <eleatham@better.com> wrote:
Good Morning McKinzey,

Thank you for the follow up. My question is regarding section 8
of the At Will/Compete Agreement. I'm not sure if I'm
interpreting this correctly,

BMC0033660

**8. Covenant Not to Compete and No Solicitation**

A. *Covenant Not to Compete.* I agree that during the course of my employment and for a period of twelve (12) months immediately following the termination of my relationship with the Company, whether I resign voluntarily or am terminated by the Company involuntarily, I will not, without the prior written consent of the Company, whether paid or not: (i) serve as a partner, principal, licensor, licensee, employee, consultant, officer, director, manager, agent, affiliate, representative, advisor, promoter, associate, investor, or otherwise for, (ii) directly or indirectly, own, purchase, organize or take preparatory steps for the organization of, or (iii) build, design, finance, acquire, lease, operate, manage, control, invest in, work or consult for or otherwise join, participate in or affiliate myself with, any business whose business, products or operations are in any respect involved in the Covered Business. For the purposes of this Agreement, "**Covered Business**" shall mean any business in which the Company is engaged or in which the Company has plans to be engaged, or any service that the Company provides or has plans to provide. The foregoing covenant shall cover my activities in every part of the Territory. "**Territory**" shall mean (i) all counties in the state or commonwealth in which I work for the Company at the commencement of my employment; (ii) all other states of the United States of America in which the Company provided goods or services, had customers, or otherwise conducted business at any time during the two-year period prior to the date of the termination of my relationship with the Company; and (iii) any other countries from which the Company provided goods or services, had customers, or otherwise conducted business at any time during the two-year period prior to the date of the termination of my relationship with the Company.

Should I obtain other employment during my employment with the Company or within twelve (12) months immediately following the termination of my relationship with the Company, I agree to provide written notification to the Company with the name and address of my new employer, the position that I expect to hold, and a description of my duties and responsibilities, at least five (5) business days prior to starting such employment. In connection with such notice, I may also ask the Company to waive its right to enforce the covenant not to compete set forth above in this Section 8.A. with respect to such employment. I agree that in seeking such waiver, I must also provide the Company with the division or group in which I will work, the name of my direct supervisor, written confirmation that I was not recruited or solicited by a current or former employee of the Company, and, to the extent not already provided, an executed copy of Exhibit B to this Agreement. The Company will consider whether to grant such a waiver in its good faith, sole discretion, provided, however, that I acknowledge that no such request for waiver will be considered if I do not timely provide all of the foregoing information and documentation and any other information the Company may request. I further acknowledge that no such waiver will be valid beyond the proposed employment for which I have provided notice and not any other employment, engagement, or relationship. The Company's decision to grant a waiver shall not affect in any way my remaining obligations under this Agreement, nor prejudice the Company's ability to enforce such obligations.

Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

On Tue, Oct 20, 2020 at 6:50 PM McKinzey Sayers <msayers@better.com> wrote:
Hi Earl!  Happy to help.  Feel free to shoot me over any questions you might have!

---------- Forwarded message ---------
From: Earl Leatham <eleatham@better.com>
Date: Tuesday, October 20, 2020 at 11:11:45 AM UTC-4
Subject: Re: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>

Good Morning,

Thank you for the recap below. Who should we consult, if we have specific questions regarding the employment agreement?

Thank you,

**EARL LEATHAM** | Remote Underwriter | Better.com

BMC0033661

On Tue, Oct 20, 2020 at 9:49 AM UW Inquiries <uw-inq...@better.com> wrote:

Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

    1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
    2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
    3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
        - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
    - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
    - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
        - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting...@better.com.
To view this discussion on the web visit
https://groups.google.com/a/better.com/d/msgid/underwriting/9fabba23-fdbf-4fca-b70e-fc7b4a5b28e0n%40better.com.

BMC0033662

--

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

-

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

BMC0033663

# EXHIBIT 61

PLACEHOLDER
DOCUMENT –
UNREDACTED
VERSION FILED
CONDITIONALLY
UNDER SEAL

EXHIBIT 62

| | |
|---|---|
| **From:** | McKinzey Sayers <msayers@better.com> |
| **Sent:** | Wednesday, October 21, 2020 1:40 PM |
| **To:** | Tonya Golden <tgolden@better.com> |
| **Subject:** | Re: At-Will Employment Agreement |

Yes, ultimately if we do not get a signature then yes your employment would be terminated.

This isn't a way to scare employees to sign, but this does have to be affirmed to be employed by Better.  I don't want for you to be afraid... as long as you disclose where you are going to work and you are not going to take employees with you then you should be good to go!

On Wed, Oct 21, 2020 at 1:34 PM Tonya Golden <tgolden@better.com> wrote:
  Yes, it is.

  On Wed, Oct 21, 2020 at 1:30 PM McKinzey Sayers <msayers@better.com> wrote:
    Is the non-compete you are looking at in the at-will agreement?

    On Wed, Oct 21, 2020 at 1:03 PM Tonya Golden <tgolden@better.com> wrote:
      Oh boy! still pretty scary.  I would have to go work at Burger King and I don't even know what Flame broiled means ☐.

      Okay thanks for clarifying,  so my options are to sign this or I can't work here?  I just need to be clear, I need to give this a little more thought.

      On Wed, Oct 21, 2020 at 12:57 PM McKinzey Sayers <msayers@better.com> wrote:
        Hi!

        It's a good question.  Yes, you are interpreting this correctly.  Basically, we are saying that if you are going to go work for another company, we need to know about it for a few reasons: to ensure our employees are not being poached; to protect company secrets.  Since I have worked here, I have never seen us tell someone that they cannot go work somewhere.  We just ask that you reaffirm prior to leaving that you will not disclose info or solicit other employees to go with you.  We cannot stop you from continuing on in your career, we can only prevent trade secrets, proprietary information and our current employees.

        Let me know if this helps!

        On Wed, Oct 21, 2020 at 12:53 PM Tonya Golden <tgolden@better.com> wrote:

          Thanks ! I have a question about section 8 of the At- Will Employment Agreement.

          There are lots of words, but it sounds like it saying that I agree not to work for another mortgage company for 12 months after I leave Better.   And that I agree to provide Better  written notification of where I go to work for 12 months after I leave?

          I have no plans to leave Better, but Mortgage underwriting is my livelihood.   Me signing something stating that I give my current company the ability to say if I can or cannot go to work somewhere else and do what I have been doing for 20+ years does not feel right to me.


          I am fine with the parts about  not soliting people and not working for affiliated companies.

BMC0033674

Maybe I am not comprehending correctly?

---------- Forwarded message ---------
From: **McKinzey Sayers** <msayers@better.com>
Date: Wed, Oct 21, 2020 at 11:35 AM
Subject: Fwd: At-Will Employment Agreement
To: Tonya Golden <tgolden@better.com>, UW Inquiries <uw-inquiries@better.com>

Hi Tonya!  Feel free to reach out to me with any questions!

Thanks!

---------- Forwarded message ---------
From: Tonya Golden <tgolden@better.com>
Date: Tuesday, October 20, 2020 at 7:02:24 AM UTC-4
Subject: At-Will Employment Agreement
To: uw-inquiries@better.com <uw-inquiries@better.com>

Good Morning,
Who do I contact with questions about this agreement?
--
Thanks!
Tonya Golden
Senior Underwriter

--
Thanks!
Tonya Golden
Senior Underwriter

--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better |
1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

--
Thanks!
Tonya Golden
Senior Underwriter

--

Confidential
BMC0033675

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better |
1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253


--
Thanks!
Tonya Golden
Senior Underwriter


--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422
South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

BMC0033676

# EXHIBIT 63

| From: | Kenna Meyerhoff <kmeyerhoff@better.com> |
| Sent: | Sunday, November 1, 2020 4:26 PM |
| To: | Rege Peck <rpeck@better.com> |
| Subject: | Re: Retention + Release agreement payouts? |

Hi Reginald,

Thanks for reaching out and sorry for the delay. It looks like you haven't signed the Employment Agreement yet, which is something we're requiring all employees to do and will need to be completed in order to receive the bonuses.

Separately, since you received a sign on in Sept, you will not be eligible for the retention bonus, but will still be able to receive the release.

Let me know if you have any questions!

KM


On Fri, Oct 30, 2020 at 3:55 PM Rege Peck <rpeck@better.com> wrote:
Good afternoon Kenna,

My manager suggested I reach out to you. I've signed both the Retention and Release agreement, on 10/22/20 and 10/19/20 respectively, within the 5 days of receiving the agreement. If I'm understanding the verbiage in these agreements the payouts were supposed to be on the first regularly scheduled payroll date following the signing on the document. The first regularly scheduled payroll date was today but I did not receive these payouts. I was wondering if you could shed some light on this for me. Maybe I'm just being impatient and they aren't coming until 11/15/20?

I was also hoping if you could confirm I will be receiving a retention bonus. I did negotiate a sign on bonus but that was only for 8K and the offer was received prior to August 31st.


Thanks for your time and assistance,

Reginald Peck


--
**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

BMC0032690

# EXHIBIT 64

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Friday, November 20, 2020 1:18 PM |
| **To:** | Kenna Meyerhoff <kmeyerhoff@better.com> |
| **Cc:** | McKinzey Sayers <msayers@better.com> |
| **Subject:** | Re: Release Bonus |

Yes you beat me to the convo.

We can also send it to the UW who was on LOA and signed upon return!

On Fri, Nov 20, 2020 at 12:58 PM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
> Based on convo today, I believe we can send the payment. @ Chay?
>
> On Fri, Nov 13, 2020 at 11:27 AM McKinzey Sayers <msayers@better.com> wrote:
>> Hi,
>>
>> Rege signed this back in October, but we were waiting on his employment agreement to get signed before paying out the release.  Can we push through that payment since it was signed before Legal told us to stop collecting them?
>>
>> Thanks!
>>
>> ---------- Forwarded message ---------
>> From: **Rege Peck** <rpeck@better.com>
>> Date: Fri, Nov 13, 2020 at 10:40 AM
>> Subject: Re: Release Bonus
>> To: McKinzey Sayers <msayers@better.com>
>>
>>
>> Sure thing. Please find attached.
>>
>> On Fri, Nov 13, 2020 at 7:35 AM McKinzey Sayers <msayers@better.com> wrote:
>>> Hi Rege,
>>>
>>> Can you send me over your signed release agreement please?  I am not able to locate it.
>>>
>>> Thank you!
>>>
>>> On Fri, Nov 13, 2020 at 10:31 AM Rege Peck <rpeck@better.com> wrote:
>>>> Good morning McKinzey,
>>>>
>>>> Hooray Friday and payday!
>>>>
>>>> I wanted to touch base on the release bonus. According to Kenna once I signed the employment agreement I would still be eligible for the release bonus of 5K.but it did not appear on my paystub today. Can you confirm when I will be receiving that bonus?
>>>>
>>>> Thanks,
>>>>
>>>> Rege

Confidential

--

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | <u>Better</u> | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

--

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | <u>Better</u> | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

--

**KENNA MEYERHOFF** | Director, Employee Experience | <u>Better</u> | 175 Greenwich St., Fl. 59 New York, NY 10007 | <u>(917) 499-3450</u> |

BMC0031452

# EXHIBIT 65

| | |
|---|---|
| **From:** | McKinzey Sayers <msayers@better.com> |
| **Sent:** | Wednesday, November 18, 2020 12:40 PM |
| **To:** | Chayanee Ubol <cubol@better.com> |
| **Subject:** | Fwd: Release Bonus |

Hi!

Can we pay this out? He signed the agreement a while back, we were just withholding payment until he signed the employment agreement. So we technically didn't accept the release after legal asked us not to.

Thanks!

---------- Forwarded message ---------
From: **Rege Peck** <rpeck@better.com>
Date: Wed, Nov 18, 2020 at 12:27 PM
Subject: Re: Release Bonus
To: McKinzey Sayers <msayers@better.com>


Good morning McKinzey,

Hope this email finds you well today! I forwarded the Release Agreement on Friday but haven't heard back from you regarding when I should expect to receive the bonus. Just want to make sure you received it and confirm if there is anything else you need from me.

Thanks for your help,

Rege

On Fri, Nov 13, 2020 at 7:40 AM Rege Peck <rpeck@better.com> wrote:
> Sure thing. Please find attached.
>
> On Fri, Nov 13, 2020 at 7:35 AM McKinzey Sayers <msayers@better.com> wrote:
>> Hi Rege,
>>
>> Can you send me over your signed release agreement please?  I am not able to locate it.
>>
>> Thank you!
>>
>> On Fri, Nov 13, 2020 at 10:31 AM Rege Peck <rpeck@better.com> wrote:
>>> Good morning McKinzey,
>>>
>>> Hooray Friday and payday!
>>>
>>> I wanted to touch base on the release bonus. According to Kenna once I signed the employment agreement I would still be eligible for the release bonus of 5K.but it did not appear on my paystub today. Can you confirm when I will be receiving that bonus?
>>>
>>> Thanks,
>>>
>>> Rege

Confidential

--

**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | <u>Better</u> |
<u>1422 South Tryon St</u>., 02-114, Charlotte, NC 28203 | 276.971.7253

--

MCKINZEY SAYERS | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South
Tryon St., 02-114, Charlotte, NC 28203 |

Confidential

# EXHIBIT 66

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Thursday, October 22, 2020 9:50 PM |
| **To:** | Megan Bellingham |
| **Subject:** | Fwd: Recap of yesterday's Underwriting Huddle |

FYI only...

---------- Forwarded message ---------
From: **Lorraine Leff** <lleff@better.com>
Date: Thu, Oct 22, 2020 at 8:54 PM
Subject: Re: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>

Hello,

I've signed the retention agreement, and Employment agreement, but will not be signing the release agreement.

Thank you,

Lorraine Leff
Sr Underwriter

On Thu, Oct 22, 2020 at 2:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
Hi Everyone,

Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**

1. Sign the release and retention agreements OR
2. Let us know that they don't plan to sign them by responding to this email.

If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.

Thank you all!

Kenna

On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

1

BMC0022156

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

    1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
    2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
    3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
        - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job.  This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
    - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
    - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
        - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.
--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CACZpP4RxzQxFY_2W72%3DK_heZ_LymheNUmEAF4Tstyka7wCFAcw%40mail.gmail.com.

Confidential

BMC0022157