# EXHIBIT 67

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Friday, October 23, 2020 9:04 AM |
| **To:** | Alex D'Amico <adamico@better.com>; Andrew Bauer <abauer@better.com>; Kenna Meyerhoff <kmeyerhoff@better.com>; Matthew Maron <mmaron@better.com>; McKinzey Sayers <msayers@better.com>; Odette Lindheim <olindheim@better.com> |
| **Subject:** | Re: Recap of yesterday's Underwriting Huddle |

Bumping for awareness

On Thu, Oct 22, 2020 at 9:48 PM Chayanee Ubol <cubol@better.com> wrote:
> FYI -
>
> ---------- Forwarded message ---------
> From: **Lorraine Leff** <lleff@better.com>
> Date: Thu, Oct 22, 2020 at 8:54 PM
> Subject: Re: Recap of yesterday's Underwriting Huddle
> To: UW Inquiries <uw-inquiries@better.com>
>
>
> Hello,
>
> I've signed the retention agreement, and Employment agreement, but will not be signing the release agreement.
>
>
> Thank you,
>
> Lorraine Leff
> Sr Underwriter
>
>
> On Thu, Oct 22, 2020 at 2:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
>> Hi Everyone,
>>
>> Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**
>>
>>   1. Sign the release and retention agreements OR
>>   2. Let us know that they don't plan to sign them by responding to this email.
>>
>> If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.
>>
>> Thank you all!
>>
>> Kenna
>>
>> On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
>>> Team,
>>>
>>> Thank you all for the time yesterday discussing these activities in your organization!

BMC0031334

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

  1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
  2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
  3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
     - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
  - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
  - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.

--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CACZpP4RxzQxFY_2W72%3DK_heZ_LymheNUmEAF4Tstyka7wCFAcw%40mail.gmail.com.

Confidential

# EXHIBIT 68

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Friday, October 23, 2020 11:58 AM |
| **To:** | Michelle Phillips |
| **Cc:** | Marcelo Rodriguez; Odette Lindheim; Alex D'Amico; Kenna Meyerhoff; McKinzey Sayers |
| **Subject:** | Re: Offcycle Pay - UW |

Thank you so much! we are processing full payment upfronts due to the nature of the situation.  We are not grossing up the amounts, employees will be expected to pay applicable taxes on this amount.

Given that the total amount is $15,000. $10,000 for Retention and $5,000 for release. Does it goes as separate line items or as a total amount of $15,000 in their paycheck?
Do we need to separate the events  out?

On Fri, Oct 23, 2020 at 11:28 AM Michelle Phillips <mphillips@better.com> wrote:
Chayanee,

Thanks for the update - we are able to process the payments for pay date 10/27/2020 - Quick Questions - Are we processing full payments upfront - no percentage payments?  Are the amounts gross payments?  let me know if you have any questions or concerns.  Thanks.

On Thu, Oct 22, 2020 at 7:13 PM Chayanee Ubol <cubol@better.com> wrote:
HI Michelle and Marcelo,

We're been working on getting everyone their documents this week (retention and release of claims)  -  we've had a huge number of employees return the agreement this week (over 85%). Could we please process this payment for the following employees?

Please see file attached.

Which date could we get this into their paychecks? Could we do off cycle rather than 10.31?

Thanks!
Chayanee

--
Kind Regards,

Michelle Phillips
Payroll Manager

1

# Better

**Michelle Phillips** | Payroll Manager | Better.com |
3 World Trade Center, 175 Greenwich St Fl. 59, New York, NY 10007

Confidential

BMC0022190

# EXHIBIT 69

| From: | Kenna Meyerhoff <kmeyerhoff@better.com> |
| --- | --- |
| Sent: | Sunday, November 1, 2020 7:42 AM |
| To: | Chayanee Ubol |
| Cc: | Lindsey Volpintesta; McKinzey Sayers |
| Subject: | Re: uw - missing employment agreement/release |

Thanks, Chay!

@ team - let us know once you've reached out, thanks!

KM

On Fri, Oct 30, 2020 at 10:39 PM Chayanee Ubol <cubol@better.com> wrote:

Karlene Jadoo  Oakland Office  3/3/2020  Senior Underwriter  Cunningham, Joshua

Reginald Peck  Remote UW OR  9/8/2020  Senior Underwriter  Perez, Corinna

Hi ! Could you help chase these two? They signed the release but they need to sign the employment agreement to get the release payment.

We're running payroll on Monday for Tuesday payout - could you let me know before 3pm EST if they can sign?

Thanks!!
Chayanee

--
**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

1

BMC0024474

# EXHIBIT 70

Private channel #ops_employee_exp - 2020-10-19 (UTC)

Private 10/19/2020, 9:39 PM
Chayanee Ubol, Kenna Meyerhoff, Lindsey Volpintesta (she/her) and 2 others

- **Kenna Meyerhoff (WU40T30H4)KM**

  soooo we started sending the agreements via uw-inquiries email... you may want to update settings to not get emails for now/today
  10/19/2020, 9:39 PM
  so you don't get the 500 notifictaions from documsign
  10/19/2020, 9:39 PM
  so you don't get the 500 notifictaions from documsign
  10/19/2020, 9:39 PM

- **McKinzey Sayers (WTP0XB6F4)MS**

  HALP
  10/19/2020, 9:48 PM
  HOW
  10/19/2020, 9:48 PM
  drowning

  

  10/19/2020, 9:51 PM                                    10/19/2020, 9:51 PM
  drowning (undefined-undefined)10/19/2020, 9:51 PM
  drowning
  me with these emails
  10/19/2020, 9:51 PM

- **Lindsey Volpintesta (she/her) (WTRL4L3MF)LV**

  help

  

  10/19/2020, 10:01 PM                                   10/19/2020, 10:01 PM
  help (undefined-undefined)10/19/2020, 10:01 PM
  help

- **Kenna Meyerhoff (WU40T30H4)KM**

  i'm so sorry
  10/19/2020, 10:03 PM

- **Chayanee Ubol (W015QKKBFFS)CU**

  on some good news, we have gotten 26 returned release agreements
  10/19/2020, 10:05 PM
  35 retention agreements
  10/19/2020, 10:07 PM

- **Megan Bellingham (WTP1E67AN)MB**

  Ommmggg
  10/19/2020, 10:11 PM
  Whhhhhhhy
  10/19/2020, 10:11 PM

- **McKinzey Sayers (WTP0XB6F4)MS**

  sobbing

BMC0031297



10/19/2020, 10:16 PM                                                        10/19/2020, 10:16 PM
sobbing (undefined-undefined)10/19/2020, 10:16 PM
sobbing

- Kenna Meyerhoff (WU40T30H4)KM

set your settings to abridged
10/19/2020, 10:27 PM
it'll be very helpful
10/19/2020, 10:27 PM
i didn't knowwwwwww docusign would do this
10/19/2020, 10:28 PM

- Lindsey Volpintesta (she/her) (WTRL4L3MF)LV

we're just messin, sounds good
10/19/2020, 10:28 PM

- Megan Bellingham (WTP1E67AN)MB



**John J McEniry** 🔔 7:26 PM

Hi Megan, Hope you are doing well and staying safe.  Just wanted to personally thank you for the Retention Bonus.  I have been getting multiple offers daily to leave Better and I have not been interested.  But, it is nice to know that Better understands the Market and made this offer.  Very Thankful and Much Appreciated.

11:49 PM
Image from iOS (F01DLTCTPJL)10/19/2020, 11:49 PM
Going to put that here
10/19/2020, 11:49 PM
❤ 3
Thank you all for making it happen
10/19/2020, 11:49 PM

- Chayanee Ubol (W015QKKBFFS)CU

much needed nice feedback
10/19/2020, 11:53 PM

Confidential

# EXHIBIT 71

| | |
|---|---|
| **From:** | Odette Lindheim <olindheim@better.com> |
| **Sent:** | Tuesday, October 20, 2020 9:26 AM |
| **To:** | Kenna Meyerhoff <kmeyerhoff@better.com> |
| **Cc:** | Alex D'Amico <adamico@better.com>; Chayanee Ubol <cubol@better.com> |
| **Subject:** | Re: End of the Night Stats! THANK YOU |

Great numbers! Will look into reporting this AM too.

I think we should hold off until EOD to send anything to payroll. We have a handful of folks who signed R&R but did not sign the Employee Agreement so want to see if those trickle in and try to keep things easy for payroll if possible.

On Tue, Oct 20, 2020 at 7:34 AM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
> Great job everyone!! I continue to be impressed by this team's ability to hustle and turn things around quickly.
>
> Hopefully with the email going out this AM we'll have even more responses.
>
>
> On Tue, Oct 20, 2020 at 12:11 AM Alex D'Amico <adamico@better.com> wrote:
>> Great numbers !!
>>
>> On Mon, Oct 19, 2020 at 10:42 PM Chayanee Ubol <cubol@better.com> wrote:
>>> Hi team,
>>>
>>> I just wanted to share some great stats. When the legals said on Friday they wanted this turned around in a day, it felt impossible. Thank you so much for rallying and getting us to this point even while I'm off.  I couldn't ask for a better team.  You are all a dream.
>>>
>>> Thank you, thank you so much.   In the first night we got a great rate of return:
>>>
>>>   1. 72 Release Returned:  37% response rate
>>>   2. 96 Retention Signed: 45% of eligible employees
>>>   3. 98 Employment Agreement  : 46% of population
>>>
>>> We can send 53 names to payroll for both Release and Retention; 2 names for Release only (they didnt sign the retention).
>>>
>>> Tracking Found Here
>>>
>>> Thank you again dream team!
>>> Chay
> --
> ALEX D'AMICO | Sr. Director People Teams & Talent Strategy
> Better.com | WFH-NJ/NY


--
**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

BMC0031376

EXHIBIT 72

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Friday, October 23, 2020 9:04 AM |
| **To:** | Alex D'Amico <adamico@better.com>; Andrew Bauer <abauer@better.com>; Kenna Meyerhoff <kmeyerhoff@better.com>; Matthew Maron <mmaron@better.com>; McKinzey Sayers <msayers@better.com>; Odette Lindheim <olindheim@better.com> |
| **Subject:** | Re: Recap of yesterday's Underwriting Huddle |

Bumping for awareness

On Thu, Oct 22, 2020 at 9:48 PM Chayanee Ubol <cubol@better.com> wrote:
> FYI -
>
> ---------- Forwarded message ---------
> From: **Lorraine Leff** <lleff@better.com>
> Date: Thu, Oct 22, 2020 at 8:54 PM
> Subject: Re: Recap of yesterday's Underwriting Huddle
> To: UW Inquiries <uw-inquiries@better.com>
>
>
> Hello,
>
> I've signed the retention agreement, and Employment agreement, but will not be signing the release agreement.
>
>
> Thank you,
>
> Lorraine Leff
> Sr Underwriter
>
>
> On Thu, Oct 22, 2020 at 2:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
>> Hi Everyone,
>>
>> Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**
>>
>> 1. Sign the release and retention agreements OR
>> 2. Let us know that they don't plan to sign them by responding to this email.
>>
>> If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.
>>
>> Thank you all!
>>
>> Kenna
>>
>> On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
>>> Team,
>>>
>>> Thank you all for the time yesterday discussing these activities in your organization!

BMC0031334

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

  1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
  2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
  3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
     - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
  - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
  - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.

--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CACZpP4RxzQxFY_2W72%3DK_heZ_LymheNUmEAF4Tstyka7wCFAcw%40mail.gmail.com.

# EXHIBIT 73

# Direct message Alex D'Amico, Chayanee Ubol and 2 others - 2020-10-21 (UTC)

Private 10/21/2020, 8:42 PM
Chayanee Ubol and Megan Bellingham

- ## Megan Bellingham (WTP1E67AN)MB

    Hey team - how are the stats looking today?
    10/21/2020, 8:42 PM

- ## Chayanee Ubol (W015QKKBFFS)CU

    From this AM:

    • 169 signed the Employee Agreement (79%)
    • 171 signed the Retention Agreement (80%)
    • 150 signed the Release Agreement (73%)
    10/21/2020, 8:43 PM

- ## Megan Bellingham (WTP1E67AN)MB

    more progress 👆
    10/21/2020, 8:45 PM

BMC0031317

# EXHIBIT 74

REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

# Direct message Chayanee Ubol, Kenna Meyerhoff and 2 others - 2020-10-21 (UTC)

Private 10/21/2020, 3:37 PM
Chayanee Ubol, Kenna Meyerhoff and McKinzey Sayers

- **McKinzey Sayers (WTP0XB6F4)MS**

  okay, I think I have answered all the questions that came through. that inbox is VERY difficult to see if things have been answered 😌
  10/21/2020, 3:37 PM
  😊 1

- **Chayanee Ubol (W015QKKBFFS)CU**

  hii!
  10/21/2020, 9:57 PM
  quick question
  10/21/2020, 9:57 PM


- **McKinzey Sayers (WTP0XB6F4)MS**

  sure!
  10/21/2020, 9:57 PM

- **Chayanee Ubol (W015QKKBFFS)CU**

  is that where you landed for Closing?
  10/21/2020, 9:58 PM
  or less/
  10/21/2020, 9:58 PM

- **McKinzey Sayers (WTP0XB6F4)MS**

  That's what John said
  10/21/2020. 9:58 PM


- **Chayanee Ubol (W015QKKBFFS)CU**

  ok! match is ok?
  10/21/2020, 10:00 PM

- **McKinzey Sayers (WTP0XB6F4)MS**


- **Chayanee Ubol (W015QKKBFFS)CU**

  yay
  10/21/2020, 10:00 PM

- **McKinzey Sayers (WTP0XB6F4)MS**

BMC0031320

thank you!
10/21/2020, 10:01 PM

- Chayanee Ubol (W015QKKBFFS)CU

should we send her a comp statement?
10/21/2020, 10:06 PM
with closing or PE?
10/21/2020, 10:06 PM
are we getting her an offer letter?
10/21/2020, 10:06 PM

- McKinzey Sayers (WTP0XB6F4)MS

now that we know comp we need to do an offer
10/21/2020, 10:07 PM

- Chayanee Ubol (W015QKKBFFS)CU

copied you on a note!
10/21/2020, 10:08 PM

- Kenna Meyerhoff (WU40T30H4)KM

hi team! going through Q's in the inbox... here's what's outstanding:
- desiree jones - wants to use $$ to purchase stock without getting taxed
- traci harmon - can't view document -- pinging Sabs to see what's going on
- rege peck - asking about start date and retention. ie. if you started after august 31st with a sign on ineligible?

10/21/2020, 10:55 PM

- Chayanee Ubol (W015QKKBFFS)CU

@Kenna Meyerhoff Traci wrote back. She's all set!
10/21/2020, 10:56 PM

- Kenna Meyerhoff (WU40T30H4)KM

wooo
10/21/2020, 10:56 PM

- Chayanee Ubol (W015QKKBFFS)CU

did rege get a sign on to join? If so not eligible for retention but we're a happy to ensure he gets both payments immediately
10/21/2020, 10:56 PM

- Kenna Meyerhoff (WU40T30H4)KM

he got a sign on and started sept 8
10/21/2020, 11:03 PM

- Chayanee Ubol (W015QKKBFFS)CU

He's not eligible
10/21/2020, 11:04 PM

- Kenna Meyerhoff (WU40T30H4)KM

okieeee but his Q is around the date thats in the agreement

Confidential

10/21/2020, 11:08 PM
so i'll say if you received a sign on and started after august 31
10/21/2020, 11:08 PM

- Chayanee Ubol (W015QKKBFFS)CU

Ah ok thanks
10/21/2020, 11:14 PM

- McKinzey Sayers (WTP0XB6F4)MS

his sign on bonus is separate from the release of claims though... so he is still eligible to sign the release of claims right?
10/21/2020, 11:14 PM

- Chayanee Ubol (W015QKKBFFS)CU

Correct
10/21/2020, 11:19 PM

- Kenna Meyerhoff (WU40T30H4)KM

Wait so what is the date that they're not eligible for release
10/21/2020, 11:21 PM
Want to make sure I know that
10/21/2020, 11:21 PM

- McKinzey Sayers (WTP0XB6F4)MS

I'd assume October 1 since they'd have gotten a paycheck from us and not been eligible for OT
10/21/2020, 11:22 PM

- Chayanee Ubol (W015QKKBFFS)CU

The release date says starting before Sept 18
10/21/2020, 11:27 PM

- McKinzey Sayers (WTP0XB6F4)MS

Oh just kidding lol
10/21/2020, 11:27 PM
😂 1
But he's still eligible
10/21/2020, 11:28 PM

- Kenna Meyerhoff (WU40T30H4)KM

Thank ya
10/21/2020, 11:47 PM

Confidential

# EXHIBIT 75

# Direct message Jay Suttipreechanun, Kenna Meyerhoff and LJ Jefferson - 2020-11-18 (UTC)

Private 11/18/2020, 2:53 AM
Jay Suttipreechanun and Kenna Meyerhoff

- ### Jay Suttipreechanun (WU1QLREDN)JS

  Hey @Kenna Meyerhoff , just following up to see if you can help Lamon out here. Thank you.
  11/18/2020, 2:53 AM

- ### Kenna Meyerhoff (WU40T30H4)KM

  hi sorry -- we're no longer accepting signatures for the release agreement, which is why you're likely experiencing an error.
  11/18/2020, 2:54 AM

- ### Jay Suttipreechanun (WU1QLREDN)JS

  Oh boy. Ok.
  11/18/2020, 2:59 AM

Confidential

EXHIBIT 76

| | |
|---|---|
| **From:** | Sonya Thompson <sthompson@better.com> |
| **Sent:** | Tuesday, October 20, 2020 10:18 AM |
| **To:** | Joel Graber |
| **Subject:** | UW call |

Good Morning,

I just wanted to share some of the feedback from the call yesterday.

For starters the Retention bonus was GREAT NEWS but the overall impact of the delivery was surprisingly non existent......is this typical for this group?    I thought maybe the chat box would have some celebratory comments but I didn't see much going on in there either.  Again,  that part of the delivery should have been a highlight.

As for the latter part, I know this is where most were lost.   I am sure the amount of information you all can divulge is limited so it really left most confused on what to do.

Here are some reactions:

1.   Free money, where do I sign?
2.   Will this come over in one check or two?
3.   I got a $5k sign on bonus, will I be eligible for another $10K?  (I did send this question to McKinzey.
4.   Some were just confused on what the next steps were, expecting to have a one on one with me to go over it.
5.   Some did share that they have seen this done in the past and know that the $5k would be less than what a possible payout would be
6.   The overall message was viewed as negative


I am just sharing some comments I got from the Team so you are aware.  My thoughts are the meeting content should have been separated in a way, a high for the RETENTION and then onto the required agreements that needed to be signed.  The OT one should have been totally a silo meeting for sure.

Have a great day!


--
**SONYA THOMPSON** | Underwriting Manager |  Better Mortgage | 1422 S Tryon St Suite 300 Charlotte, NC 28203

Confidential                                                                                                           BMC0027183

# EXHIBIT 77

| | |
|---|---|
| **From:** | Sonya Thompson <sthompson@better.com> |
| **Sent:** | Wednesday, October 21, 2020 8:20 AM |
| **To:** | Joel Graber |
| **Subject:** | Re: UW call |

I did have a few one on one conversations to address any questions they had.   I did bubble up a question from Curshina Gadson because she did not want to sign anything until she found out what the compensation review was.   She stated she is happy here at Better.com but the retention bonus is making her feel that she should test the waters and she feels she would get more if she opts not to sign the release for the OT action as well.   She also mentioned that she felt she should be a Sr. Underwriter vs. Underwriter.   The others had the conversation with me, thanked me for my time and went on with their day.

On Tue, Oct 20, 2020 at 10:45 PM Joel Graber <jgraber@better.com> wrote:
Hi Sonya,

Thank you very much for the feedback; all very good points. I was surprised we didn't get more questions or reactions either. Do you have any questions or need any additional support? Was there any more feedback as the day progressed?

Thank you,
Joel

On Tue, Oct 20, 2020 at 10:18 AM Sonya Thompson <sthompson@better.com> wrote:
Good Morning,

I just wanted to share some of the feedback from the call yesterday.

For starters the Retention bonus was GREAT NEWS but the overall impact of the delivery was surprisingly non existent......is this typical for this group?   I thought maybe the chat box would have some celebratory comments but I didn't see much going on in there either.  Again,  that part of the delivery should have been a highlight.

As for the latter part, I know this is where most were lost.   I am sure the amount of information you all can divulge is limited so it really left most confused on what to do.

Here are some reactions:

1.   Free money, where do I sign?
2.   Will this come over in one check or two?
3.  I got a $5k sign on bonus, will I be eligible for another $10K?  (I did send this question to McKinzey.
4.   Some were just confused on what the next steps were, expecting to have a one on one with me to go over it.
5.  Some did share that they have seen this done in the past and know that the $5k would be less than what a possible payout would be
6.  The overall message was viewed as negative

Confidential

I am just sharing some comments I got from the Team so you are aware.  My thoughts are the meeting content should have been separated in a way, a high for the RETENTION and then onto the required agreements that needed to be signed.  The OT one should have been totally a silo meeting for sure.

Have a great day!

--
**SONYA THOMPSON** | Underwriting Manager |  Better Mortgage | 1422 S Tryon St Suite 300 Charlotte, NC 28203

--
**JOEL GRABER** | Head of Underwriting | Better | 120 Broadway, Floor 5, New York, NY 10271

--
**SONYA THOMPSON** | Underwriting Manager |  Better Mortgage | 1422 S Tryon St Suite 300 Charlotte, NC 28203

2

Confidential

BMC0027189

EXHIBIT 78

| | |
|---|---|
| **From:** | Kenna Meyerhoff <kmeyerhoff@better.com> |
| **Sent:** | Tuesday, October 20, 2020 11:26 AM |
| **To:** | Joel Graber |
| **Subject:** | Fwd: Recap of yesterday's Underwriting Huddle |

Hi team,

Just an update to yesterday's announcement. For those of you who were originally hired as an IC UW and have moved into Managerial positions, we will be sending along the release form to you as well to review.

Please let me know if you have any questions!

Kenna

---------- Forwarded message ---------
From: **UW Inquiries** <uw-inquiries@better.com>
Date: Tue, Oct 20, 2020 at 9:49 AM
Subject: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>
Cc: Megan Bellingham <mbellingham@better.com>, Joel Graber <jgraber@better.com>, Employee Experience Team <employee-experience-team@better.com>, Chayanee Ubol <cubol@better.com>, Alex D'Amico <adamico@better.com>, Underwriting <underwriting@better.com>, Andrew Bauer <abauer@better.com>


Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

    1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
    2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
    3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
        - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.

1

Confidential

- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
  - The Employment Agreement is a document sent to each employee and **requires** signature / acknowledgement.
  - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inquiries@better.com
--
You received this message because you are subscribed to the Google Groups "Employee Experience Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to employee-experience-team+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/employee-experience-team/9fabba23-fdbf-4fca-b70e-fc7b4a5b28e0n%40better.com.


--
**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

2

Confidential

BMC0027185

EXHIBIT 79

| From: | Fallon Smith <fsmith@better.com> |
|---|---|
| Sent: | Friday, October 23, 2020 10:50 AM |
| To: | Chayanee Ubol |
| Cc: | UW Inquiries |
| Subject: | Re: Recap of yesterday's Underwriting Huddle |

Thank you.

On Fri, Oct 23, 2020 at 10:49 AM Chayanee Ubol <cubol@better.com> wrote:
Hello ! thank you for your email.  We had not captured any New Hires from the Oct start date yet, we will work on get back to you.

Thanks!
chayanee

On Fri, Oct 23, 2020 at 10:19 AM Fallon Smith <fsmith@better.com> wrote:
Hell. I never received anything to sign.

On Thu, Oct 22, 2020 at 5:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
Hi Everyone,

Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**

1. Sign the release and retention agreements OR
2. Let us know that they don't plan to sign them by responding to this email.

If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.

Thank you all!

Kenna

On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

Confidential

BMC0022187

1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
    - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
    - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
    - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
        - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

 Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.
--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CAOYapEuaP0zSpp2GyyOXSRT6jCRUFz6ApejYrnJWxQpqoej-bw%40mail.gmail.com.

2

BMC0022188

# EXHIBIT 80

| From: | McKinzey Sayers <msayers@better.com> |
|---|---|
| Sent: | Tuesday, October 27, 2020 12:27 PM |
| Cc: | UW Inquiries |
| Subject: | Re: Recap of yesterday's Underwriting Huddle |

Handling.  Justin was a 10-20 hire, so he will need to sign the at-will agreement.  I will send that over to him.

On Tue, Oct 27, 2020 at 12:22 PM Justin Kirkpatrick <jkirkpatrick@better.com> wrote:
 Hi, I was out of the office on 10/23 and 10/26. I did not see any documents in my inbox for me to sign.


 On Thu, Oct 22, 2020 at 5:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
  Hi Everyone,

  Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**

  1. Sign the release and retention agreements OR
  2. Let us know that they don't plan to sign them by responding to this email.

  If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.

  Thank you all!

  Kenna

  On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
   Team,

   Thank you all for the time yesterday discussing these activities in your organization!

   We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

   ## Recap

   - We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

     1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
     2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
     3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
        - *Applicable taxes will be applied*

1

Confidential                                                                                                      BMC0020244

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA") that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit. And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
    - The Employment Agreement is a document sent to each employee and **requires** signature / acknowledgement.
    - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
        - You can choose to sign none, one or both of these agreements. But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.


--
Justin Kirkpatrick | Underwriter  | Better | Jacksonville Beach, FL
--
You received this message because you are subscribed to a topic in the Google Groups "UW Inquiries" group.
To unsubscribe from this topic, visit https://groups.google.com/a/better.com/d/topic/uw-inquiries/OBs-mIA13vc/unsubscribe.
To unsubscribe from this group and all its topics, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CAPZZdV9kFTa4JcHDgF3FymEibzVT9q4yu%3DcaSAX9h2oa%3D18jjw%40mail.gmail.com.


--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253
--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.

Confidential                                                                                      BMC0020245

To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CAFEU3zOXZhxe8h6R-ftMxQyHfkRXP1CL0y%3DGLs1xkkCjrY3oyA%40mail.gmail.com.

Confidential                                                                                                    BMC0020246

EXHIBIT 81

| | |
|---|---|
| **From:** | McKinzey Sayers <msayers@better.com> |
| **Sent:** | Monday, October 26, 2020 12:49 PM |
| **To:** | Chayanee Ubol |
| **Cc:** | Odette Lindheim; Sabrina Loiacono |
| **Subject:** | Re: Recap of yesterday's Underwriting Huddle |

Well, just to confirm though, the 9-18 date is for Release and Retention?

On Mon, Oct 26, 2020 at 12:48 PM Chayanee Ubol <cubol@better.com> wrote:
Ohh ok then we're aligned!

On Mon, Oct 26, 2020 at 12:41 PM McKinzey Sayers <msayers@better.com> wrote:
Sorry Chay, this is what I slacked you on earlier for the cut-off date for retention agreement hire dates.

On Mon, Oct 26, 2020 at 12:36 PM Chayanee Ubol <cubol@better.com> wrote:
i dont think she's eligible?
Did she receive  a sign on?

On Mon, Oct 26, 2020 at 12:07 PM Sabrina Loiacono <sloiacono@better.com> wrote:
Hey Chay,

Mckinz sent Pam her At-will agreement this morning. Should we be sending the retention agreement to her as well? I just added her to the spreadsheet, but want to make sure we track what we're sending.

On Fri, Oct 23, 2020 at 9:03 AM Chayanee Ubol <cubol@better.com> wrote:

Was she not on the list?

---------- Forwarded message ---------
From: **Pamella Edmiston** <pedmiston@better.com>
Date: Fri, Oct 23, 2020 at 8:58 AM
Subject: Re: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>
CC: Pamella Edmiston <pedmiston@better.com>, Jennifer Davis <jedavis@better.com>

I have not received the Retention Agreement nor the Employee Agreement.  Please advise so that I can sign.

Thank you
Pam

**Pam Edmiston | Underwriting Manager | Better | Saint Johns, FL**

On Thu, Oct 22, 2020 at 5:38 PM UW Inquiries <uw-inquiries@better.com> wrote:

1

Confidential

BMC0022214

Hi Everyone,

Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**

1. Sign the release and retention agreements OR
2. Let us know that they don't plan to sign them by responding to this email.

If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.

Thank you all!

Kenna

On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

    1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
    2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
    3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
        - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
    - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.

2

BMC0022215

- o   The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - ▪   You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.
--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CA%2BA23D4WF2Bk-74etRnaQEkeQ5QhxxBhk6QO02SQbSueNKEHbQ%40mail.gmail.com.


--
Sabrina Loiacono,
People Strategy Associate
sloiacono@better.com


--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253


--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

Confidential                                                                                    BMC0022216

# EXHIBIT 82

PLACEHOLDER
DOCUMENT –
UNREDACTED
VERSION FILED
CONDITIONALLY
UNDER SEAL

# EXHIBIT 83

REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

| | |
|---|---|
| **From:** | Odette Lindheim <olindheim@better.com> |
| **Sent:** | Monday, November 16, 2020 4:01 PM |
| **To:** | Elana Knoller <eknoller@better.com> |
| **Subject:** | Re: Weekly summary recap - wk of 11/9 |

It's underway. All internal stakeholders that need to know do, and the transition of PR to Patrick is done. With respect to internal comms itself, Patrick and Malcom are determining a timeline for it and I am connecting with Patrick tomorrow on this and a few other things.

Did you have a chance to read the Loan Platform email - if so, any comments?

On Mon, Nov 16, 2020 at 1:35 PM Elana Knoller <eknoller@better.com> wrote:
Thanks let's pls keep this list to include all the stuff you're working on (so Phil Jeff's onboarding etc) going forward!

Also - how's the internal comms transition to Patrick going?

On Fri, Nov 13, 2020 at 6:25 PM Odette Lindheim <olindheim@better.com> wrote:
Elana,

See below for weekly summary recap. Any actions or inputs needed from you are highlighted in yellow.

Let me know if I've missed anything below or if you have any questions.

Odette

++

**Updates**

**FYI Only**

•

• **Internal Comms** - connected with Patrick this week on a number of topics. Have some more

                                                       BMC0037780

meetings w/him and Malcom next week to discuss internal comms support for
    At Will Employee Agreement (once that is settled). Have scheduled a recurring
weekly with him too.

- 

- **Remote Working FAQs / Playbook -** Gloria on my team is working with Finance to define this so
  we can circle back with PDE on the "rules" for working remotely.

- 


--
--
**ODETTE LINDHEIM** | Sr. Manager, People Strategy | Better | 516-633-5361 | 3 World Trade Center, 175 Greenwich Street, 59th
Floor | NY, NY 10007
--
**ELANA KNOLLER** | Chief Product Officer | Better Mortgage | 3 World Trade Center, 59th Floor, New York, NY 10012 | (917) 566-
0901

# EXHIBIT 84

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Friday, October 23, 2020 2:11 PM |
| **To:** | Andrew Bauer; Matthew Maron; Alex D'Amico; Nneka Ukpai; Odette Lindheim; Kenna Meyerhoff |
| **Subject:** | Fwd: Recap of yesterday's Underwriting Huddle |

FYI - another decline on the release.

---------- Forwarded message ---------
From: **Andrea Gandy** <agandy@better.com>
Date: Fri, Oct 23, 2020 at 1:53 PM
Subject: Re: Recap of yesterday's Underwriting Huddle
To: UW Inquiries <uw-inquiries@better.com>

Hello,

I signed the retention agreement. I did not sign the release form.

Thank you.

On Thu, Oct 22, 2020 at 2:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
Hi Everyone,

Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**

1. Sign the release and retention agreements OR
2. Let us know that they don't plan to sign them by responding to this email.

If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.

Thank you all!

Kenna

On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
Team,

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

**Recap**

1

BMC0019965

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

    1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
    2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
    3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
        - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job.  This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
    - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
    - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
        - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.
--
You received this message because you are subscribed to the Google Groups "UW Inquiries" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uw-inquiries+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/uw-inquiries/CAODEOKf5BSfe9x_Oro-bsBZUxm7s-OYVaXS%2Bh0ks9ecKvRg8ew%40mail.gmail.com.

Confidential

BMC0019966

EXHIBIT 85

REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

Personal messages Odette Lindheim and Sabrina Loiacono - 2020-10-20 (UTC)

Private 10/20/2020, 12:58 PM
Odette Lindheim and Sabrina Loiacono

- **Sabrina Loiacono (WTRL35F8R)SL**

  im pulling in who's completed now
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  waittt
  10/20/2020, 12:58 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i see you're in that doc haha
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  i think Chay is tracking it?
  10/20/2020, 12:58 PM
  we should use what she set up
  10/20/2020, 12:59 PM
  yes i am in lol
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i thought she asked us to do it
  10/20/2020, 12:59 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  she did but she started last night
  10/20/2020, 12:59 PM
  i am unsure of her method
  10/20/2020, 12:59 PM
  so trying to dissect it
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  ok well this isnt taking me that long bc im just vlookup in
  10/20/2020, 1:00 PM
  idk how much i trust her method haaha
  10/20/2020, 1:00 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  ok you do you girl
  10/20/2020, 1:00 PM
  where are you doing this
  10/20/2020, 1:00 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  <https://docs.google.com/spreadsheets/d/1SOIP97HzX3rokClmuqIjEkfsrjfqJvmy8c0MGgpO5zl/edit?ts=5f8de95f#gid=938932584>
  10/20/2020, 1:00 PM
  UW Mail Merger & Tracking (F01CV6FJABF)10/20/2020, 1:00 PM
  ok im done
  10/20/2020, 1:02 PM
  you can send her this if you want
  10/20/2020, 1:04 PM
  oh just saw your email
  10/20/2020, 1:06 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  right - she has sep tabs for tracking
  10/20/2020, 1:07 PM
  i gotta look into it
  10/20/2020, 1:07 PM
  in a sec
  10/20/2020, 1:07 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  whatever works
  10/20/2020, 1:07 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  may need ur help sending 8 more release agreements
  10/20/2020, 2:02 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  no
  10/20/2020, 2:02 PM
  jk
  10/20/2020, 2:02 PM
  yes thats fine
  10/20/2020, 2:02 PM

BMC0037928

do you know if she wants 1-2 people from IT and security combined
10/20/2020, 3:56 PM
or from ach
10/20/2020, 3:56 PM
each*
10/20/2020, 3:56 PM

- **Odette Lindheim (W01ZQDQJQPQ)OL**

  1 from each is prob fine given they are small
  10/20/2020, 3:56 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  kk
  10/20/2020, 3:56 PM

- **Odette Lindheim (W01ZQDQJQPQ)OL**

  can we spend 5 mins during our time sending the 8 additional release agreements
  10/20/2020, 3:57 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  haha yes
  10/20/2020, 3:57 PM
  is there a spreadsheet im filling out for champions
  10/20/2020, 4:06 PM

- **Odette Lindheim (W01ZQDQJQPQ)OL**

  nope
  10/20/2020, 4:12 PM
  we should just compile names
  10/20/2020, 4:12 PM
  and send to amodei
  10/20/2020, 4:12 PM
  so maybe we can create one
  10/20/2020, 4:12 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  on it
  10/20/2020, 4:12 PM

  5:16 PM
  image.png (F01D57KDEA0)10/20/2020, 5:16 PM
  Also- agree w. you on not hosting the office hours, looking through the google docs you put together for underwriters i think that huddle answers the questions she was looking to answer for them
  "basically- wtf am i signing"
  10/20/2020, 5:25 PM
  👍 1

- **Odette Lindheim (W01ZQDQJQPQ)OL**

one sec on email
10/20/2020, 5:29 PM
👍 1
- Sabrina Loiacono (WTRL35F8R)SL

take yo time
10/20/2020, 5:29 PM
- Odette Lindheim (W012QDQJQPQ)OL

looks good to me
10/20/2020, 5:38 PM
- Sabrina Loiacono (WTRL35F8R)SL

thanks!
10/20/2020, 5:40 PM
BTW
10/20/2020, 5:40 PM
that screenshot came straight from HR
10/20/2020, 5:40 PM

# Reader's Digest Version - Guidelines

* All regular, full-time employees are eligible to use flexible PTO after the completion of a **90 day probationary period.**
* Requests should be submitted at least **two weeks prior** to desired dates
* Employees are also required to update their calendar with their PTO, update their email with an out of office message and alternative point(s) of contact, and update their Slack with a similar out of office message.

* In the case of emergency or unplanned PTO, employees should notify their manager as soon as practicable and follow any applicable department procedures.
* Should an employee be absent for **three or more days**, a doctor's note may be required to submit to their direct manager upon their return to work.

*For additional information, visit the Guidelines linked above!*

better                                                                 Proprietary and confidential   2/3

5:40 PM
image.png (F01CZ4SALAW)10/20/2020, 5:40 PM
sending to you so you have for your own knowledge
10/20/2020, 5:40 PM
- Odette Lindheim (W012QDQJQPQ)OL

oh lolol
10/20/2020, 5:43 PM
- Sabrina Loiacono (WTRL35F8R)SL

OMG MATT MARON used to work for trump
10/20/2020, 5:43 PM
LOL
10/20/2020, 5:43 PM
thats what it was
10/20/2020, 5:43 PM
i knew i knew something
10/20/2020, 5:43 PM
- Odette Lindheim (W012QDQJQPQ)OL

omg wtf
10/20/2020, 5:44 PM
- Sabrina Loiacono (WTRL35F8R)SL

yeah
10/20/2020, 5:45 PM
so crazy
10/20/2020, 5:45 PM
- Odette Lindheim (W012QDQJQPQ)OL

can i bribe you
10/20/2020, 6:58 PM
to do another pull on numbers for the docusigns

Confidential                                                                                    BMC0037930

10/20/2020, 6:58 PM
- Sabrina Loiacono (WTRL35F8R)SL

depends what are you bribing me w
10/20/2020, 6:59 PM
- Odette Lindheim (W012QDQJQPQ)OL

love and attention
10/20/2020, 6:59 PM
- Sabrina Loiacono (WTRL35F8R)SL

ok fair- you lacked that during this comp cycle
10/20/2020, 6:59 PM
can you send me the doc i was using again lol
10/20/2020, 7:01 PM
nvmd got it
10/20/2020, 7:02 PM
- Odette Lindheim (W012QDQJQPQ)OL

❤
10/20/2020, 7:08 PM
- Sabrina Loiacono (WTRL35F8R)SL

kk sohuld be all done
10/20/2020, 7:09 PM
- Odette Lindheim (W012QDQJQPQ)OL

heavenly
10/20/2020, 7:14 PM
thank you ❤
10/20/2020, 7:14 PM
- Sabrina Loiacono (WTRL35F8R)SL

welcome ⬜
10/20/2020, 7:14 PM
- Odette Lindheim (W012QDQJQPQ)OL

question
10/20/2020, 7:18 PM
when you are tracking employee agreement
10/20/2020, 7:18 PM
are you doing old or new CA or both
10/20/2020, 7:18 PM
- Sabrina Loiacono (WTRL35F8R)SL

ugh
10/20/2020, 7:19 PM
so
10/20/2020, 7:19 PM
i meant to do this
10/20/2020, 7:19 PM
and forgot yesterday in the moment
10/20/2020, 7:19 PM
to change the names
10/20/2020, 7:19 PM
so unless their name shows up twice i cant really tell
10/20/2020, 7:20 PM
- Odette Lindheim (W012QDQJQPQ)OL

no i think the names are diff!!
10/20/2020, 7:20 PM
or maybe not actually
10/20/2020, 7:20 PM
its ok!
10/20/2020, 7:20 PM
its one small change
10/20/2020, 7:20 PM
so we have no way of knowing except for timestamp maybe?
10/20/2020, 7:20 PM
- Sabrina Loiacono (WTRL35F8R)SL

i mean i can def figure it out if needed
10/20/2020, 7:21 PM
but itll tkae me some work
10/20/2020, 7:21 PM
so if you need it lmk and ill do it
10/20/2020, 7:21 PM
- Odette Lindheim (W012QDQJQPQ)OL

i dont think it's a today prob
10/20/2020, 7:21 PM
- Sabrina Loiacono (WTRL35F8R)SL

ok- you tell me!
10/20/2020, 7:21 PM

BMC0037931

- **Odette Lindheim (W012QDQJQPQ)OL**

hold on it for now
10/20/2020, 7:21 PM
doesnt seem value add
10/20/2020, 7:21 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

kk
10/20/2020, 7:21 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

can you send me Shivangi khanna's perf review pls?
10/20/2020, 9:05 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

yup
10/20/2020, 9:11 PM
shivangi-khanna.pdf (F01DPG870LQ)10/20/2020, 9:11 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

danke
10/20/2020, 9:29 PM
may be helpful: <https://justworks.com/blog/understand-differences-exempt-non-exempt-employees>
10/20/2020, 10:29 PM
◻ 1
pretty basic stuff but came across it when i was looking for something specific
10/20/2020, 10:29 PM
btw no update on timing - alex wants to pause on it until after comp so i think for purposes of rose we can say that the huddles may not happen until mid-november. trying to get more info on my 10 am tomorrow
10/20/2020, 10:30 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

ok! yeah if you can get more info that would be great
10/20/2020, 10:31 PM
i havent heard back from matt yet either
10/20/2020, 10:31 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

yeah bc he prob has no idea next steps
10/20/2020, 10:31 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

tru
10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

so fed up with them right now lol
10/20/2020, 10:32 PM
they made a mistake on the retention agreement
10/20/2020, 10:32 PM
wrote April 31
10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

stawp
10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

WHICH DOESNT EXIST AS A DATE
10/20/2020, 10:32 PM
i dont think we have to do anything
10/20/2020, 10:32 PM
but like omg.
10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

big yikes
10/20/2020, 10:32 PM
how was that not caught
10/20/2020, 10:32 PM
and who pointed that out lol
10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

an UW pointed it out
10/20/2020, 10:34 PM
and no idea
10/20/2020, 10:34 PM
bc legal is not right in the head lol
10/20/2020, 10:34 PM
btw did we ever re-sign with docusign
10/20/2020, 10:41 PM
is that all good?
10/20/2020, 10:41 PM

BMC0037932

- Sabrina Loiacono (WTRL35F8R)SL

  lol jesus
  10/20/2020, 10:41 PM
  i think so
  10/20/2020, 10:41 PM
  since weve been using it haha
  10/20/2020, 10:42 PM

- Odette Lindheim (W012QDQJQPQ)OL

  lolllllllll
  10/20/2020, 10:42 PM
  ok
  10/20/2020, 10:42 PM

- Sabrina Loiacono (WTRL35F8R)SL

  made these tonight
  10/20/2020, 11:07 PM
  <https://rachaelsgoodeats.com/copycat-reeses-peanut-butter-cups-healthy-version/>
  10/20/2020, 11:07 PM
  Copycat Reese's Peanut Butter Cups (Healthy Version!) - Rachael's Good Eats
  Earlier this year over Easter I created a copycat recipe for my favorite childhood treat... Reese's Peanut Butter Eggs. I always wondered why they only came out only once a year. Just, why?! Obviously that needed to change so I gathered healthier substitutions (and much fewer ingredients to be honest) than the "junk-filled" recipe called ... Read More about Copycat Reese's Peanut Butter Cups (Healthy Version!)
  v good
  10/20/2020, 11:07 PM

- Odette Lindheim (W012QDQJQPQ)OL

  Omg delivery me one
  10/20/2020, 11:07 PM

- Sabrina Loiacono (WTRL35F8R)SL

  so yummy
  10/20/2020, 11:10 PM

Confidential
BMC0037933

EXHIBIT 86

REDACTED VERSION –
UNREDACTED VERSION
FILED CONDITIONALLY
UNDER SEAL

Personal messages Odette Lindheim and Sabrina Loiacono - 2020-10-20 (UTC)

Private 10/20/2020, 12:58 PM
Odette Lindheim and Sabrina Loiacono

- **Sabrina Loiacono (WTRL35F8R)SL**

  im pulling in who's completed now
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  waittt
  10/20/2020, 12:58 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i see you're in that doc haha
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  i think Chay is tracking it?
  10/20/2020, 12:58 PM
  we should use what she set up
  10/20/2020, 12:59 PM
  yes i am in lol
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i thought she asked us to do it
  10/20/2020, 12:59 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  she did but she started last night
  10/20/2020, 12:59 PM
  i am unsure of her method
  10/20/2020, 12:59 PM
  so trying to dissect it
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  ok well this isnt taking me that long bc im just vlookup in
  10/20/2020, 1:00 PM
  idk how much i trust her method haaha
  10/20/2020, 1:00 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  ok you do you girl
  10/20/2020, 1:00 PM
  where are you doing this
  10/20/2020, 1:00 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  <https://docs.google.com/spreadsheets/d/1SOIF97HzX3rokClmuqIjEkfsrjfqJvmy8c0MGgp0SzI/edit?ts=5f8de95f#gid=938932584>
  10/20/2020, 1:00 PM
  UW Mail Merger & Tracking (F01CV6FJABF)10/20/2020, 1:00 PM
  ok im done
  10/20/2020, 1:02 PM
  you can send her this if you want
  10/20/2020, 1:04 PM
  oh just saw your email
  10/20/2020, 1:06 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  right - she has sep tabs for tracking
  10/20/2020, 1:07 PM
  i gotta look into it
  10/20/2020, 1:07 PM
  in a sec
  10/20/2020, 1:07 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  whatever works
  10/20/2020, 1:07 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  may need ur help sending 8 more release agreements
  10/20/2020, 2:02 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  no
  10/20/2020, 2:02 PM
  jk
  10/20/2020, 2:02 PM
  yes thats fine
  10/20/2020, 2:02 PM

Confidential

do you know if she wants 1-2 people from IT and security combined
10/20/2020, 3:56 PM
or from ach
10/20/2020, 3:56 PM
each*
10/20/2020, 3:56 PM

- Odette Lindheim (W012QDQJQPQ)OL

1 from each is prob fine given they are small
10/20/2020, 3:56 PM

- Sabrina Loiacono (WTRL35F8R)SL

kk
10/20/2020, 3:56 PM

- Odette Lindheim (W012QDQJQPQ)OL

can we spend 5 mins during our time sending the 8 additional release agreements
10/20/2020, 3:57 PM

- Sabrina Loiacono (WTRL35F8R)SL

haha yes
10/20/2020, 3:57 PM
is there a spreadsheet im filling out for champions
10/20/2020, 4:06 PM

- Odette Lindheim (W012QDQJQPQ)OL

nope
10/20/2020, 4:12 PM
we should just compile names
10/20/2020, 4:12 PM
and send to amodei
10/20/2020, 4:12 PM
so maybe we can create one
10/20/2020, 4:12 PM

- Sabrina Loiacono (WTRL35F8R)SL

on it
10/20/2020, 4:12 PM

5:16 PM
image.png (F01D57KDEA0)10/20/2020, 5:16 PM
Also- agree w. you on not hosting the office hours, looking through the google docs you put together for underwriters i think that huddle answers the questions she was looking to answer for them
"basically- wtf am i signing"
10/20/2020, 5:25 PM
🙂 1

- Odette Lindheim (W012QDQJQPQ)OL

one sec on email
10/20/2020, 5:29 PM
👍 1

- Sabrina Loiacono (WTRL35F8R)SL

take yo time
10/20/2020, 5:29 PM

- Odette Lindheim (W012QDQJQPQ)OL

looks good to me
10/20/2020, 5:38 PM

- Sabrina Loiacono (WTRL35F8R)SL

thanks!
10/20/2020, 5:40 PM
BTW
10/20/2020, 5:40 PM
that screenshot came straight from HR
10/20/2020, 5:40 PM

## Reader's Digest Version - Guidelines

* All regular, full-time employees are eligible to use flexible PTO after the completion of a **90 day probationary period.**
* Requests should be submitted at least **two weeks prior** to desired dates
* Employees are also required to update their calendar with their PTO, update their email with an out of office message and alternative point(s) of contact, and update their Slack with a similar out of office message.

* In the case of emergency or unplanned PTO, employees should notify their manager as soon as practicable and follow any applicable department procedures.
* Should an employee be absent for **three or more days,** a doctor's note may be required to submit to their direct manager upon their return to work.

*For additional information, visit the Guidelines linked above!*

better                                                                      Proprietary and confidential   2/3

5:40 PM
image.png (F01CZ4SALAW)10/20/2020, 5:40 PM
sending to you so you have for your own knowledge
10/20/2020, 5:40 PM

10/20/2020,

- Odette Lindheim (W012QDQJQPQ)OL

oh lolol
10/20/2020, 5:43 PM

- Sabrina Loiacono (WTRL35F8R)SL

OMG MATT MARON used to work for trump
10/20/2020, 5:43 PM
LOL
10/20/2020, 5:43 PM
thats what it was
10/20/2020, 5:43 PM
i knew i knew something
10/20/2020, 5:43 PM

- Odette Lindheim (W012QDQJQPQ)OL

omg wtf
10/20/2020, 5:44 PM

- Sabrina Loiacono (WTRL35F8R)SL

yeah
10/20/2020, 5:45 PM
so crazy
10/20/2020, 5:45 PM

- Odette Lindheim (W012QDQJQPQ)OL

can i bribe you
10/20/2020, 6:58 PM
to do another pull on numbers for the docusigns

Confidential

10/20/2020, 6:58 PM
- Sabrina Loiacono (WTRL35F8R)SL

depends what are you bribing me w
10/20/2020, 6:59 PM
- Odette Lindheim (W012QDQJQPQ)OL

love and attention
10/20/2020, 6:59 PM
- Sabrina Loiacono (WTRL35F8R)SL

ok fair- you lacked that during this comp cycle
10/20/2020, 6:59 PM
can you send me the doc i was using again lol
10/20/2020, 7:01 PM
nvmd got it
10/20/2020, 7:02 PM
- Odette Lindheim (W012QDQJQPQ)OL

❤
10/20/2020, 7:08 PM
- Sabrina Loiacono (WTRL35F8R)SL

kk sohuld be all done
10/20/2020, 7:09 PM
- Odette Lindheim (W012QDQJQPQ)OL

heavenly
10/20/2020, 7:14 PM
thank you ❤
10/20/2020, 7:14 PM
- Sabrina Loiacono (WTRL35F8R)SL

welcome ⧠
10/20/2020, 7:14 PM
- Odette Lindheim (W012QDQJQPQ)OL

question
10/20/2020, 7:18 PM
when you are tracking employee agreement
10/20/2020, 7:18 PM
are you doing old or new CA or both
10/20/2020, 7:18 PM
- Sabrina Loiacono (WTRL35F8R)SL

ugh
10/20/2020, 7:19 PM
so
10/20/2020, 7:19 PM
i meant to do this
10/20/2020, 7:19 PM
and forgot yesterday in the moment
10/20/2020, 7:19 PM
to change the names
10/20/2020, 7:19 PM
so unless their name shows up twice i cant really tell
10/20/2020, 7:20 PM
- Odette Lindheim (W012QDQJQPQ)OL

no i think the names are diff!!
10/20/2020, 7:20 PM
or maybe not actually
10/20/2020, 7:20 PM
its ok!
10/20/2020, 7:20 PM
its one small change
10/20/2020, 7:20 PM
so we have no way of knowing except for timestamp maybe?
10/20/2020, 7:20 PM
- Sabrina Loiacono (WTRL35F8R)SL

i mean i can def figure it out if needed
10/20/2020, 7:21 PM
but itll tkae me some work
10/20/2020, 7:21 PM
so if you need it lmk and ill do it
10/20/2020, 7:21 PM
- Odette Lindheim (W012QDQJQPQ)OL

i dont think it's a today prob
10/20/2020, 7:21 PM
- Sabrina Loiacono (WTRL35F8R)SL

ok- you tell me!
10/20/2020, 7:21 PM

BMC0037931

- **Odette Lindheim (W012QDQJQPQ)OL**

  hold on it for now
  10/20/2020, 7:21 PM
  doesnt seem value add
  10/20/2020, 7:21 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  kk
  10/20/2020, 7:21 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  can you send me Shivangi khanna's perf review pls?
  10/20/2020, 9:05 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  yup
  10/20/2020, 9:11 PM
  shivangi-khanna.pdf (F01DPG870LQ)10/20/2020, 9:11 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  danke
  10/20/2020, 9:29 PM
  may be helpful: <https://justworks.com/blog/understand-differences-exempt-non-exempt-employees>
  10/20/2020, 10:29 PM
  👍 1
  pretty basic stuff but came across it when i was looking for something specific
  10/20/2020, 10:29 PM
  btw no update on timing - alex wants to pause it until after comp so i think for purposes of rose we can say that the huddles may not happen until mid-november. trying to get more info on my 10 am tomorrow
  10/20/2020, 10:30 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  ok! yeah if you can get more info that would be great
  10/20/2020, 10:31 PM
  i havent heard back from matt yet either
  10/20/2020, 10:31 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  yeah bc he prob has no idea next steps
  10/20/2020, 10:31 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  tru
  10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  so fed up with them right now lol
  10/20/2020, 10:32 PM
  they made a mistake on the retention agreement
  10/20/2020, 10:32 PM
  wrote April 31
  10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  stawp
  10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  WHICH DOESNT EXIST AS A DATE
  10/20/2020, 10:32 PM
  i dont think we have to do anything
  10/20/2020, 10:32 PM
  but like omg.
  10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  big yikes
  10/20/2020, 10:32 PM
  how was that not caught
  10/20/2020, 10:32 PM
  and who pointed that out lol
  10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  an UW pointed it out
  10/20/2020, 10:34 PM
  and no idea
  10/20/2020, 10:34 PM
  bc legal is not right in the head lol
  10/20/2020, 10:34 PM
  btw did we ever re-sign with docusign
  10/20/2020, 10:41 PM
  is that all good?
  10/20/2020, 10:41 PM

BMC0037932

- **Sabrina Loiacono (WTRL35F8R)SL**

  lol jesus
  10/20/2020, 10:41 PM
  i think so
  10/20/2020, 10:41 PM
  since weve been using it haha
  10/20/2020, 10:42 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  lolllllllll
  10/20/2020, 10:42 PM
  ok
  10/20/2020, 10:42 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  made these tonight
  10/20/2020, 11:07 PM
  <https://rachaelsgoodeats.com/copycat-reeses-peanut-butter-cups-healthy-version/>
  10/20/2020, 11:07 PM
  Copycat Reese's Peanut Butter Cups (Healthy Version!) - Rachael's Good Eats
  Earlier this year over Easter I created a copycat recipe for my favorite childhood treat... Reese's Peanut Butter Eggs. I always wondered why they only came out only once a year. Just, why?! Obviously that needed to change so I gathered healthier substitutions (and much fewer ingredients to be honest) than the "junk-filled" recipe called ... Read More about Copycat Reese's Peanut Butter Cups (Healthy Version!)
  v good
  10/20/2020, 11:07 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  Omg delivery me one
  10/20/2020, 11:07 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  so yummy
  10/20/2020, 11:10 PM

Confidential

EXHIBIT 87

REDACTED VERSION –
UNREDACTED VERSION
FILED CONDITIONALLY
UNDER SEAL

Personal messages Odette Lindheim and Sabrina Loiacono - 2020-10-20 (UTC)

Private 10/20/2020, 12:58 PM
Odette Lindheim and Sabrina Loiacono

- **Sabrina Loiacono (WTRL35F8R)SL**

  im pulling in who's completed now
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  waittt
  10/20/2020, 12:58 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i see you're in that doc haha
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  i think Chay is tracking it?
  10/20/2020, 12:58 PM
  we should use what she set up
  10/20/2020, 12:59 PM
  yes i am in lol
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i thought she asked us to do it
  10/20/2020, 12:59 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  she did but she started last night
  10/20/2020, 12:59 PM
  i am unsure of her method
  10/20/2020, 12:59 PM
  so trying to dissect it
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  ok well this isnt taking me that long bc im just vlookup in
  10/20/2020, 1:00 PM
  idk how much i trust her method haaha
  10/20/2020, 1:00 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  ok you do you girl
  10/20/2020, 1:00 PM
  where are you doing this
  10/20/2020, 1:00 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  <https://docs.google.com/spreadsheets/d/1SOIP97HzX3rokClmuqIjEkfsrJfqJvmy8c0MGgp0SzI/edit?ts=5f8de95f#gid=938932584>
  10/20/2020, 1:00 PM
  UW Mail Merger & Tracking (F01CV6FJABF)10/20/2020, 1:00 PM
  ok im done
  10/20/2020, 1:02 PM
  you can send her this if you want
  10/20/2020, 1:04 PM
  oh just saw your email
  10/20/2020, 1:06 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  right - she has sep tabs for tracking
  10/20/2020, 1:07 PM
  i gotta look into it
  10/20/2020, 1:07 PM
  in a sec
  10/20/2020, 1:07 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  whatever works
  10/20/2020, 1:07 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  may need ur help sending 8 more release agreements
  10/20/2020, 2:02 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  no
  10/20/2020, 2:02 PM
  jk
  10/20/2020, 2:02 PM
  yes thats fine
  10/20/2020, 2:02 PM

BMC0037928

do you know if she wants 1-2 people from IT and security combined
10/20/2020, 3:56 PM
or from ach
10/20/2020, 3:56 PM
each*
10/20/2020, 3:56 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

1 from each is prob fine given they are small
10/20/2020, 3:56 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

kk
10/20/2020, 3:56 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

can we spend 5 mins during our time sending the 8 additional release agreements
10/20/2020, 3:57 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

haha yes
10/20/2020, 3:57 PM
is there a spreadsheet im filling out for champions
10/20/2020, 4:06 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

nope
10/20/2020, 4:12 PM
we should just compile names
10/20/2020, 4:12 PM
and send to amodei
10/20/2020, 4:12 PM
so maybe we can create one
10/20/2020, 4:12 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

on it
10/20/2020, 4:12 PM

5:16 PM
image.png (F01D57KDEA0)10/20/2020, 5:16 PM
Also- agree w. you on not hosting the office hours, looking through the google docs you put together for underwriters i think that huddle answers the questions she was looking to answer for them
"basically- wtf am i signing"
10/20/2020, 5:25 PM
🆗 1

- **Odette Lindheim (W012QDQJQPQ)OL**

                                                                                          BMC0037929

one sec on email
10/20/2020, 5:29 PM
👍 1
- Sabrina Loiacono (WTRL35F8R)SL

take yo time
10/20/2020, 5:29 PM
- Odette Lindheim (W012QDQJQPQ)OL

looks good to me
10/20/2020, 5:38 PM
- Sabrina Loiacono (WTRL35F8R)SL

thanks!
10/20/2020, 5:40 PM
BTW
10/20/2020, 5:40 PM
that screenshot came straight from HR
10/20/2020, 5:40 PM

## Reader's Digest Version - Guidelines

- All regular, full-time employees are eligible to use flexible PTO after the completion of a **90 day probationary period.**
- Requests should be submitted at least **two weeks prior** to desired dates
- Employees are also required to update their calendar with their PTO, update their email with an out of office message and alternative point(s) of contact, and update their Slack with a similar out of office message.

- In the case of emergency or unplanned PTO, employees should notify their manager as soon as practicable and follow any applicable department procedures.
- Should an employee be absent for **three or more days,** a doctor's note may be required to submit to their direct manager upon their return to work.

*For additional information, visit the Guidelines linked above!*

better                                                             Proprietary and confidential   2/3

5:40 PM                                                                                            10/20/2020,
image.png (F01CZ4SALAW)10/20/2020, 5:40 PM
sending to you so you have for your own knowledge
10/20/2020, 5:40 PM
- Odette Lindheim (W012QDQJQPQ)OL

oh lolol
10/20/2020, 5:43 PM
- Sabrina Loiacono (WTRL35F8R)SL

OMG MATT MARON used to work for trump
10/20/2020, 5:43 PM
LOL
10/20/2020, 5:43 PM
thats what it was
10/20/2020, 5:43 PM
i knew i knew something
10/20/2020, 5:43 PM
- Odette Lindheim (W012QDQJQPQ)OL

omg wtf
10/20/2020, 5:44 PM
- Sabrina Loiacono (WTRL35F8R)SL

yeah
10/20/2020, 5:45 PM
so crazy
10/20/2020, 5:45 PM
- Odette Lindheim (W012QDQJQPQ)OL

can i bribe you
10/20/2020, 6:58 PM
to do another pull on numbers for the docusigns

10/20/2020, 6:58 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

depends what are you bribing me w
10/20/2020, 6:59 PM
- **Odette Lindheim (W012QDQJQPQ)OL**

love and attention
10/20/2020, 6:59 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

ok fair- you lacked that during this comp cycle
10/20/2020, 6:59 PM
can you send me the doc i was using again lol
10/20/2020, 7:01 PM
nvmd got it
10/20/2020, 7:02 PM
- **Odette Lindheim (W012QDQJQPQ)OL**

❤
10/20/2020, 7:08 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

kk sohuld be all done
10/20/2020, 7:09 PM
- **Odette Lindheim (W012QDQJQPQ)OL**

heavenly
10/20/2020, 7:14 PM
thank you ❤
10/20/2020, 7:14 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

welcome ▯
10/20/2020, 7:14 PM
- **Odette Lindheim (W012QDQJQPQ)OL**

question
10/20/2020, 7:18 PM
when you are tracking employee agreement
10/20/2020, 7:18 PM
are you doing old or new CA or both
10/20/2020, 7:18 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

ugh
10/20/2020, 7:19 PM
so
10/20/2020, 7:19 PM
i meant to do this
10/20/2020, 7:19 PM
and forgot yesterday in the moment
10/20/2020, 7:19 PM
to change the names
10/20/2020, 7:19 PM
so unless their name shows up twice i cant really tell
10/20/2020, 7:20 PM
- **Odette Lindheim (W012QDQJQPQ)OL**

no i think the names are diff!!
10/20/2020, 7:20 PM
or maybe not actually
10/20/2020, 7:20 PM
its ok!
10/20/2020, 7:20 PM
its one small change
10/20/2020, 7:20 PM
so we have no way of knowing except for timestamp maybe?
10/20/2020, 7:20 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

i mean i can def figure it out if needed
10/20/2020, 7:21 PM
but itll tkae me some work
10/20/2020, 7:21 PM
so if you need it lmk and ill do it
10/20/2020, 7:21 PM
- **Odette Lindheim (W012QDQJQPQ)OL**

i dont think it's a today prob
10/20/2020, 7:21 PM
- **Sabrina Loiacono (WTRL35F8R)SL**

ok- you tell me!
10/20/2020, 7:21 PM

Confidential
BMC0037931

- **Odette Lindheim (W012QDQJQPQ)OL**

  hold on it for now
  10/20/2020, 7:21 PM
  doesnt seem value add
  10/20/2020, 7:21 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  kk
  10/20/2020, 7:21 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  can you send me Shivangi khanna's perf review pls?
  10/20/2020, 9:05 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  yup
  10/20/2020, 9:11 PM
  shivangi-khanna.pdf (F01DPG870LQ)10/20/2020, 9:11 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  danke
  10/20/2020, 9:29 PM
  may be helpful: <https://justworks.com/blog/understand-differences-exempt-non-exempt-employees>
  10/20/2020, 10:29 PM
  ☐ 1
  pretty basic stuff but came across it when i was looking for something specific
  10/20/2020, 10:29 PM
  btw no update on timing - alex wants to pause on it until after comp so i think for purposes of rose we can say that the huddles may not happen until mid-november. trying to get more info on my 10 am tomorrow
  10/20/2020, 10:30 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  ok! yeah if you can get more info that would be great
  10/20/2020, 10:31 PM
  i havent heard back from matt yet either
  10/20/2020, 10:31 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  yeah bc he prob has no idea next steps
  10/20/2020, 10:31 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  tru
  10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  so fed up with them right now lol
  10/20/2020, 10:32 PM
  they made a mistake on the retention agreement
  10/20/2020, 10:32 PM
  wrote April 31
  10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  stawp
  10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  WHICH DOESNT EXIST AS A DATE
  10/20/2020, 10:32 PM
  i dont think we have to do anything
  10/20/2020, 10:32 PM
  but like omg.
  10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  big yikes
  10/20/2020, 10:32 PM
  how was that not caught
  10/20/2020, 10:32 PM
  and who pointed that out lol
  10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  an UW pointed it out
  10/20/2020, 10:34 PM
  and no idea
  10/20/2020, 10:34 PM
  bc legal is not right in the head lol
  10/20/2020, 10:34 PM
  btw did we ever re-sign with docusign
  10/20/2020, 10:41 PM
  is that all good?
  10/20/2020, 10:41 PM

BMC0037932

- Sabrina Loiacono (WTRL35F8R)SL

  lol jesus
  10/20/2020, 10:41 PM
  i think so
  10/20/2020, 10:41 PM
  since weve been using it haha
  10/20/2020, 10:42 PM

- Odette Lindheim (W012QDQJQPQ)OL

  lolllllll
  10/20/2020, 10:42 PM
  ok
  10/20/2020, 10:42 PM

- Sabrina Loiacono (WTRL35F8R)SL

  made these tonight
  10/20/2020, 11:07 PM
  <https://rachaelsgoodeats.com/copycat-reeses-peanut-butter-cups-healthy-version/>
  10/20/2020, 11:07 PM
  Copycat Reese's Peanut Butter Cups (Healthy Version!) - Rachael's Good Eats
  Earlier this year over Easter I created a copycat recipe for my favorite childhood treat... Reese's Peanut Butter Eggs. I always wondered why they only came out only once a year. Just, why?! Obviously
  that needed to change so I gathered healthier substitutions (and much fewer ingredients to be honest) than the "junk-filled" recipe called ... Read More about Copycat Reese's Peanut Butter Cups
  (Healthy Version!)
  v good
  10/20/2020, 11:07 PM

- Odette Lindheim (W012QDQJQPQ)OL

  Omg delivery me one
  10/20/2020, 11:07 PM

- Sabrina Loiacono (WTRL35F8R)SL

  so yummy
  10/20/2020, 11:10 PM

                                                                                                                       BMC0037933

# EXHIBIT 88

# Personal messages Kenna Meyerhoff and Odette Lindheim - 2020-10-21 (UTC)

Private 10/21/2020, 10:59 PM
Kenna Meyerhoff and Odette Lindheim

- ## Odette Lindheim (W012QDQJQPQ)OL

  hey! re the f/u note to UWs - is that something mckinzey or lindsey can help draft?
  10/21/2020, 10:59 PM

- ## Kenna Meyerhoff (WU40T30H4)KM

  which note?
  10/21/2020, 11:04 PM
  just to remind them?
  10/21/2020, 11:04 PM
  i can just do it
  10/21/2020, 11:04 PM

- ## Odette Lindheim (W012QDQJQPQ)OL

  yes but there were certain mesgs andrew wanted included
  10/21/2020, 11:04 PM
  bc basically if ppl dont plan on signing either the retention or release- he wants to know theyve declined
  10/21/2020, 11:05 PM
  " For those who haven't, friendly reminder. If you have questions, let us know. And if you have decided you don't want to sign these agreements, please just let us know by replying to this email."
  10/21/2020, 11:05 PM

BMC0037937

# EXHIBIT 89

# Personal messages Chayanee Ubol and Odette Lindheim - 2020-10-19 (UTC)

Private 10/19/2020, 4:28 PM
Chayanee Ubol and Odette Lindheim

- Chayanee Ubol (W015QKKBFFS)CU

  one tweak
  10/19/2020, 4:28 PM
  we just agred to pay everyone retention
  10/19/2020, 4:28 PM

- Odette Lindheim (W012QDQJQPQ)OL

  ok dokes
  10/19/2020, 4:29 PM
  basically just adding shannon
  10/19/2020, 4:29 PM

- Chayanee Ubol (W015QKKBFFS)CU

  yes
  10/19/2020, 4:29 PM

- Odette Lindheim (W012QDQJQPQ)OL

  done
  10/19/2020, 4:30 PM
  updated in deck and sheet.
  10/19/2020, 4:30 PM
  hey - sorry to bother you. I dont understand your comment about the ppl no longer employed with us.
  10/19/2020, 8:42 PM

- Chayanee Ubol (W015QKKBFFS)CU

  hii
  10/19/2020, 8:55 PM
  they decided on fri they were going to try to get ex employees to sign the release agreement
  10/19/2020, 8:55 PM

- Odette Lindheim (W012QDQJQPQ)OL

  ok but i dont have non-better emails?
  10/19/2020, 9:04 PM

- Chayanee Ubol (W015QKKBFFS)CU

  They haven't fleshed out the idea yet 🔲🔲🔲
  10/19/2020, 9:04 PM

- Odette Lindheim (W012QDQJQPQ)OL

  lol im not going to do those yet until we know
  10/19/2020, 9:06 PM
  we did everything except the guys who dont work here anymore since dont have their personal emails
  10/19/2020, 10:44 PM

BMC0037946

- Chayanee Ubol (W015QKKBFFS)CU

  Thank you so much 🥺🥺🥺🥺
  10/19/2020, 10:59 PM

- Odette Lindheim (W012QDQJQPQ)OL

  of course!!
  10/19/2020, 11:00 PM
  did you get to spend the day doing what u needed at least!?
  10/19/2020, 11:00 PM

EXHIBIT 90

| | |
|---|---|
| **From:** | Mark Mazany <mmazany@better.com> |
| **Sent:** | Wednesday, November 4, 2020 8:21 AM |
| **To:** | Kenna Meyerhoff <kmeyerhoff@better.com> |
| **Subject:** | Re: Recap of yesterday's Underwriting Huddle |

Got it.  Thanks for the clarification.

**Respectfully,**

**Mark Mazany | Senior Underwriter | Better | Remote/Indiana**

On Tue, Nov 3, 2020 at 10:05 PM Kenna Meyerhoff <kmeyerhoff@better.com> wrote:
> Hi Mark,
>
> So sorry for the delay here - if you did not receive any documents, you should be all set.
>
> All the best,
>
> Kenna
>
> On Wed, Oct 28, 2020 at 3:36 PM Mark Mazany <mmazany@better.com> wrote:
>> Hi Kenna,
>>
>> Just trying to determine if I was supposed to sign anything regarding any agreements.
>>
>> My hire date was 10/6/20 so I think this may not apply but just double checking.
>>
>> **Respectfully,**
>>
>> **Mark Mazany | Senior Underwriter | Better | Remote/Indiana**
>>
>> On Thu, Oct 22, 2020 at 5:38 PM UW Inquiries <uw-inquiries@better.com> wrote:
>>> Hi Everyone,
>>>
>>> Just a friendly reminder that we're looking to have folks complete the following by **tomorrow, Oct 23rd.**
>>>
>>> 1. Sign the release and retention agreements OR
>>> 2. Let us know that they don't plan to sign them by responding to this email.
>>>
>>> If you have any questions, please feel free to reach out as well. Separately, another reminder that the employment agreement is required for continued employment with Better.
>>>
>>> Thank you all!
>>>
>>> Kenna
>>>
>>> On Tuesday, October 20, 2020 at 9:49:37 AM UTC-4 UW Inquiries wrote:
>>>> Team,

BMC0032700

Thank you all for the time yesterday discussing these activities in your organization!

We know it was a lot of information so we wanted to send a recap of the highlights and next steps.

## Recap

- We want to give **retention bonuses** and **release payments** over the next several weeks  - and we will be pushing out documents to review and sign in order to receive the bonus.  In particular, there are 3 documents we are asking you to review.

  1. The first is a revised **Employment Agreement**.  This will be going out to all Better employees, will replace your current employment contract, and is required that you sign.
  2. The second is the **Retention Agreement**, which covers the terms around the $10,000* retention bonus.
  3. And the third is the **Release Agreement**, which covers the terms around the $5,000* release payment.
     - *Applicable taxes will be applied*

- Regarding the Release, as we discussed, there is a legal claim brought under the Fair Labor Standards Act ("FLSA")  that's been filed against Better, alleging that we misclassified the Underwriting job. This particular plaintiff believes these roles should be eligible for overtime pay.
- We talked about the both the lawsuit & the upcoming FLSA audit.  And we talked about how the $5,000 payment, if you choose to sign, will be in exchange for your release to join that lawsuit and/or bring similar claims.
- We also want to flag for you that the Employment Agreement contains an arbitration provision, which could also limit what claims you could join as part of that lawsuit.

## Next Steps

- Your Employment Agreement, Retention Agreement, and Release of Claims agreements have been sent to your Work Email (3 separate emails from Docusign).
  - The Employment Agreement is a document sent to each employee and **requires** signature  / acknowledgement.
  - The Retention Agreement and the Release of Claims Agreement are totally **voluntary**.
    - You can choose to sign none, one or both of these agreements.  But each of these agreements and the above Employment Agreement must be signed prior to each respective monetary payout.

Questions? Reach out to your employee experience team OR uw-inq...@better.com

--
You received this message because you are subscribed to the Google Groups "Underwriting" group.
To unsubscribe from this group and stop receiving emails from it, send an email to underwriting+unsubscribe@better.com.
To view this discussion on the web visit https://groups.google.com/a/better.com/d/msgid/underwriting/fedbb5a9-f1c7-4358-ad36-4431323a1acfn%40better.com.

--
**KENNA MEYERHOFF** | Director, Employee Experience | Better | 175 Greenwich St., Fl. 59 New York, NY 10007 | (917) 499-3450 |

Confidential

# EXHIBIT 91

| | |
|---|---|
| **From:** | Chayanee Ubol <cubol@better.com> |
| **Sent:** | Wednesday, November 18, 2020 1:01 PM |
| **To:** | Shannon Blasingame |
| **Subject:** | Re: Outstanding T&C Signatures - Help needed |

is the arbitration the release agreement?

On Wed, Nov 18, 2020 at 12:55 PM Shannon Blasingame <sblasingame@better.com> wrote:
  Thank you Chay,

  It sounds like LJ also missed signing the arbitration agreement. Would we be able to send a new one over in docusign?

  On Tue, Nov 17, 2020 at 11:17 AM Chayanee Ubol <cubol@better.com> wrote:
   I just resent it via docusign, he should be able to click into it now.

   Thanks!

  On Tue, Nov 17, 2020 at 1:08 PM Shannon Blasingame <sblasingame@better.com> wrote:
   Yes it is sorry. He goes by LJ Jefferson

   On Tue, Nov 17, 2020 at 9:54 AM Chayanee Ubol <cubol@better.com> wrote:
    Is LJ = Lamon? If so sending it now

    On Tue, Nov 17, 2020 at 12:46 PM Shannon Blasingame <sblasingame@better.com> wrote:
     It sounds like Nancy submitted hers on Saturday and LJ is waiting for updated forms to be sent back over, looks like they expired.

     On Tue, Nov 17, 2020 at 5:00 AM Chayanee Ubol <cubol@better.com> wrote:
      We will get it done. Thanks for following up though :)

      On Tue, Nov 17, 2020 at 12:13 AM Shannon Blasingame <sblasingame@better.com> wrote:
       Hey Chay,

       I am so sorry. I totally missed this last week. I have followed up with Jay for Lamon and Ray on Nancy Roll. If they missed the 13th cut off date are we able to get an offcycle paycheck to these individuals or include the payout on their next check?

       On Thu, Nov 12, 2020 at 10:51 AM Chayanee Ubol <cubol@better.com> wrote:
        Hi !

        Please see the names of outstanding signatures we need to collect for the terms and conditions incentive plan in UW.   They must sign before the 13th in order to continue getting their incentive paid out for Oct payments.   Please let me know if you have any questions but really appreciate your help!

1

Confidential

| | | | | |
|---|---|---|---|---|
| Bloom Deborah | Deborah, | dbloom@better.com | Friday, October 30, 2020 | Remote Underwriting Manager |
| Gordon Sandra | Sandra, | sagordon@better.com | Friday, October 30, 2020 | Senior Underwriter |
| Jefferson Lamon | Lamon, | lajefferson@better.com | Friday, October 30, 2020 | Senior Underwriter |
| Roll Nancy Bichthu | Nancy Bichthu, | nroll@better.com | Friday, October 30, 2020 | Senior Underwriter |
| Wong Richard | Richard, | rwong@better.com | Friday, October 30, 2020 | Senior Underwriter |
| Bush Brandon | Brandon, | bbush@better.com | Friday, October 30, 2020 | Underwriter |
| Riska Joshua | Joshua, | jriska@better.com | Friday, October 30, 2020 | Underwriter |
| Sherburne Matthew | Matthew, | msherburne@better.com | Friday, October 30, 2020 | Underwriter |
| Webb-Smith Karen | Karen, | kwebbsmith@better.com | Friday, October 30, 2020 | Underwriter |

Thanks,
Chayanee


--

**SHANNON BLASINGAME** | Regional Underwriting Manager | <u>Better</u> | <u>2201 Broadway, 2nd Floor, Oakland, CA 94612</u> | Cell: (925) 381-3166


--

**SHANNON BLASINGAME** | Regional Underwriting Manager | <u>Better</u> | 2201 Broadway, 2nd Floor, Oakland, CA 94612 | Cell: (925) 381-3166


--

**SHANNON BLASINGAME** | Regional Underwriting Manager | <u>Better</u> | 2201 Broadway, 2nd Floor, Oakland, CA 94612 | Cell: (925) 381-3166


--

**SHANNON BLASINGAME** | Regional Underwriting Manager | <u>Better</u> | 2201 Broadway, 2nd Floor, Oakland, CA 94612 | Cell: (925) 381-3166

Confidential

BMC0025557

EXHIBIT 92

| | |
|---|---|
| **From:** | Marcelo Rodriguez <mrodriguez@better.com> |
| **Sent:** | Friday, November 20, 2020 4:11 PM |
| **To:** | McKinzey Sayers |
| **Cc:** | Michelle Phillips; Chayanee Ubol; Kenna Meyerhoff |
| **Subject:** | Re: Additional Bonus Payments |

Matthew Sherburne did not receive a signing bonus, so all three payments will be processed for receipt on Monday.

Thanks!

On Fri, Nov 20, 2020 at 3:53 PM McKinzey Sayers <msayers@better.com> wrote:
 Hi Michelle and Marcelo,

We have two additional release bonus payments for Underwriting ($5,000) that legal has approved us to pay out.

1. Reginald Peck
2. Matthew Sherburne

Matthew Sherburne should also receive a $10K retention bonus (unless he already received a sign-on bonus) as well.

Can you let me know when the employees can expect these payments?  Thanks!

--
**MCKINZEY SAYERS** | Employee Experience Manager - East, Mortgage Operations | Better | 1422 South Tryon St., 02-114, Charlotte, NC 28203 | 276.971.7253

1

Confidential

BMC0026290

# EXHIBIT 93

# Private channel #people-team-leads - 2021-01-28 (UTC)

Private 1/28/2021, 1:26 PM
Alex D'Amico, Chayanee Ubol, Kenna Meyerhoff and 2 others

- **Odette Lindheim (W012QDQJQPQ)OL**

  morning! maybe I spoke too soon? ☐I can't find the at will employee agreement in my task inbox in WD but i have a slew of I9s so it could be buried. What should I be looking for?
  1/28/2021, 1:26 PM
  - **Alex D'Amico AD**

    hi - it is going out now. there was a miscommunication last night to the team about timing. sorry
    1/28/2021, 2:05 PM
  - **Odette Lindheim OL**

    dont apologize to me! just want to make sure! ☐
    1/28/2021, 2:09 PM
  - **Chayanee Ubol CU**

    is it actually out now?
    1/28/2021, 4:13 PM
  - **Alex D'Amico AD**

    yes - they did CA first i think. Mine is in my workday in box
    1/28/2021, 6:54 PM
  - **Chayanee Ubol CU**

    Got it! thnk you.. it was super easy to sign ya'll!
    1/28/2021, 6:58 PM
    Got it! thnk you.. it was super easy to sign ya'll!
    1/28/2021, 6:58 PM
    ❤ 2

- **Kenna Meyerhoff (WU40T30H4)KM**

  since we cancelled our meeting for today i won't have a shameless plug opp ☐

  if you have anything to add to <https://docs.google.com/presentation/d/1uemllkUghjrWFibXU7as0g4tv2EHV6u3m6AP4-Qw5vY/edit#slide=id.gb8d1be34c7_0_114> please do by EOW! I am planning to share with my team tomorrow evening so they have it for Feb. feel free to tag anyone on your team to help input as well. Thanks!!!
  1/28/2021, 2:17 PM
  since we cancelled our meeting for today i won't have a shameless plug opp ☐

  if you have anything to add to <https://docs.google.com/presentation/d/1uemllkUghjrWFibXU7as0g4tv2EHV6u3m6AP4-Qw5vY/edit#slide=id.gb8d1be34c7_0_114> please do by EOW! I am planning to share with my team tomorrow evening so they have it for Feb. feel free to tag anyone on your team to help input as well. Thanks!!!
  1/28/2021, 2:17 PM

BMC0031292

2021 Cal Slides - EX (F01KVNRUS05)1/28/2021, 2:17 PM

- ○ Odette Lindheim OL

  queen of shameless plugs
  1/28/2021, 2:18 PM
- ○ Kenna Meyerhoff KM

  that should be my new title
  1/28/2021, 3:00 PM
  it used to be chief troublemaker
  1/28/2021, 3:01 PM

- Chayanee Ubol (W015QKKBFFS)CU

  friendssss i have moved cross function people related items to a New monday Workspace!<https://better-corp-team.monday.com/workspaces/421978>
  1/28/2021, 3:31 PM
  monday.com: Your team's growth made easy | Log In
  monday.com: Your team's growth made easy | Log In
  this includes a Comms Calendar - including whats on tap for this month and upcoming for next.
  1/28/2021, 3:31 PM
  ❤ 2

- Odette Lindheim (W012QDQJQPQ)OL

  new year new organizationnnnnn
  1/28/2021, 4:10 PM

- Odette Lindheim (W012QDQJQPQ)OL

  Who in legal can i talk to about this agreement? I am uncomfortable
  1/28/2021, 6:59 PM
  - ○ Alex D'Amico AD

    TOOSOON
    1/28/2021, 7:02 PM
  - ○ Odette Lindheim OL

    
    1/28/2021, 7:11 PM

- Odette Lindheim (W012QDQJQPQ)OL

  too soon??
  1/28/2021, 6:59 PM

- Kenna Meyerhoff (WU40T30H4)KM

  nope byeee
  1/28/2021, 7:01 PM

- Alex D'Amico (W014R4R4CGZ)AD

  getting a great engagement rate, with almost 700 employees already having completed the document! 
  1/28/2021, 7:02 PM

- Chayanee Ubol (W015QKKBFFS)CU

BMC0031293

Whoops was I supposed to read it?
1/28/2021, 7:02 PM
can someone in people give me the TLDR
1/28/2021, 7:02 PM

- ## Chayanee Ubol (W015QKKBFFS)CU

  Too soon?
  1/28/2021, 7:02 PM
  - ### Odette Lindheim OL

    @Kenna Meyerhoff
    1/28/2021, 7:02 PM

- ## Nathan Knight (W017GATEX0W)NK

  I gotta say...that DocuSign process. Smooooooooooooth. I love technology! (when it works)
  1/28/2021, 7:06 PM
  :butter: 3

- ## Chayanee Ubol (W015QKKBFFS)CU

  its even better than knowbe4
  1/28/2021, 7:06 PM

- ## Kenna Meyerhoff (WU40T30H4)KM

  i don't know anythign about this sorry
  1/28/2021, 7:49 PM
  can't give the TLDR
  1/28/2021, 7:49 PM
  ▯
  1/28/2021, 7:49 PM
  there are a bunch of trainings/compliance/handbook stuff that people need to do and my team is kinda confused since its all in emails
  [3:05 PM] was wondering if someone from the people team could compiled a single list  e.g.,
  • complete compliance training (Feb X)
  • Accept handbook by (Jan X)
  • etc.,
  fyi -- got this from someone. this is the exact thing we were worried about with legal/security launching their trainings. what are people's thoughts on sending a quick slack listing out all the action items required? even if it's not in "our lane"
  1/28/2021, 9:58 PM

- ## Odette Lindheim (W012QDQJQPQ)OL

  I am supportive - If we do, let's make it clear who owns what component. Perhaps it's as simple as just adding to each bullet like:
  • Complete **Compliance Training** by **DUE DATE** - please reach out to XYZ for questions
  1/28/2021, 10:02 PM
  ▯ 1

- ## Kenna Meyerhoff (WU40T30H4)KM

  also--- as a heads up since you all might here this. we got some feedback re: recent accesselite event and it containing microagressive language. we are working through how to approach and circle back to our employee population.

BMC0031294

1/28/2021, 10:03 PM

also--- as a heads up since you all might hear this. we got some feedback re: recent accesselite event and it containing microagressive language. we are working through how to approach and circle back to our employee population.

1/28/2021, 10:03 PM

- Chayanee Ubol (W015QKKBFFS)CU

i think we need to add a link to each one too
1/28/2021, 10:03 PM
or the website the xxx is using.
1/28/2021, 10:03 PM
☐ 1

- Kenna Meyerhoff (WU40T30H4)KM

DRAFT:

‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
• Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
• Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
• Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
• Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ

1/28/2021, 10:30 PM
DRAFT:

‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
• Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
• Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
• Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
• Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ

1/28/2021, 10:30 PM
DRAFT:

‼FYI‼Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
• Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
• Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
• Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
• Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ

1/28/2021, 10:31 PM
DRAFT:

BMC0031295

!FYI!!Lots of things hitting your inbox - here's a quick snapshot of action items needed from you!
- Acknowledge the **2021 Employee Handbook by 1/31**! This will be in your KnowB4 portal. Please reach out to at people-policies-discuss@better.com if any questions.
- Review and sign the **At-Will agreement by 2/26**! You will see this as an action item in Workday - you can reference this job aid for more details. Please reach out to people-policies-discuss@better.com if any questions.
- Complete your **annual Compliance Training by 2/26**! You can access this via BAI tile in your Okta browser plugin. Please reach out to compliance via this form if any questions. FAQ
- Complete your **2021 Security training by 3/7**! You can access this via KnowB4 tile in your Okta browser plugin. Please reach out to the security team at security@better.com with any questions. FAQ

1/28/2021, 10:31 PM
Security Awareness Training (F0172EFHNMP)1/28/2021, 10:30 PM
At-Will Agreement.docx (F01LF5CRGSG)1/28/2021, 10:30 PM
am i missing anything?
1/28/2021, 10:31 PM

- Odette Lindheim (W012QDQJQPQ)OL

  this looks great to me! nothing missing from my pov?
  1/28/2021, 10:35 PM

- Kenna Meyerhoff (WU40T30H4)KM

  thanks!!
  1/28/2021, 10:45 PM
  going to send now -- if anyone has anything to add or adjustments lmk
  1/28/2021, 10:46 PM

- Chayanee Ubol (W015QKKBFFS)CU

  this is GREAT
  1/28/2021, 11:21 PM

- Nathan Knight (W017GATEX0W)NK

  I love a "TLDR but like please do stuff" note
  1/28/2021, 11:24 PM

BMC0031296

EXHIBIT 94

PLACEHOLDER
DOCUMENT –
UNREDACTED
VERSION FILED
CONDITIONALLY
UNDER SEAL

# EXHIBIT 95

REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

Personal messages Odette Lindheim and Sabrina Loiacono - 2020-10-20 (UTC)

Private 10/20/2020, 12:58 PM
Odette Lindheim and Sabrina Loiacono

- **Sabrina Loiacono (WTRL35F8R)SL**

  im pulling in who's completed now
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  waittt
  10/20/2020, 12:58 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i see you're in that doc haha
  10/20/2020, 12:58 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  i think Chay is tracking it?
  10/20/2020, 12:58 PM
  we should use what she set up
  10/20/2020, 12:59 PM
  yes i am in lol
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  i thought she asked us to do it
  10/20/2020, 12:59 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  she did but she started last night
  10/20/2020, 12:59 PM
  i am unsure of her method
  10/20/2020, 12:59 PM
  so trying to dissect it
  10/20/2020, 12:59 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  ok well this isnt taking me that long bc im just vlookup in
  10/20/2020, 1:00 PM
  idk how much i trust her method haaha
  10/20/2020, 1:00 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  ok you do you girl
  10/20/2020, 1:00 PM
  where are you doing this
  10/20/2020, 1:00 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  <https://docs.google.com/spreadsheets/d/1SOIF97HzX3rokClmuqIjEkfsrjfqJvmy8c0MGgp0SzI/edit?ts=5f8de95f#gid=938932584>
  10/20/2020, 1:00 PM
  UW Mail Merger & Tracking (F01CV6FJABF)10/20/2020, 1:00 PM
  ok im done
  10/20/2020, 1:02 PM
  you can send her this if you want
  10/20/2020, 1:04 PM
  oh just saw your email
  10/20/2020, 1:06 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  right - she has sep tabs for tracking
  10/20/2020, 1:07 PM
  i gotta look into it
  10/20/2020, 1:07 PM
  in a sec
  10/20/2020, 1:07 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  whatever works
  10/20/2020, 1:07 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  may need ur help sending 8 more release agreements
  10/20/2020, 2:02 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

  no
  10/20/2020, 2:02 PM
  jk
  10/20/2020, 2:02 PM
  yes thats fine
  10/20/2020, 2:02 PM

Confidential

do you know if she wants 1-2 people from IT and security combined
10/20/2020, 3:56 PM
or from ach
10/20/2020, 3:56 PM
each*
10/20/2020, 3:56 PM

- Odette Lindheim (W012QDQJQPQ)OL

1 from each is prob fine given they are small
10/20/2020, 3:56 PM

- Sabrina Loiacono (WTRL35F8R)SL

kk
10/20/2020, 3:56 PM

- Odette Lindheim (W012QDQJQPQ)OL

can we spend 5 mins during our time sending the 8 additional release agreements
10/20/2020, 3:57 PM

- Sabrina Loiacono (WTRL35F8R)SL

haha yes
10/20/2020, 3:57 PM
is there a spreadsheet im filling out for champions
10/20/2020, 4:06 PM

- Odette Lindheim (W012QDQJQPQ)OL

nope
10/20/2020, 4:12 PM
we should just compile names
10/20/2020, 4:12 PM
and send to amodei
10/20/2020, 4:12 PM
so maybe we can create one
10/20/2020, 4:12 PM

- Sabrina Loiacono (WTRL35F8R)SL

on it
10/20/2020, 4:12 PM

5:16 PM
image.png (F01D57KDEA0)10/20/2020, 5:16 PM
Also- agree w. you on not hosting the office hours, looking through the google docs you put together for underwriters i think that huddle answers the questions she was looking to answer for them
"basically- wtf am i signing"
10/20/2020, 5:25 PM
☐☐ 1

- Odette Lindheim (W012QDQJQPQ)OL

one sec on email
10/20/2020, 5:29 PM
👍 1
- Sabrina Loiacono (WTRL35F8R)SL

take yo time
10/20/2020, 5:29 PM
- Odette Lindheim (W012QDQJQPQ)OL

looks good to me
10/20/2020, 5:38 PM
- Sabrina Loiacono (WTRL35F8R)SL

thanks!
10/20/2020, 5:40 PM
BTW
10/20/2020, 5:40 PM
that screenshot came straight from HR
10/20/2020, 5:40 PM

## Reader's Digest Version - Guidelines

- All regular, full-time employees are eligible to use flexible PTO after the completion of a **90 day probationary period**.
- Requests should be submitted at least **two weeks prior** to desired dates
- Employees are also required to update their calendar with their PTO, update their email with an out of office message and alternative point(s) of contact, and update their Slack with a similar out of office message.

- In the case of emergency or unplanned PTO, employees should notify their manager as soon as practicable and follow any applicable department procedures.
- Should an employee be absent for **three or more days**, a doctor's note may be required to submit to their direct manager upon their return to work.

*For additional information, visit the Guidelines linked above!*

better                                                                Proprietary and confidential   2/3

10/20/2020,
5:40 PM
image.png (F01CZ4SALAW)10/20/2020, 5:40 PM
sending to you so you have for your own knowledge
10/20/2020, 5:40 PM
- Odette Lindheim (W012QDQJQPQ)OL

oh lolol
10/20/2020, 5:43 PM
- Sabrina Loiacono (WTRL35F8R)SL

OMG MATT MARON used to work for trump
10/20/2020, 5:43 PM
LOL
10/20/2020, 5:43 PM
thats what it was
10/20/2020, 5:43 PM
i knew i knew something
10/20/2020, 5:43 PM
- Odette Lindheim (W012QDQJQPQ)OL

omg wtf
10/20/2020, 5:44 PM
- Sabrina Loiacono (WTRL35F8R)SL

yeah
10/20/2020, 5:45 PM
so crazy
10/20/2020, 5:45 PM
- Odette Lindheim (W012QDQJQPQ)OL

can i bribe you
10/20/2020, 6:58 PM
to do another pull on numbers for the docusigns

10/20/2020, 6:58 PM
- Sabrina Loiacono (WTRL35F8R)SL

depends what are you bribing me w
10/20/2020, 6:59 PM
- Odette Lindheim (W012QDQJQPQ)OL

love and attention
10/20/2020, 6:59 PM
- Sabrina Loiacono (WTRL35F8R)SL

ok fair- you lacked that during this comp cycle
10/20/2020, 6:59 PM
can you send me the doc i was using again lol
10/20/2020, 7:01 PM
nvmd got it
10/20/2020, 7:02 PM
- Odette Lindheim (W012QDQJQPQ)OL

❤
10/20/2020, 7:08 PM
- Sabrina Loiacono (WTRL35F8R)SL

kk sohuld be all done
10/20/2020, 7:09 PM
- Odette Lindheim (W012QDQJQPQ)OL

heavenly
10/20/2020, 7:14 PM
thank you ❤
10/20/2020, 7:14 PM
- Sabrina Loiacono (WTRL35F8R)SL

welcome 🙂
10/20/2020, 7:14 PM
- Odette Lindheim (W012QDQJQPQ)OL

question
10/20/2020, 7:18 PM
when you are tracking employee agreement
10/20/2020, 7:18 PM
are you doing old or new CA or both
10/20/2020, 7:18 PM
- Sabrina Loiacono (WTRL35F8R)SL

ugh
10/20/2020, 7:19 PM
so
10/20/2020, 7:19 PM
i meant to do this
10/20/2020, 7:19 PM
and forgot yesterday in the moment
10/20/2020, 7:19 PM
to change the names
10/20/2020, 7:19 PM
so unless their name shows up twice i cant really tell
10/20/2020, 7:20 PM
- Odette Lindheim (W012QDQJQPQ)OL

no i think the names are diff!!
10/20/2020, 7:20 PM
or maybe not actually
10/20/2020, 7:20 PM
its ok!
10/20/2020, 7:20 PM
its one small change
10/20/2020, 7:20 PM
so we have no way of knowing except for timestamp maybe?
10/20/2020, 7:20 PM
- Sabrina Loiacono (WTRL35F8R)SL

i mean i can def figure it out if needed
10/20/2020, 7:21 PM
but itll tkae me some work
10/20/2020, 7:21 PM
so if you need it lmk and ill do it
10/20/2020, 7:21 PM
- Odette Lindheim (W012QDQJQPQ)OL

i dont think it's a today prob
10/20/2020, 7:21 PM
- Sabrina Loiacono (WTRL35F8R)SL

ok- you tell me!
10/20/2020, 7:21 PM

BMC0037931

- **Odette Lindheim (W012QDQJQPQ)OL**

hold on it for now
10/20/2020, 7:21 PM
doesnt seem value add
10/20/2020, 7:21 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

kk
10/20/2020, 7:21 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

can you send me Shivangi khanna's perf review pls?
10/20/2020, 9:05 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

yup
10/20/2020, 9:11 PM
shivangi-khanna.pdf (F01DPG870LQ)10/20/2020, 9:11 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

danke
10/20/2020, 9:29 PM
may be helpful: <https://justworks.com/blog/understand-differences-exempt-non-exempt-employees>
10/20/2020, 10:29 PM
☐ 1
pretty basic stuff but came across it when i was looking for something specific
10/20/2020, 10:29 PM
btw no update on timing - alex wants to pause on it until after comp so i think for purposes of rose we can say that the huddles may not happen until mid-november. trying to get more info on my 10 am tomorrow
10/20/2020, 10:30 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

ok! yeah if you can get more info that would be great
10/20/2020, 10:31 PM
i havent heard back from matt yet either
10/20/2020, 10:31 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

yeah bc he prob has no idea next steps
10/20/2020, 10:31 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

tru
10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

so fed up with them right now lol
10/20/2020, 10:32 PM
they made a mistake on the retention agreement
10/20/2020, 10:32 PM
wrote April 31
10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

stawp
10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

WHICH DOESNT EXIST AS A DATE
10/20/2020, 10:32 PM
i dont think we have to do anything
10/20/2020, 10:32 PM
but like omg.
10/20/2020, 10:32 PM

- **Sabrina Loiacono (WTRL35F8R)SL**

big yikes
10/20/2020, 10:32 PM
how was that not caught
10/20/2020, 10:32 PM
and who pointed that out lol
10/20/2020, 10:32 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

an UW pointed it out
10/20/2020, 10:34 PM
and no idea
10/20/2020, 10:34 PM
bc legal is not right in the head lol
10/20/2020, 10:34 PM
btw did we ever re-sign with docusign
10/20/2020, 10:41 PM
is that all good?
10/20/2020, 10:41 PM

BMC0037932

- Sabrina Loiacono (WTRL35F8R)SL

  lol jesus
  10/20/2020, 10:41 PM
  i think so
  10/20/2020, 10:41 PM
  since weve been using it haha
  10/20/2020, 10:42 PM

- Odette Lindheim (W012QDQJQPQ)OL

  lolllllllll
  10/20/2020, 10:42 PM
  ok
  10/20/2020, 10:42 PM

- Sabrina Loiacono (WTRL35F8R)SL

  made these tonight
  10/20/2020, 11:07 PM
  <https://rachaelsgoodeats.com/copycat-reeses-peanut-butter-cups-healthy-version/>
  10/20/2020, 11:07 PM
  Copycat Reese's Peanut Butter Cups (Healthy Version!) - Rachael's Good Eats
  Earlier this year over Easter I created a copycat recipe for my favorite childhood treat... Reese's Peanut Butter Eggs. I always wondered why they only came out only once a year. Just, why?! Obviously that needed to change so I gathered healthier substitutions (and much fewer ingredients to be honest) than the "junk-filled" recipe called ... Read More about Copycat Reese's Peanut Butter Cups (Healthy Version!)
  v good
  10/20/2020, 11:07 PM

- Odette Lindheim (W012QDQJQPQ)OL

  Omg delivery me one
  10/20/2020, 11:07 PM

- Sabrina Loiacono (WTRL35F8R)SL

  so yummy
  10/20/2020, 11:10 PM

Confidential

EXHIBIT 96

REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

# Personal messages Odette Lindheim and Taylor Ednie - 2020-10-16 (UTC)

Private 10/16/2020, 1:39 AM
Odette Lindheim and Taylor Ednie

- **Odette Lindheim (W012QDQJQPQ)OL**

  anything i can help with?
  10/16/2020, 1:39 AM

- **Taylor Ednie (W0154CXGGQ4)TE**

  hi
  10/16/2020, 2:05 AM
  omg
  10/16/2020, 2:05 AM
  what a nightmare tonight was
  10/16/2020, 2:05 AM

- **Odette Lindheim (W012QDQJQPQ)OL**

  Omg what
  10/16/2020, 2:07 AM
  Why!
  10/16/2020, 2:07 AM

- **Taylor Ednie (W0154CXGGQ4)TE**

  Exec comp
  10/16/2020, 2:11 AM
  Explosion
  10/16/2020, 2:11 AM
  I have basically none of the employee model reconciled
  10/16/2020, 2:11 AM

- **Odette Lindheim (W012QDQJQPQ)OL**

  That's ok we'll get thru it together
  10/16/2020, 11:25 AM
  So annoyed at exec Comp why can't they wait until we're done?! Who decided to do at same Rome
  10/16/2020, 11:25 AM
  Time *
  10/16/2020, 11:25 AM
  omg
  10/16/2020, 2:53 PM
  legit just spent 2 hrs on with lawyers
  10/16/2020, 2:54 PM
  we scheduled 30
  10/16/2020, 2:54 PM
  i missed 3 mtngs lol
  10/16/2020, 2:54 PM

- **Taylor Ednie (W0154CXGGQ4)TE**

BMC0037938

that in the hell
10/16/2020, 2:54 PM
what happened
10/16/2020, 2:54 PM

- Odette Lindheim (W012QDQJQPQ)OL

we have to like go fwd with these retention and release agreements
10/16/2020, 2:56 PM
its wild
10/16/2020, 2:56 PM
but for comp - we are moving fwd as if nothing happened
10/16/2020, 2:56 PM
wit bonuses and raises
10/16/2020, 2:56 PM
for UW and IT
10/16/2020, 2:56 PM

- Taylor Ednie (W0154CXGGQ4)TE

ok thats a good resolution
10/16/2020, 2:57 PM

- Odette Lindheim (W012QDQJQPQ)OL

thank you for handling eng
10/16/2020, 3:13 PM

- Taylor Ednie (W0154CXGGQ4)TE

yep np
10/16/2020, 3:15 PM
so what is the plan for IT now
10/16/2020, 4:44 PM

- Odette Lindheim (W012QDQJQPQ)OL

10/16/2020, 4:45 PM

- Taylor Ednie (W0154CXGGQ4)TE

10/16/2020, 4:45 PM

- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL


- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE


- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL


- Taylor Ednie (W0154CXGGQ4)TE

BMC0037940

- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

  ok
  10/16/2020, 4:49 PM
- Odette Lindheim (W012QDQJQPQ)OL

- Taylor Ednie (W0154CXGGQ4)TE

- Odette Lindheim (W012QDQJQPQ)OL

BMC0037941

- Taylor Ednie (W0154CXGGQ4)TE

  no thats fine then
  10/16/2020, 5:17 PM

- Odette Lindheim (W012QDQJQPQ)OL

  ok cool
  10/16/2020, 5:17 PM
  done.
  10/16/2020, 5:17 PM
  its all going to change anyways
  10/16/2020, 5:17 PM

- Taylor Ednie (W0154CXGGQ4)TE

  ok
  10/16/2020, 5:24 PM
  thx
  10/16/2020, 5:24 PM

- Odette Lindheim (W012QDQJQPQ)OL

  youre an angel
  10/16/2020, 5:25 PM
  thank you 🙏
  10/16/2020, 5:25 PM

- Taylor Ednie (W0154CXGGQ4)TE

  how are you doing
  10/16/2020, 5:29 PM

- Odette Lindheim (W012QDQJQPQ)OL

  ive been better
  10/16/2020, 5:30 PM
  butim ok
  10/16/2020, 5:30 PM
  better than chay is poor girl
  10/16/2020, 5:30 PM

- Taylor Ednie (W0154CXGGQ4)TE

  yeah shes not doing well
  10/16/2020, 5:30 PM

- Odette Lindheim (W012QDQJQPQ)OL

  im trying to help but like she won tlet me
  10/16/2020, 5:30 PM

BMC0037942

- Taylor Ednie (W0154CXGGQ4)TE

  yeah i think she just needed to vent
  10/16/2020, 5:31 PM

- Odette Lindheim (W012QDQJQPQ)OL

  good luck at 3 pm
  10/16/2020, 5:36 PM

- Taylor Ednie (W0154CXGGQ4)TE

  thanks friend

  10/16/2020, 6:06 PM
  also dont worry about final sign off materials
  10/16/2020, 6:06 PM
  I will take care of that
  10/16/2020, 6:06 PM

- Odette Lindheim (W012QDQJQPQ)OL

  Thank you
  10/16/2020, 6:50 PM
  Waiting now.
  10/16/2020, 6:50 PM
  I can help !
  10/16/2020, 6:50 PM

- Taylor Ednie (W0154CXGGQ4)TE

  No i know you have a ton of legal
  10/16/2020, 6:50 PM

- Odette Lindheim (W012QDQJQPQ)OL

  How did it go
  10/16/2020, 8:06 PM
  On my way home now. Should be back for design
  10/16/2020, 8:25 PM

- Taylor Ednie (W0154CXGGQ4)TE

  Ok cool
  10/16/2020, 8:53 PM
  It went surprisingly well
  10/16/2020, 8:53 PM

- Odette Lindheim (W012QDQJQPQ)OL

  Traffic
  10/16/2020, 8:53 PM

- Taylor Ednie (W0154CXGGQ4)TE

  We should connect later

10/16/2020, 8:53 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  Losing it
  10/16/2020, 8:54 PM
  Yes
  10/16/2020, 8:54 PM
  I'll call you when home
  10/16/2020, 8:54 PM
  I may be late to design or dial in
  10/16/2020, 8:54 PM

- **Taylor Ednie (W0154CXGGQ4)TE**

  ok cool
  10/16/2020, 8:55 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  did that give u what you need
  10/16/2020, 9:23 PM
  sorry i was late
  10/16/2020, 9:23 PM
  also want to chat at 6 pm
  10/16/2020, 9:23 PM
  hit em with the passive aggressive smiley, i love it.
  10/16/2020, 9:24 PM

- **Taylor Ednie (W0154CXGGQ4)TE**

  yes it did that was helpful
  10/16/2020, 9:25 PM
  yeah lets chat at 6
  10/16/2020, 9:25 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  ok cool
  10/16/2020, 9:25 PM

- **Taylor Ednie (W0154CXGGQ4)TE**

  want to call my cell then?
  10/16/2020, 9:26 PM
  im gonna take a break for a few mins
  10/16/2020, 9:26 PM

- **Odette Lindheim (W012QDQJQPQ)OL**

  yes
  10/16/2020, 9:26 PM
  i have mtng at 530
  10/16/2020, 9:26 PM
  ill call u after
  10/16/2020, 9:26 PM
  what about 'we dont have a strike' dont you get CD lol
  10/16/2020, 9:27 PM

BMC0037944

- Taylor Ednie (W0154CXGGQ4)TE

  THESE FINANCE PEOPLE
  10/16/2020, 9:28 PM
  have the least financial knowledge
  10/16/2020, 9:28 PM

- Odette Lindheim (W012QDQJQPQ)OL

  lololol
  10/16/2020, 9:28 PM
  is that true on vesting lol
  10/16/2020, 9:35 PM

- Taylor Ednie (W0154CXGGQ4)TE

  yes
  10/16/2020, 9:35 PM

- Odette Lindheim (W012QDQJQPQ)OL

  ok phew
  10/16/2020, 9:35 PM

- Taylor Ednie (W0154CXGGQ4)TE

  lol i wouldnt promise it
  10/16/2020, 9:35 PM
  but yeah we have always done that
  10/16/2020, 9:35 PM

BMC0037945

# EXHIBIT 97

# REDACTED VERSION – UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL

Personal messages Alex D'Amico and Elana Knoller - 2020-11-11 (UTC)

Private 11/11/2020, 12:00 AM
Alex D'Amico and Elana Knoller

- Elana Knoller (WU3LFHFRV)EK

  I just feel like I won't say anything right
  11/11/2020, 12:00 AM
- Alex D'Amico (W014R4R4CGZ)AD

  great- and I really like the mention of what's going on in your culture and how you relate.
  11/11/2020, 12:00 AM
  ❤ 1
- Elana Knoller (WU3LFHFRV)EK

  The ppl speaking are such amazing speakers
  11/11/2020, 12:00 AM
- Alex D'Amico (W014R4R4CGZ)AD

  yes - the submission was a good idea.
  11/11/2020, 12:04 AM
  - Elana Knoller EK

    Yes
    11/11/2020, 12:05 AM
- Elana Knoller (WU3LFHFRV)EK

  This one isn't as good
  11/11/2020, 12:05 AM
  Jenny
  11/11/2020, 12:05 AM
- Alex D'Amico (W014R4R4CGZ)AD

  kevin knows about lawsuit and FLSA bc i went to him about the underwriter arbitration and rentention bonuses
  11/11/2020, 12:05 AM
- Elana Knoller (WU3LFHFRV)EK

  Great
  11/11/2020, 12:05 AM
  Thanks
  11/11/2020, 12:05 AM
- Alex D'Amico (W014R4R4CGZ)AD

  where is this going lol
  11/11/2020, 12:08 AM
- Alex D'Amico (W014R4R4CGZ)AD

  note for future: help allyship speakers
  11/11/2020, 12:08 AM
  - Elana Knoller EK

    Haha yeah
    11/11/2020, 12:12 AM
    How bad is this from like awkward to a problem?
    11/11/2020, 12:12 AM
  - Alex D'Amico AD

    like 10%
    11/11/2020, 12:12 AM
    ppl like her statements and see her intent
    11/11/2020, 12:12 AM
  - Elana Knoller EK

    Everyone can tell she's nervous and trying j
    11/11/2020, 12:12 AM
    Yeah exactly
    11/11/2020, 12:12 AM
  - Alex D'Amico AD

    yup exactly
    11/11/2020, 12:13 AM
    i have to drop I promised to eat w. my family 14 minutes ago
    11/11/2020, 12:13 AM
  - Elana Knoller EK

    I spoke to Paula for like 30 min to prep for this
    11/11/2020, 12:13 AM
  - Alex D'Amico AD

    let me know how it ends - awwesome@
    11/11/2020, 12:13 AM
  - Elana Knoller EK

BMC0031238

Go go go
11/11/2020, 12:13 AM

- Elana Knoller (WU3LFHFRV)EK

FYI once they cut Jenny off which was going south it got better w the last speaker
11/11/2020, 2:40 AM

- Alex D'Amico (W014R4R4CGZ)AD

well that's good
11/11/2020, 2:40 AM

- Elana Knoller (WU3LFHFRV)EK

I left at 730 so not sure what happened after that
11/11/2020, 2:40 AM
General channel needs to be gone by Friday
11/11/2020, 3:28 PM
Imo
11/11/2020, 3:28 PM

- Alex D'Amico (W014R4R4CGZ)AD

morning - thanks for the feedback - i an't commit t that deadline, but am actively working on it
11/11/2020, 4:09 PM

- Alex D'Amico (W014R4R4CGZ)AD

is this bc of article?
11/11/2020, 4:10 PM

  - Elana Knoller EK

    Yes
    11/11/2020, 5:15 PM

- Alex D'Amico (W014R4R4CGZ)AD

expect your relo letter by Fri
11/11/2020, 4:36 PM

- Elana Knoller (WU3LFHFRV)EK

What's this
11/11/2020, 8:51 PM

BMC0031239



BMC0031240

8:51 PM
Image from iOS (F01EJL763D0)11/11/2020, 8:51 PM

- Alex D'Amico (W014R4R4CGZ)AD

**Requesting PTO**
After the end of your 90 day probationary period, all regular, full-time employees of Better.com are granted flexible personal time off ("Flexible PTO").

**Requests for PTO should be submitted to your manager at least two weeks prior** to the desired dates and you should follow department procedures. All requests may be denied or adjusted based on performance and/or the impact of the PTO to the business. Requests submitted less than two weeks prior may not be approved.
In the case of emergency or unplanned PTO, notify your manager as soon as possible and follow any applicable department procedures. Unplanned PTO may be approved during your 90 day probationary period based on department discretion.
Certain studies have shown that there may be a reluctance on behalf of employees to actually use Flexible PTO – some employees may not be sure what "flexible" means. To encourage eligible employees to take this time off, **all regular, full-time employees are required to enter their Flexible PTO requests in Paylocity.**
Employees are also required to update their calendar with their PTO, update their email with an out of office message and alternative point(s) of contact, and update their Slack with a similar out of office message. Employees may also need to update their department calendar, depending on department procedures.
Any time off request that is longer than two consecutive weeks will need to follow a separate process and be brought to the Employee Experience team to determine if it qualifies as a leave of absence. Time off not eligible for a leave of absence but longer than two consecutive weeks may be approved based on department discretion in collaboration with the Employee Experience team.
11/11/2020, 8:59 PM

- Elana Knoller (WU3LFHFRV)EK

No time off for Christmas?
11/11/2020, 9:00 PM
Thanksgiving?
11/11/2020, 9:00 PM
Holidays?
11/11/2020, 9:00 PM
For first 90 days?
11/11/2020, 9:00 PM
I'm redacting that for PDE
11/11/2020, 9:00 PM

- Alex D'Amico (W014R4R4CGZ)AD

company closed days: Managers have discretion to approve
**Thanksgiving Week**
• Thursday 11/25 - Closed (Better Holiday)
• Friday 11/26 - Closed (Better Holiday)
**Christmas Week**
• Thursday 12/24 - Office Closed (Essential OK if needed)
• Friday 12/25 - Closed (Better Holiday)
• Monday 12/28 – Thursday 12/31 - NYC Skeleton, CLT/IRV/OAK Closed (Essential OK if needed)
• Friday 1/1 - Closed (Better Holiday)
11/11/2020, 9:02 PM

- Elana Knoller (WU3LFHFRV)EK

The time around the holidays
11/11/2020, 9:15 PM

- Alex D'Amico (W014R4R4CGZ)AD

your managers can always use their discretion
11/11/2020, 9:25 PM

- Elana Knoller (WU3LFHFRV)EK

Ok it left a bad taste in people's mouths fyi
11/11/2020, 9:51 PM

- Alex D'Amico (W014R4R4CGZ)AD


- Elana Knoller (WU3LFHFRV)EK


- Alex D'Amico (W014R4R4CGZ)AD


- Elana Knoller (WU3LFHFRV)EK


- Alex D'Amico (W014R4R4CGZ)AD

on it
11/11/2020, 10:05 PM

- Elana Knoller (WU3LFHFRV)EK

Ppl keep not including her
11/11/2020, 10:05 PM

- Alex D'Amico (W014R4R4CGZ)AD


- Elana Knoller (WU3LFHFRV)EK

BMC0031241

Thankssss
11/11/2020, 10:07 PM
- Alex D'Amico (W014R4R4CGZ)AD


- Elana Knoller (WU3LFHFRV)EK

  I was told she didn't
  11/11/2020, 11:56 PM
  I was wrong
  11/11/2020, 11:57 PM
- Alex D'Amico (W014R4R4CGZ)AD

  she does, glad you flagged it
  11/11/2020, 11:57 PM
- Elana Knoller (WU3LFHFRV)EK


- Alex D'Amico (W014R4R4CGZ)AD

  yes
  11/11/2020, 11:57 PM

BMC0031242