Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Jason Christopher Marsili (CA SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite I 800
Los Angeles, CA  90010-2622
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

*Attorneys for Plaintiff and Others Similarly Situated*
*Additional Counsel Listed on Following Page*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorenzo Dominguez, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Better Mortgage Corporation,<br><br>Defendant. | **Case No. 8:20-cv-01784-JLS-KES**<br><br>**Declaration of Daniel S. Brome** |

C. Andrew Head (admitted *pro hac vice*)
ahead@headlawfirm.com
Bethany Hilbert (admitted *pro hac vice*)
bhilbert@headlawfirm.com
HEAD LAW FIRM, LLC
730 Peachtree St NE, Suite 600
Atlanta, GA 30308 (virtual office)
4422 N. Ravenswood Ave.
Chicago, IL 60640 (resident office)
Telephone: (404) 924-4151
Facsimile: (404) 796-7338

DECLARATION OF DANIEL S. BROME

1. I, Daniel S. Brome, am over the age of eighteen and competent to testify to the matters set forth in this declaration. I make this declaration based on my own personal knowledge.

2. I am counsel of record for Plaintiff in the above-styled civil action.

3. Our firm's website, and the portion of the website concerning this case, has changed over time. As of October 23, 2020, the link to the pdf complaint was removed from the case page. Our website is generally archived once per month. According to the archived version of the website dated October 26, 2020, there was no link to the complaint on that date. Nor was there a link to the complaint on any of the archived versions of the website captured from that date through November 29, 2021. As of the capture dated December 27, 2021 (and since), the website has included a link to the complaint.

4. I reviewed the documents produced by Defendant in this case, including the signed Employment Agreements. According to my review, Defendant produced approximately 126 Employment Agreements that were created after November 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed:   March 11, 2022           /s/ Daniel S. Brome_____
                                      Daniel S. Brome