UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:20-cv-01784-JLS-KES                                              Date: May 17, 2022
Title:  Lorenzo Dominguez v. Better Mortgage Corporation

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                       Not Present

**PROCEEDINGS:**   (IN CHAMBERS)  ORDER DENYING (1) MOTION TO DENY CLASS CERTIFICATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 23 (Doc. 53) AND (2) MOTION TO DENY CONDITIONAL CERTIFICATION UNDER FAIR LABOR STANDARDS ACT (Doc. 54)

     Before the Court is a Motion to Deny Class Certification Under Federal Rule of Civil Procedure 23 (Doc. 53) and a Motion to Deny Conditional Certification Under Fair Labor Standards Act (Doc. 54) filed by Defendant Better Mortgage Corporation.  (Mot., Doc. XX.)  Plaintiff opposed, and Defendant replied.  (Opps., Docs. 64-65; Replies, Docs. 72-73.)  Having considered the parties briefs and held oral argument, the Court now DENIES the Motions.  Defendant seeks to deny class certification under Federal Rule of Civil Procedure 23 and conditional certification under the Fair Labor Standards Act on the basis that most members of the putative class agreed to an Employment Agreement (containing an Arbitration Agreement) and signed a Release Agreement.  (*See* Docs. 53-54.)  However, as the Court invalidated the Employment Agreement and the Release Agreement as to certain putative class members, the Motions are **DENIED**.

     Initials of Deputy Clerk:  droj