**FILED**

**FEB 17 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>         Plaintiff-Appellee,<br><br>  v.<br><br>BETTER MORTGAGE CORPORATION,<br><br>         Defendant-Appellant. | No.   22-55731<br><br>D.C. No. 8:20-cv-01784-JLS-KES<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee filed a notice of intent to file publicly the answering brief and the supplemental excerpts of record (Docket Entry No. 17). *See* 9th Cir. R. 27-13(f). Appellant's unopposed motion (Docket Entry No. 22) to seal the unredacted answering brief and the supplemental excerpts of record is granted. The Clerk will unseal the notice (Docket Entry No. 17-1) and file publicly the motion to seal (Docket Entry No. 22-1). The Clerk will file under seal the Howard Declaration in support of the motion to seal (Docket Entry No. 22-2), the unredacted answering brief (Docket Entry No. 17-2), and the supplemental excerpts of record (Docket Entry No. 17-3).

Within 21 days of this order, appellee must submit for public filing redacted versions of the answering brief and supplemental excerpts of record that track the

MKS/MOATT

proposed redactions in the motion to seal and Exhibit A to the Howard Declaration. The page numbering and citations in the public brief and volume must remain the same as in the sealed brief and volume.

 The existing briefing schedule remains in effect.