MARIE BURKE KENNY (Bar No. 183640)
Marie.kenny@procopio.com
VIRGINIA L. MILLER (Bar No. 211124)
Gina.miller@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
200 Spectrum Center Dr., Suite 520
Irvine, CA 92618
Telephone:  +1 949 247 7300
Facsimile:   +1 619 744 5436

Attorneys for Defendant BETTER MORTGAGE
CORPORATION

MATTHEW C. HELLAND (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs

*Additional Counsel Listed on Following Page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>          Plaintiff,<br><br>   v.<br><br>BETTER MORTGAGE CORPORATION,<br><br>          Defendant. | Case No. 8:20-cv-01784-MRA-KES<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DEADLINES**<br><br>Complaint Filed:  September 18, 2020<br>Trial Date:  None |

1

JOINT NOTICE OF SETTLEMENT & STIP TO VACATE ALL PENDING DEADLINES

Jason Christopher Marsili (CA SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite I 800
Los Angeles, CA 90010-2622
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

C. Andrew Head (admitted pro hac vice)
ahead@headlawfirm.com
Bethany Hilbert (admitted pro hac vice)
bhilbert@headlawfirm.com
HEAD LAW FIRM, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Telephone: (404) 924-4151
Facsimile: (404) 796-7338

Attorneys for Plaintiffs

JOINT NOTICE OF SETTLEMENT & STIP TO VACATE ALL PENDING DEADLINES

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public, and Defendant BETTER MORTGAGE CORPORATION, by and through their respective counsel (the "Parties"), have agreed to settle this action as to all Plaintiffs remaining in the case after the Court's Order [ECF 232].

The Parties therefore respectfully request that the Court vacate all pending deadlines and hearing dates in light of the impending Settlement, a long-form version of which they expect to execute in the coming weeks. Plaintiff intends to file a motion for approval of the collective action and PAGA settlement by May 1, 2026.

**IT IS SO STIPULATED.**

Dated:  March 23, 2026

PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP

By:  _/s/ Virginia L. Miller_
Virginia L. Miller

Attorneys for Defendant BETTER
MORTGAGE CORPORATION

Dated:  March 23, 2026

HEAD LAW FIRM, LLC
NICHOLS KASTER, LLP
ROSEN MARSILI RAPP LLP

By:  _/s/ C. Andrew Head_
C. Andrew Head

Attorneys for Plaintiffs

JOINT NOTICE OF SETTLEMENT & STIP TO VACATE ALL PENDING DEADLINES

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP

Dated: March 23, 2026                    By:    */s/Virginia L. Miller*
                                                  Virginia L. Miller

---

JOINT NOTICE OF SETTLEMENT & STIP TO VACATE ALL PENDING DEADLINES