MARIE BURKE KENNY (Bar No. 183640)
Marie.kenny@procopio.com
VIRGINIA L. MILLER (Bar No. 211124)
Gina.miller@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
200 Spectrum Center Dr., Suite 520
Irvine, CA 92618
Telephone:  +1 949 247 7300
Facsimile:   +1 619 744 5436

Attorneys for Defendant BETTER MORTGAGE
CORPORATION

MATTHEW C. HELLAND (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs

*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                    Plaintiff,<br><br>        v.<br><br>BETTER MORTGAGE CORPORATION,<br><br>                    Defendant. | Case No. 8:20-cv-01784-MRA-KES<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL**<br><br><br>Complaint Filed:  September 18, 2020<br>Trial Date:  None |

1

JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR
PRELIMINARY APPROVAL

Jason Christopher Marsili (CA SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite I 800
Los Angeles, CA 90010-2622
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

C. Andrew Head (admitted pro hac vice)
ahead@headlawfirm.com
Bethany Hilbert (admitted pro hac vice)
bhilbert@headlawfirm.com
HEAD LAW FIRM, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Telephone: (404) 924-4151
Facsimile: (404) 796-7338

Attorneys for Plaintiffs

2

JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR
PRELIMINARY APPROVAL

The Parties to the above-captioned matter, through their undersigned counsel or record, HEREBY STIPULATE AND AGREE, as follows:

WHEREAS Plaintiff LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public, and Defendant BETTER MORTGAGE CORPORATION, by and through their respective counsel (the "Parties"), have agreed to settle this action as to all Plaintiffs remaining in the case after the Court's Order [ECF 232].

WHEREAS the Parties originally stipulated that a motion for approval of the collective action and PAGA settlement would be filed by May 1, 2026 [ECF 237]. Based on the Parties' stipulation the Court ordered that a motion for approval be filed by May 1, 2026 [ECF 238].

WHEREAS despite diligently working together on a long form settlement agreement the Parties need additional time to finalize the long form settlement agreement and prepare and file the Motion for Preliminary Approval.

WHEREAS the Parties jointly and respectfully request that the Court vacate the May 1 deadline and set June 1, 2026 as the new deadline for the Parties to file the Motion for Preliminary Approval.

**IT IS SO STIPULATED.**

Dated:  May 1, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By:   */s/ Virginia L. Miller*
Virginia L. Miller

Attorneys for Defendant BETTER MORTGAGE CORPORATION

3

JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL

Dated:  May 1, 2026

HEAD LAW FIRM, LLC
NICHOLS KASTER, LLP
ROSEN MARSILI RAPP LLP


By:   /s/ C. Andrew Head
        C. Andrew Head

Attorneys for Plaintiffs

JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

Dated: April 30, 2026                    By:    */s/Virginia L. Miller*
                                                      Virginia L. Miller

5

JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL