# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public,

Plaintiff,

v.

BETTER MORTGAGE CORPORATION,

Defendant.

Case No. 8:20-cv-01784-MRA-KES

**ORDER RE JOINT STIPULATION TO FURTHER EXTEND DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL [243]**

Complaint Filed:  September 18, 2020
Trial Date:  None

On March 23, 2026, the Parties filed their Joint Notice of Settlement and Stipulation to Vacate All Pending Deadlines.

On March 26, 2026 the Court Ordered, among other things, that the motion for approval of the collective action and PAGA settlement be filed by May 1, 2026 [**ECF 238**].

On May 4, 2026, the Court ordered that the deadline would be extended for a one month to June 1, 2026. [**ECF 242**].

Pursuant to the stipulation of the parties concerning the impending deadline for filing of the motion for approval as referenced above, the deadline is hereby extended for one month, to July 1, 2026.

**IT IS SO ORDERED.**

DATE: June 2, 2026

Hon. Monica Ramirez Almadani
United States District Court

1
ORDER RE JOINT STIPULATION TO FURTHER EXTEND DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL