Matthew C. Helland (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

C. Andrew Head (admitted pro hac vice)
ahead@headlawfirm.com
Bethany Hilbert (admitted pro hac vice)
bhilbert@headlawfirm.com
HEAD LAW FIRM, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Telephone: (404) 924-4151
Facsimile: (404) 796-7338

Attorneys for Plaintiffs
*Additional Counsel Listed on Following Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BETTER MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 8:20-cv-01784-MRA-KES<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF FLSA AND PAGA SETTLEMENT**<br><br>Date:    August 11, 2026<br>Time:    10:00 A.M.<br>Room:   9B |

1

MOTION FOR APPROVAL OF FLSA AND PAGA SETTLEMENT

Jason Christopher Marsili (CA SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite I 800
Los Angeles, CA 90010-2622
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

Attorneys for Plaintiffs

MOTION FOR APPROVAL OF FLSA AND PAGA SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 11, 2026, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the United States District Court for the Central District of California, located at 411 West 4th Street, Courtroom 9B, Santa Ana, California 92701, Plaintiff LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public, by and through his counsel, will and hereby does move for Court approval of the FLSA collective action and PAGA settlement in this matter.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law and Points of Authorities, the declarations of Lorenzo Dominguez, Matthew C. Helland and C. Andrew Head, and exhibits thereto filled concurrently herewith, any oral argument presented, and all the files, records, and proceedings in this action which the Court may deem just and necessary. Plaintiffs bring this motion after conferring pursuant to Local Rule 7-3, which has taken place over the course of months since the Parties signed a Memorandum of Understanding. Defendant does not oppose this motion.

Dated: July 1, 2026

HEAD LAW FIRM, LLC
NICHOLS KASTER, LLP
ROSEN MARSILI RAPP LLP

By: _/s/ Matthew C. Helland_
        Matthew C. Helland

Attorneys for Plaintiffs

3

MOTION FOR APPROVAL OF FLSA AND PAGA SETTLEMENT