MATTHEW C. HELLAND (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs
*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO DOMINGUEZ, individually, on behalf of others similarly situated, and on behalf of the general public,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BETTER MORTGAGE CORPORATION,**<br><br>**Defendant.** | Case No. 8:20-cv-01784-MRA-KES<br><br>**DECLARATION OF LORENZO DOMINGUEZ**<br><br>Date:　　August __, 2026<br>Time:　　10:00 A.M.<br>**ROOM:　9B** |

1

C. Andrew Head (admitted pro hac vice)
ahead@headlawfirm.com
Bethany Hilbert (admitted pro hac vice)
bhilbert@headlawfirm.com
HEAD LAW FIRM, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Telephone: (404) 924-4151
Facsimile: (404) 796-7338

Jason Christopher Marsili (CA SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite I 800
Los Angeles, CA 90010-2622
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

Attorneys for Plaintiffs

2

**DECLARATION OF LORENZO DOMINGUZ**

I, Lorenzo Dominguez, do hereby declare as follows:

1.    I am an individual residing in Boerne, TX. I am over the age of eighteen and the named plaintiff and representative in the above-captioned case. I hereby submit this declaration in support of the Motion for Preliminary Approval of FLSA and PAGA Settlement in this case.

2.    I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

3.    I was employed by Better Mortgage as a mortgage underwriter from December 3, 2019 until August 17, 2020. Prior to the coronavirus pandemic, I was based out of and worked in Better's Orange County office, which was located in Costa Mesa before Better relocated it to Irvine. In or about February 2020, I was instructed to work remotely from my home full time. I have served as the named Plaintiff in this case since the initial Complaint was filed with this Court by my counsel on September 18, 2020.

4.    I personally experienced the labor violations alleged in the operative complaint in this action, which I contend were caused by Better's unlawful employment policies and practices.

5.    I decided to file a collective and class action lawsuit based on these allegations and violations and agreed to serve as a named representative in order to represent other employees that I knew were similarly affected by Better's conduct. Since the beginning, I have understood that by acting as a representative, I have a duty to protect the interests of the collective and class even to the detriment of my own individual claims and interests.

6.    I have spent a substantial amount of time and energy contributing to the investigation, prosecution, and settlement of this case, including performing the following tasks:

     a.  Talking to my attorneys about filing the case;

3

**DECLARATION OF LORENZO DOMINGUZ**

b. Being interviewed in detail by my attorneys before filing this case regarding the facts of the case;

c. Reviewing, signing, and returning an attorney engagement agreement with my attorneys for the claims in this lawsuit;

d. Reviewing a final draft of the Complaint prior to authorizing my attorneys to file this lawsuit and discussing any questions I had about it with my attorneys;

e. Reviewing the PAGA notice prior to authorizing my attorneys to send it to the LWDA and discussing any questions I had about it with my attorneys;

f. Searching for any potentially relevant documents or records in my possession (reviewing old emails, paper records, etc.) and providing those documents to my attorneys;

g. Informing my attorneys of the identities of potential collective and class members, as well as of potential witnesses;

h. Providing information to my attorneys to respond to interrogatories and document requests;

i. Reviewing and signing the final discovery responses;

j. Communications with my attorneys about the parties' multiple agreements to engage in mediations to try to reach a settlement;

k. Remaining on-call and available to discuss settlement negotiations on the dates of three mediation sessions;

l. Reviewing and revising a draft declaration in support of a motion to send notice of this lawsuit to other underwriters and signing the final declaration;

m. Requesting and receiving status updates;

n. Answering my attorneys' questions on multiple occasions throughout

4

**DECLARATION OF LORENZO DOMINGUZ**

the entire six years of this case;

o. Receiving and responding to questions from other opt-in plaintiffs about the case and the case status throughout the entire six year time period;

p. Discussions with my attorneys regarding Better's settlement offer leading to this settlement;

q. Reviewing the Settlement Terms Sheet and discussing it with my attorneys; and

r. Reviewing the long-form Settlement Agreement, discussing it with my attorneys, and signing and returning it to my attorneys.

7. I estimate that I spent a total of at least 100 hours on the above tasks over the six year period.

8. Because of my initiation of this case, I expect that wherever I work my employer may have heard of my involvement in this case. For example, if my future prospective employers enter my name and "underwriter" or my name and "Better Mortgage" into google.com, this litigation shows up as the first entry at the top of page one and includes multiple differences references to this lawsuit. A true and correct copy of screenshots of those search results as of June 30, 2026, is attached hereto as Exhibit A. This guarantees that any prospective employer doing a cursory internet search on me could likely learn of my role in this litigation and that may have impacted my employment prospects. I was willing to take this risk in order to pursue recovery on behalf of the other collective/class members and aggrieved employees.

9. I took other risks by coming forward and filing this litigation. If I lost the case and had to pay defendant's litigation costs, it might have been financially devastating to me.

10. Despite the risks associated with filing a class action/representative

5

**DECLARATION OF LORENZO DOMINGUZ**

lawsuit, I participated in this action because I believed I could adequately represent other underwriters and would prevail in my case. I willingly and knowingly brought the claims on behalf of these collective members.

11.    During settlement negotiations I understood the risk of moving forward with litigation. Based on the substantial information provided to me through conversations with my attorneys, I believe the pending settlement is fair, reasonable, and adequate, and the consideration to the collective and aggrieved employees in exchange for a release of the claims asserted in the lawsuit is merited.

12.    I understand that I may be entitled to an additional payment for my role as a representative for the time I spent working on the case. I also understand that this amount is not guaranteed and is subject to Court approval. No one has promised that I will receive an enhancement nor promised a specified amount if one is awarded.

13.    I completely support my attorneys' request for their attorneys' fees from the settlement fund. They took this case on a contingency basis, they paid for litigation costs that I would likely not have been able to pay, and they worked hard for me and everyone who will benefit from this settlement. I believe they deserve to be paid for their good work.

14.    I have not been promised and I will not receive any undisclosed compensation in this lawsuit outside of my pro rata share of the settlement and whatever service payment (if any) that the Court might approve at the final approval hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2026 in Boerne, Texas.

*Lorenzo Dominguez*

_____

Lorenzo Dominguez

6

**DECLARATION OF LORENZO DOMINGUZ**